JH JUDGE ST. EVE
MAGISTRATE JUDGE SCHENKIER

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

Coronado, Roger Jr.  v.
Valleyview Public School District, 365-U  )
Unidentified Bolingbrook Policeman, Off.-Ind. Cap. )
Don Laverty Off.-Indiv. Capacities
T. Gavin Off.-Indiv. Capacities

**08 C 1254**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**FILED**
**MARCH 1, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Christopher C. Cooper | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Christopher Cooper | |
| FIRM | |
| Law Office of Christopher Cooper | |
| STREET ADDRESS | |
| Mailing: PO Box 1225 | |
| CITY/STATE/ZIP | |
| Hammond, IN 46325 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 2123245 | 312 371 6752 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐