**FILED**
**MARCH 1, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Coronado, Roger Jr.** ) | |
|     Plaintiff, ) | Civil Action: 08cv |
| v. ) | Judge: |
| ) | Magistrate Judge: |
| **Valleyview Public School District, 365-U** ) | |
| **Unidentified Bolingbrook Policeman, Off.-Ind. Cap.** ) | |
| **Don Laverty Off.-Indiv. Capacities** ) | |
| **T. Gavin Off.-Indiv. Capacities** ) | |
| **Steven Prodehl** ) | |
|     **Defendants.** ) | |

**08 C 1254**

**JUDGE ST. EVE**
**MAGISTRATE JUDGE SCHENKIER**

MOTION FOR AN ORDER OR INJUNCTIVE RELIEF OR AN EVIDENTIARY
HEARING BEFORE THIS COURT

NOW COMES Plaintiff through his Attorney, Christopher Cooper, and moves this Court pursuant to F.R.C.P. 65; ***Colquitt v. Rich Township High School District***, 1998 WL 476734 (Ill. App. 1st Dist. 1998); ***Goss v. Lopez***, 419 U.S. 566 (1975); as well as the Court's inherent power to convene an evidentiary hearing. And that the relief sought is a rescission of an expulsion in order that the 15 year-old Plaintiff can attend Bollingbrook High School. Plaintiff requests that this Court issue an injunction that enables Plaintiff to return to school, or alternatively, that the Court hold an evidentiary hearing; or, by way of injunction or order, that the Court orders the Defendants (excluding Defendants T. Gavin and the unidentified policeman) to convene a hearing with Due Process safeguards contemporaneous with a temporary lifting of the expulsion.

RESPECTFULLY SUBMITTED,

s\*Christopher Cooper*, Christopher C. Cooper, 1 March 2008
Counsel for Plaintiff
US District for Northern Illinois Bar Number: 2123245
PO Box 1225, Hammond, IN 46325  Tel: 312 371 6752 or 219 228 4396
FAX: 866 334 7458

CERTIFICATE OF SERVICE

Undersigned attorney swears that he filed the foregoing through ECF on March 1, 2008 and that he does not know which, if any Defendants, are registered E-filers, hence service on Defendants will occur in person either on the afternoon of March 2, 2007 or between approximately 7:00AM-8:00AM on March 3, 2007.

S\Christopher Cooper,