**FILED**
**MARCH 1, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1254**

**JUDGE ST. EVE**
**MAGISTRATE JUDGE SCHENKIER**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Coronado, Roger Jr.** ) | |
|     Plaintiff, ) | |
| ) | Civil Action: 08cv |
| v. ) | Judge: |
| ) | Magistrate Judge: |
| **Valleyview Public School District, 365-U** ) | |
| **Unidentified Bolingbrook Policeman, Off.-Ind. Cap.** ) | |
| **Don Laverty Off.-Indiv. Capacities** ) | |
| **T. Gavin Off.-Indiv. Capacities** ) | |
| **Steven Prodehl** ) | |
|     **Defendants.** ) | |

**TO:  All named Defendants**

<u>NOTICE OF MOTION</u>

Please be advised that on Thursday, March 4, 2008, at 9:00AM, I will present before Judge_____ at 219 S. Dearborn, in the courtroom usually occupied by him\her, a motion entitled:  MOTION FOR AN ORDER OR INJUNCTIVE RELIEF OR AN EVIDENTIARY HEARING BEFORE THIS COURT. I did file this case electronically through ECF on Saturday, March 1, 2008 (temporary case #: 07cv99999). I do understand that ECF will not likely issue the names of judges assigned or a permanent case number until Monday morning.  As soon as I know the name of the judge (and if the motion time changes) I will telephone Valleyview School District (for all defendants except the unidentified Bolingbrook Policeman; and that I will call the police department for defendant officer in order to provide the name of the judge).  I may treat this motion as an emergency motion if necessary, since Plaintiff needs to return to school. You can find out the case number and judges assigned by calling ECF: 312 846 8727.  Please feel free to contact me.

RESPECTFULLY SUBMITTED,

s\*Christopher Cooper,* Christopher C. Cooper,  1 March 2008
Counsel for Plaintiff
US District for Northern Illinois Bar Number: 2123245
PO Box 1225, Hammond, IN 46325  Tel: 312 371 6752 or 219 228 4396
FAX: 866 334 7458

CERTIFICATE OF SERVICE

Undersigned attorney swears that he filed the foregoing through ECF on March 1, 2008 and that he does not know which, if any Defendants, are registered E-filers, hence service on Defendants will occur in person either on the afternoon of March 2, 2007 or between approximately 7:00AM-8:00AM on March 3, 2007.

S\*Christopher Cooper,*