## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Coronado, Roger Jr. | ) |
|     Plaintiff, | )Civil Action: 08cv1254 |
| v. | )Judge: St. Eve |
| | )Magistrate Judge: Schenkier |
| Valleyview Public School District, 365-U | ) |
| Unidentified Bolingbrook Policeman, Off.-Ind. Cap.) | |
| Don Laverty Off.-Indiv. Capacities | ) |
| T. Gavin Off.-Indiv. Capacities | ) |
| Steven Prodehl | ) |
|     Defendants. | ) |

TO:  All named Defendants

<u>NOTICE OF MOTION</u>

Please be advised that on Thursday, March 4, 2008, at 8:30AM, I will present before

Judge St. Eve, at 219 S. Dearborn, Chicago, in the courtroom usually occupied by her, a

motion entitled:  MOTION FOR AN ORDER OR INJUNCTIVE RELIEF OR AN

EVIDENTIARY HEARING BEFORE THIS COURT.


RESPECTFULLY SUBMITTED,

s\Christopher Cooper, Christopher C. Cooper,  1 March 2008
Counsel for Plaintiff
US District for Northern Illinois Bar Number: 2123245
PO Box 1225, Hammond, IN 46325  Tel: 312 371 6752 or 219 228 4396
FAX: 866 334 7458

### CERTIFICATE OF SERVICE

Undersigned attorney swears that he filed the foregoing through ECF on March 1, 2008
and again on March 3, 2008 and that he does not know which, if any, Defendants are
registered E-filers. On March 3, ECF processed documents; therefore I am to notify
parties of time change from original notice and Judges assigned. I did telephone Attorney
Boan regarding "Defendant" Village policeman. Was given a fax number. I did fax this
Notice to 630 226 8409 and did e-mail to jboan@bolingbrook.com. As to all other
parties, I was unable to establish telephone contact with Defendant Valley View School
District (Pulaski Day holiday), hence will try again on March 4, 2008.
s\Christopher Cooper,, March 3, 2008