## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Coronado Roger Jr

                        Plaintiff,

v.                                                     Case No.: 1:08−cv−01254
                                                     Honorable Amy J. St. Eve

Valleyview Public School District, 365−U, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge Amy J. St. Eve :MOTION by Plaintiff Coronado Roger, Jr for order, or injunctive relief or an evidentiary hearing before this court [5] will be heard on 3/10/2008 at 9:00 AM before Judge Darrah. Noticed motion for 3/6/2008 before Judge St. Eve is stricken.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.