IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Coronado, Roger Jr.** | ) |
|     **Plaintiff,** | )**Civil Action: 08cv1254** |
| v. | )**Judge: St. Eve** |
| | )**Magistrate Judge: Schenkier** |
| **Valleyview Public School District, 365-U** | ) |
| **Unidentified Bolingbrook Policeman, Off.-Ind. Cap.**) | |
| **Don Laverty Off.-Indiv. Capacities** | ) |
| **T. Gavin Off.-Indiv. Capacities** | ) |
| **Steven Prodehl** | ) |
|     **Defendants.** | ) |

## ADDENDUM TO:

### MEMORANDUM IN SUPPORT OF MOTION FOR AN ORDER OR INJUNCTIVE RELIEF OR AN EVIDENTIARY HEARING BEFORE THIS COURT

    NOW COMES Plaintiff through his Attorney, Christopher Cooper, and supplements his memorandum of law in support of his motion with three exhibits\news articles (complimented by video footage not attached) and that these news articles (of a national nature, since they were transmitted by AP Wire and Telemundo [National Television News] throughout the United States) and of a local nature (*Chicago Tribune* Newspaper, WBBM Radio and network affiliates) demonstrate the seriousness and magnitude of Plaintiff's lawsuit against defendants to include the crisis affecting the Plaintiff and other Mexican-American students attending Bolingbrook High School.

RESPECTFULLY SUBMITTED,

s\*Christopher Cooper*, Christopher C. Cooper, 5 March 2008
Counsel for Plaintiff
US District for Northern Illinois Bar Number: 2123245
PO Box 1225, Hammond, IN 46325  Tel: 312 371 6752 or 219 228 4396
FAX: 866 334 7458

CERTIFICATE OF SERVICE

Undersigned attorney swears that he transmitted the foregoing through ECF on March 5, 2008.

s\*Christopher Cooper,*

Case 1:08-cv-01254    Document 11    Filed 03/05/2008    Page 2 of 2