| Portada | Noticias | Decisión 2008 | El Tiempo | En Contexto | Su Salud | Inmigración | Comunidad | Ejemplos Hummer |
| Deportes | Chicago Auto Show | Telemundo Chicago | Cuida Lo Verde | Yahoo Telemundo | Programación |

» Teleclave:

Línea de Noticias: (312) 409-4928

**<< Portada** | Noticias

✉ Envía esta página    🖨 Imprime esta página

## Hispano presenta demanda tras expulsión de su escuela

PUBLICADO: 3 de marzo de 2008, a las 9:07 am (centro)
ACTUALIZADO: 3 de marzo de 2008, a las 9:56 am (centro)

**BOLINGBROOK, Illinois --** Un estudiante hispano entabló una demanda contra la escuela secundaria de Bolingbrook, alegando que fue expuslado el mes pasado porque él es mexico-estadounidense.

Roger Coronado hijo, de 15 años, presentó su querella el sábado ante un tribunal federal de distrito. Identificó a los demandados como el distrito de escuelas públicas de Valley View y a un policía no identificado de Bolingbrook.

Las autoridades escolares dijeron el domingo que no podían hacer declaraciones sobre el caso porque el demandante es un menor de edad, pero insistieron en que él fue tratado imparcialmente.

*Derechos Reservados © por TelemundoChicago.com. The Associated Press ha contribuido a este reporte. Este material no puede ser publicado, transferido, reproducido o redistribuido.*

**Sobre la historia**


GettyImages



**Chicago:**
36°F, mayormente nublado

**Noticias por e-mail**
Reciba noticias por correo electrónico a la hora que desee
Última hora
Al Medio día

Más



© 2008, Internet Broadcasting Systems, Inc.
Política de Privacidad, Términos de Uso.

Vea todos los sitios de Internet Broadcasting

Mapa del Sitio