# Hispano presenta demanda tras expulsi n de su escuela en Illinois

Posted on 3 mar, 9:38 EST



BOLINGBROOK, Illinois, EE.UU. (AP) -- Un estudiante hispano entabl    una demanda contra la escuela secundaria de Bolingbrook, alegando que fue expuslado el mes pasado porque    l es mexico-estadounidense.

Roger Coronado hijo, de 15 a os, present su querella el s bado ante un tribunal federal de distrito. Identific    a los demandados como el distrito de escuelas p  blicas de Valley View y a un polic  a no identificado de Bolingbrook.

Las autoridades escolares dijeron el domingo que no pod   an hacer declaraciones sobre el caso porque el demandante es un menor de edad, pero insistieron en que    l fue tratado imparcialmente.

© 2008, La Prensa Asociada