IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Coronado, Roger Jr.** | ) |
|     **Plaintiff,** | )**Civil Action: 08cv1254** |
| v. | )**Judge: St. Eve** |
| | )**Magistrate Judge: Schenkier** |
| **Valleyview Public School District, 365-U** | ) |
| **Unidentified Bolingbrook Policeman, Off.-Ind. Cap.** | ) |
| **Don Laverty Off.-Indiv. Capacities** | ) |
| **T. Gavin Off.-Indiv. Capacities** | ) |
| **Steven Prodehl** | ) |
|     **Defendants.** | ) |

## NOTICE OF FILING

On March 5, 2008, I caused the following to be filed: **ADDENDUM TO:**

MEMORANDUM IN SUPPORT OF MOTION FOR AN ORDER OR INJUNCTIVE RELIEF OR AN EVIDENTIARY HEARING BEFORE THIS COURT.


RESPECTFULLY SUBMITTED,

s\Christopher Cooper, Christopher C. Cooper,  5 March 2008
Counsel for Plaintiff
PO Box 1225, Hammond, IN 46325  Tel: 312 371 6752 or 219 228 4396
FAX: 866 334 7458

CERTIFICATE OF SERVICE
Undersigned attorney swears that he transmitted the foregoing through ECF on March 5, 2008.

s\Christopher Cooper,