# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Roger Coronado Jr

                                Plaintiff,

v.                                            Case No.: 1:08–cv–01254

                                            Honorable Amy J. St. Eve

Valleyview Public School District, 365–U, et al.

                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 10, 2008:

      MINUTE entry before Judge John W. Darrah :Plaintiff's motion for order, injunctive relief and evidentiary hearing [5] is granted in part and denied in part. The Court denies any injunctive relief, however, an evidentiary hearing is set for 3/12/08 at 1:00 p.m. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.