28 93 61 00 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER CORONADO, JR., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>VALLEY VIEW PUBLIC SCHOOL DISTRICT, )<br>365-U, et al., )<br>)<br>Defendants. ) | No. 08 C 1254<br><br>Judge Darrah |

## NOTICE OF FILING

TO:   All Counsel of Record
      (See Attached Service List)

PLEASE TAKE NOTICE that on the 10th day of March, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendants Valley View Public Schools Community Unit District 365-U's, Don Laverty's and Timothy Gavin's RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER OR INJUNCTIVE RELIEF OR AN EVIDENTIARY HEARING BEFORE THIS COURT, a copy of which is attached hereto and herewith e-served upon you.

By:  /s/ Brian J. Riordan
     One of its Attorneys
     BRIAN J. RIORDAN (6237969)
     CLAUSEN MILLER P.C.
     10 South LaSalle Street
     Chicago, Illinois 60603-1098
     312/855-1010
     Attorneys for Defendants Valley View Public
     Schools Community Unit District 365-U's, Don
     Laverty's and Timothy Gavin

1172752.1