OFFICE OF THE DEAN - STUDENT REFERRAL FORM   75747

| VALLEY VIEW PUBLIC SCHOOLS COMMUNITY UNIT 365U  Incident Report Of Student Misconduct | Name of Student: Roger Coronado  Age:   Grade: | Date and Time of Incident: 2/4/08  SB-6A |
|---|---|---|

Parent/Guardian: (Name/Address/Telephone No.) 213 Bedford Road Bol- 60440
Date/Time Contacted: (630-209-1724 @ 8:30
Notation: Rogelio Coronado   630-963-9090   2/7/08

### DESCRIPTION OF INCIDENT INVOLVING STUDENT MISCONDUCT

Roger was seen by myself posturing with a large group in the cafeteria who were flashing gang signs at a group of Gangster Disciples.

STUDENT'S SECTION: The above offenses have been explained to me and I have had the opportunity to respond to them; my signature shall not be taken as an admission of guilt of the offense(s) alleged. Further, should I be externally suspended from school, I understand I may not enter upon the property of the Valley View Schools, during the period of suspension, unless and until appropriate authorization is first obtained.

Student's Signature: Roger Coronado    Date:

**Action Taken By Faculty Member**
( ) Teacher's Detention(s): ___
( ) Personal Conference with Student: ___
( ) Parent Contacted By Telephone: ___
( ) Letter Sent Home: ___

Referring Faculty Member: T. Gavin

#15

**Action Taken By Dean's Office**
(X) Student Conference      ( ) Detention(s) Issued    Number of: ___
(X) Parent Conference       ( ) Int. Adjust. Center    Total Days: ___
( ) B.I.C.                  (X) External Suspension    Total Days: 10
( ) ___                     ( ) Saturday Detention     Date: ___
                            (X) Expulsion Candidate    Admin Council: ___

IAC/Ext'l Dates: From: 2/07/08
IAC/Ext'l Dates: Thru: 2/21/08
Return to Classes: On: 2/22/08

DEAN'S SUMMARY:
20.D Fighting Mob Action
40.B. Subversive Organization
School Board Policy 7:194 sec. 2

**NOTICE TO PARENTS OR GUARDIAN**
1. The purpose of this is to inform you of a disciplinary incident involving your child.
2. You are urged to support the action taken by the teacher/Dean and to cooperate with the corrective action initiated today.
3. This Incident Report has been reviewed with your child, as indicated by his/her signature above, and the above indicated disciplinary action has been imposed. If you have any questions please call the Dean.

Dean's Signature: ___   Date: 2/7/08

| DISTRIBUTION | WHITE Office of the Dean | YELLOW Parents/Guardian | PINK Referring Teacher | GOLDENROD Student's Counselor |
|---|---|---|---|---|

DEFENDANT'S EXHIBIT A

177-109-05