# VALLEY VIEW PUBLIC SCHOOLS
## COMMUNITY UNIT DISTRICT 365-U

Date: 1/7/08

To: **Dean of Students**

From: _____

Re: Incident of _____
(Date & Time)

**Memorandum of Incident**

Office Use Only

It is requested that the person submitting this Memorandum, accurately describe what occurred, regarding the incident and, indicate who, if anyone, also was present and observed the incident. If you have knowledge of any events which led up to this incident, please indicate those events also. **PLEASE PRINT!**

1. I just got up and Try to see if my friends
2. were goin to need help or something because
3. There were alot of Them other guys on The
4. There side so I got up to help
5.
6.                                               Roger Coronado
7.
8. I have seen This statement
9.
10. ① Rogelio Coronado
11. ② Bianca Coronado
12.

Signature _____  Title _____  Date _____

Copies:   White - Student File   Pink - Person Submitting Memorandum   Form 444

DEFENDANT'S EXHIBIT B