

**Valley View Public Schools**
*Office of the Superintendent*
*Dr. Phillip W. Schoffstall*

755 Luther Drive
Romeoville, IL 60446
Phone: 815.886.2700 X241
E-mail: schoffstallpw@vvsd.org

February 25, 2008

Certified Mail

Mr. Rogelio Coronado
213 Bedford
Bolingbrook, IL. 60440

Re:   Roger Coronado – 9th Grade
      Bolingbrook High School

Dear Mr. Coronado:

At its regular meeting on Friday, February 22, 2008, the Board of Education reviewed, in executive session, the hearing report on your child's expulsion case as submitted by Mr. Steven Prodehl, Hearing Officer. Following this examination and review process, the Board took official action.

As President of the Board of Education, I hereby notify you that the Board approved the Hearing Officer's recommendation:

1. The Student is expelled for Two (2) Semesters, the Second Semester of the 2007-08 School Year and the First Semester of the 2008-09 School Year, including no summer school.

2. The Student is prohibited from entering upon the campus or buildings of the Valley View School District during the expulsion.

3. The Student, upon re-entry, shall be placed on a Disciplinary Probation Contract for a period not to exceed one semester.

4. The Student's expulsion is stayed on the condition that the Student attends Premier Academy for the period of this expulsion and complies with the program's requirements. **The School District will not provide bus transportation for the Student to or from Premier Academy.**

If you have any questions about the Board's actions in regards to your child's case, please feel free to contact the school principal or Michael Perrott, Assistant Superintendent, Educational Services, 6-12 (815/886/7246 x253).

Sincerely,

Mark S. Cothon
President, Board of Education

cc:   Superintendent, Asst. Superintendent, Principal, Dean, Hearing Officer, Enrollment



DEFENDANT'S EXHIBIT F