IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Coronado, Roger Jr.** | ) |
| **Plaintiff,** | )**Civil Action: 08cv1254** |
| **v.** | )**Judge: St. Eve** |
| | )**Magistrate Judge: Schenkier** |
| **Valleyview Public School District, 365-U** | )**Evidentiary Hearing Judge:** |
| **Alan Hampton,** Bolingbrook Policeman,Off.-Ind. Cap. | )     **John Darrah** |
| **Don Laverty Off.-Indiv. Capacities** | ) |
| **T. Gavin Off.-Indiv. Capacities** | ) |
| **Steven Prodehl** | ) |
| **Defendants.** | ) |

PLAINTIFFS' MOTION FOR REVISED CLOSING ARGUMENT BRIEFING SCHEDULE

NOW COMES Plaintiff, through his Attorney, Christopher C. Cooper, to respectfully ask Judge Darrah to revise the Briefing schedule for Closing Arguments and that Defendants are required to file within 3 to 5 days. And that such revision is requested considering that Plaintiff, through counsel, filed his Closing Argument within the hour. Additionally for the following reasons: (1) in order that one side is not advantaged by having the Hearing Transcript (if the Defendants' ask for an extension of time) and that the other side does not have such Transcript; and (2) that Roger does not miss additional days of classes at Bolingbrook High School in the event that the Court rules in Plaintiff's favor. Plaintiff's counsel respectfully requests that such order as to this motion is posted in ECF in order that counsel for parties need not appear and that Roger is not delayed in returning to school if the Court rules in Plaintiff's favor. Through and with Counsel, Plaintiff states:

RESPECTFULLY SUBMITTED,
s\Christopher C. Cooper, ESQ, JD, PHD,   13 March 2008
Counsel for Plaintiff
3700 West 103rd St. Chicago, IL 60655 or PO Box 1225, Hammond, IN 46325
Tel: 312 371 6752,  219 228 4396 or 773 298 3555
FAX: 866 334 7458  E-mail: cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE

Undersigned attorney swears that he filed the foregoing through ECF on March 13, 2008 and that all Defendants are registered E-filers.

s\Christopher Cooper,