**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Coronado, Roger Jr.** | ) |
|     **Plaintiff,** | )**Civil Action: 08cv1254** |
| v. | )**Judge: St. Eve** |
| | )**Magistrate Judge: Schenkier** |
| **Valleyview Public School District, 365-U** | )**Evidentiary Hearing Judge:** |
| **Alan Hampton,** Bolingbrook Policeman,Off.-Ind. Cap. | )    **John Darrah** |
| **Don Laverty Off.-Indiv. Capacities** | ) |
| **T. Gavin Off.-Indiv. Capacities** | ) |
| **Steven Prodehl** | ) |
|     **Defendants.** | ) |

NOTICE OF MOTION

On Tuesday, March 18, 2008, I will present before Judge Darrah, PLAINTIFFS' MOTION FOR REVISED CLOSING ARGUMENT BRIEFING SCHEDULE, at 219 S Dearborn, Chicago, Courtroom 1203 at 9:00AM.  Request by Plaintiff that this motion is ruled on via ECF in order that attorneys need not appear and that decision as to whether Plaintiff-child can return to school can be expedited.

RESPECTFULLY SUBMITTED,
s\Christopher C. Cooper, ESQ, JD, PHD,   13 March 2008
Counsel for Plaintiff
3700 West 103rd St. Chicago, IL 60655 or PO Box 1225, Hammond, IN 46325
Tel: 312 371 6752,  219 228 4396 or 773 298 3555
FAX: 866 334 7458  E-mail: cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE

Undersigned attorney swears that he filed the foregoing through ECF on March 13, 2008 and that all Defendants are registered E-filers.

s\Christopher Cooper,