**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Coronado, Roger Jr.** | ) |
|     **Plaintiff,** | )**Civil Action: 08cv1254** |
| v. | )**Judge: St. Eve** |
| | )**Magistrate Judge: Schenkier** |
| **Valleyview Public School District, 365-U** | )**Evidentiary Hearing Judge:** |
| **Alan Hampton,** Bolingbrook Policeman,Off.-Ind. Cap. ) |     **John Darrah** |
| **Don Laverty Off.-Indiv. Capacities** | ) |
| **T. Gavin Off.-Indiv. Capacities** | ) |
| **Steven Prodehl** | ) |
|     **Defendants.** | ) |

NOTICE OF FILING

On March 13, 2008, I caused to be filed:
The following transaction was entered by Cooper, Christopher on 3/13/2008 at 10:06 PM CDT and filed on 3/13/2008

**Case Name:**     Coronado v. Valleyview Public School District, 365-U et al

**Case Number:**   1:08-cv-1254

**Filer:**         Roger Coronado, Jr

**Document Number:** 23

**Docket Text:**
TRIAL Brief *Addendum to Plaintiff's Closing argument* by Roger Coronado, Jr (Cooper, Christopher)
The following transaction was entered by Cooper, Christopher on 3/13/2008 at 4:12 PM CDT and filed on 3/13/2008

**Case Name:**     Coronado v. Valleyview Public School District, 365-U et al

**Case Number:**   1:08-cv-1254

**Filer:**         Roger Coronado, Jr

**Document Number:** 19

**Docket Text:**
TRIAL Brief *Closing Argument, Hearing of March 12th, 2008* by Roger Coronado, Jr (Cooper, Christopher)
RESPECTFULLY SUBMITTED,
s\Christopher C. Cooper, ESQ, JD, PHD,   13 March 2008
Counsel for Plaintiff
3700 West 103rd St. Chicago, IL 60655 or PO Box 1225, Hammond, IN 46325
Tel: 312 371 6752,  219 228 4396 or 773 298 3555
FAX: 866 334 7458  E-mail: cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE

Undersigned attorney swears that he filed the foregoing through ECF on March 13, 2008 and that all Defendants are registered E-filers.  s\Christopher Cooper,

Case 1:08-cv-01254     Document 24     Filed 03/13/2008     Page 2 of 2