## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | John W. Darrah |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1254 | **DATE** | 3/18/2008 |
| **CASE TITLE** | Roger Coronado vs. Valleyview Public School District, et. al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to revise closing argument briefing schedule is denied [20].

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|