*Coronado v. Valley View Public School Dist. 365-U, et al.*
Court No. 08 C 1254
File No. 28 93 61 00 8

**Counsel for Plaintiff**
Christopher C. Cooper
P.O. Box 1225
Hammond, IN 46324
Tel: 312-371-6752 or 219-228-4396
Fax: 866-334-7458

**Counsel for Defendant**
**"Unidentified Village of Bolingbrook Police Officer in Individual and Official Capacity"**
Craig G. Penrose
TRESSLER SODERSTROM MALONEY & PRIESS, LLP
233 South Wacker Drive
22nd Floor
Chicago, IL 60606
Tel: 312-627-4000
Fax: 312-627-1717