28 93 61 00 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER CORONADO, JR., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>VALLEY VIEW PUBLIC SCHOOL DISTRICT, )<br>365-U, et al., )<br>)<br>Defendants. ) | No. 08 C 1254<br><br>Judge Darrah |

### NOTICE OF FILING

TO:   All Counsel of Record
        (See Attached Service List)

PLEASE TAKE NOTICE that on the 25th day of March, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, DEFENDANTS' CLOSING ARGUMENT IN RESPONSE TO PLAINTIFF'S CLOSING ARGUMENT, a copy of which is attached hereto and herewith e-served upon you.

By:   /s/ Brian J. Riordan
        One of its Attorneys
        BRIAN J. RIORDAN (6237969)
        CLAUSEN MILLER P.C.
        10 South LaSalle Street
        Chicago, Illinois 60603-1098
        312/855-1010
        Attorneys for Defendants Valley View Public
        Schools Community Unit District 365-U's, Dan
        Laverty's and Timothy Gavin

1172752.1