OFFICE OF THE DEAN - STUDENT REFERRAL FORM

75747

| VALLEY VIEW PUBLIC SCHOOLS COMMUNITY UNIT 365U<br>Incident Report Of Student Misconduct | Name of Student: Roger Coronado<br>Age:   Grade: | Date and Time of Incident:<br>2/4/08<br>SB-6A |
|---|---|---|

Parent/Guardian: (Name/Address/Telephone No.) 213 Bedford Road Bol- 60440

Date/Time Contacted: 630-209-1724 @ 8:30

Notation: Rogelio Coronado   630-963-9090   2/7/08

**DESCRIPTION OF INCIDENT INVOLVING STUDENT MISCONDUCT**

Roger was seen by myself posturing with a large group in the cafeteria who were flashing gang signs at a group of Gangster Disciples.

STUDENT'S SECTION: The above offenses have been explained to me and I have had the opportunity to respond to them; my signature shall not be taken as an admission of guilt of the offense(s) alleged. Further, should I be externally suspended from school, I understand I may not enter upon the property of the Valley View Schools, during the period of suspension, unless and until appropriate authorization is first obtained.

Student's Signature: Roger Coronado   Date:

**Action Taken By Faculty Member**
( ) Teacher's Detention(s):
( ) Personal Conference with Student:
( ) Parent Contacted By Telephone:
( ) Letter Sent Home:

Referring Faculty Member: T. Gavin

#15

**Action Taken By Dean's Office**
(X) Student Conference    ( ) Detention(s) Issued    Number of:
(X) Parent Conference     ( ) Int. Adjust. Center   Total Days:
( ) B.I.C.                (X) External Suspension   Total Days: 10
                          ( ) Saturday Detention    Date:
                          (X) Expulsion Candidate   Admin Council:

IA/Ext'l Dates: From: 2/7/08
IA/Ext'l Dates: Thru: 2/21/08
Return to Classes On: 2/22/08

DEAN'S SUMMARY:
20.D Fighting Mob Action
40.B Subversive Organization
School Board Policy 7:194 sec. 2

NOTICE TO PARENTS OR GUARDIAN:
1. The purpose of this is to inform you of a disciplinary incident involving your child.
2. You are urged to support the action taken by the teacher/Dean and to cooperate with the corrective action initiated today.
3. This Incident Report has been reviewed with your child, as indicated by his/her signature above, and the above indicated disciplinary action has been imposed. If you have any questions please call the Dean.

Dean's Signature:   Date: 2/7/08

| DISTRIBUTION | WHITE<br>Office of the Dean | YELLOW<br>Parents/Guardian | PINK<br>Referring Teacher | GOLDENROD<br>Student's Counselor |
|---|---|---|---|---|

DEFENDANT'S EXHIBIT A

177-109-05