

*Bolingbrook High School*



JAMES A. MITCHEM, JR.
PRINCIPAL

*365 Raider Way • Bolingbrook, IL 60440*

630-759-6400
(FAX) 630-759-2650

---

February 7, 2008

Rogelio Coronado
213 Bedford
Bolingbrook IL 60440

Re: ROGER CORONADO

Dear Mr. Corondo:

On February 6, 2008, you were notified that your son, ROGER CORONADO, was externally suspended from February 7, 2008 through February 21, 2008 for Subversive Organization. You were also notified at that time that your son's name would be submitted to the Administrative Council for an expulsion recommendation.

The Administrative Council met and will present the case to the district hearing officer appointed by the Valley View Board of Education to consider a recommendation for expulsion. You will be notified of the date, time and location.

The reason for the recommendation is for violation of the following handbook offense(s):

Pg 45 # 41 SUBVERSIVE ORGANIZATIONS/GANGS/HATE GROUPS

Please feel free to contact me if you have any questions concerning this matter.

Sincerely,

Dan Laverty
Assistant Principal Student Services & Building and Operations



DEFENDANT'S
EXHIBIT
C