

**Valley View Public Schools**
*Office of the Superintendent*
*Dr. Phillip W. Schoffstall*

755 Luther Drive
Romeoville, IL 60446
Phone: 815.886.2700 X241
E-mail: schoffstallpw@vvsd.org

February 11, 2008

Regular and Certified Mail

Mr. Rogelio Coronado
213 Bedford
Bolingbrook, IL 60440

Ref:   Pablo Coronado - 9th Grade
       Bolingbrook High School

Dear Mr. Coronado:

The School Board, Valley View Community Unit School District 365U, appointed the undersigned as Hearing Officer, for the School District.

This letter shall serve as Notice that the School Administration has recommended that your child be expelled from the School District and that you and your child are hereby requested to appear at a meeting with the undersigned on:

　　Date:　　　　February 19, 2008

　　Time:　　　　11:00 a.m.

　　Location:　　Bolingbrook High School, Bolingbrook, IL.

to discuss your child's behavior and said expulsion. The School Administration has charged your child with the following:

　　1. Subversive Organizations

You, and your child, will be given the opportunity to review the charges made against your child. You may present evidence at the Hearing, and have counsel present, if you desire. Information germane to the question of expulsion, which you may wish to present is requested and will be taken into consideration.

If you have questions pertaining to said Hearing, or to the contents thereof, please contact me at [630] 759-1400. A written summary of the evidence presented at the Hearing shall be presented to the Board of Education, on Monday, February 25, 2008, at 6:30 p.m., at the District Administration Center, and the Board may take such action thereon as it finds appropriate.

Sincerely,

*Steven J. Prodehl*
Steven J. Prodehl
District Hearing Officer
CC: Student's File



DEFENDANT'S EXHIBIT D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Rogelio Coronado
   213 Bedford
   Bolingbrook, IL 60440

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Rogelio Coronado*    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   R. Coronado                      2/7/d

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 2680 0001 9713 6397

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

BOLINGBROOK IL 60440

| | | |
|---|---|---|
| Postage | $0.41 | 0440 |
| Certified Fee | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.21 | 02/11/2008 |

Sent To: Mr. Rogelio Coronado
Street, Apt. No.; or PO Box No. 213 Bedford
City, State, ZIP+4  Bolingbrook, IL 60440

7007 2680 0001 9713 6397

PS Form 3800, August 2006    See Reverse for Instructions