28 93 61 00 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER CORONADO, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 C 1254 |
| | ) |
| VALLEY VIEW PUBLIC SCHOOL DISTRICT, 365-U, et al., | ) Judge Darrah |
| | ) |
| Defendants. | ) |

### DEFENDANTS VALLEY VIEW PUBLIC SCHOOL DISTRICT'S, DAN LAVERTY'S AND TIMOTHY GAVIN'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME Defendants VALLEY VIEW PUBLIC SCHOOL DISTRICT, 365-U (hereinafter "the District"), DAN LAVERTY and TIMOTHY GAVIN, by and through their attorneys, BRIAN J. RIORDAN and CLAUSEN MILLER P.C., and hereby moves this Court for an enlargement of time within which to answer or otherwise plead, and in further support thereof, states as follows:

1. Counsel for Defendant was retained on March 5, 2008.

2. Counsel for Defendants filed a lengthy reply to Plaintiff's Motion for Injunctive Relief on March 7, 2008.

3. A hearing was held before Judge Darrah on March 10, 2008 on Plaintiff's motion, which was denied.

4. A lengthy evidentiary hearing was held before Judge Darrah on March 12, 2008.

1175792.1

5.  Briefing of closing arguments on the evidentiary hearing was completed on March 25, 2008.

6.  Defendants request 28 days to file their responsive pleading to Plaintiff's Complaint which was filed in conjunction with the motion for injunctive relief.

7.  This motion is not being brought for the purposes of delay and there would be no prejudice to Plaintiffs or any other party by this brief extension of time in which to respond to the Complaint.

WHEREFORE, Defendants VALLEY VIEW PUBLIC SCHOOL DISTRICT, 365-U (hereinafter "the District"), DAN LAVERTY and TIMOTHY GAVIN, respectfully request this Court to grant its Motion for enlargement of time within which to answer or otherwise plead until April 23, 2008.

CLAUSEN MILLER P.C.

By:  /s/ Brian J. Riordan
BRIAN J. RIORDAN (ARDC No. 6237969)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
Telephone: 312-606-7805
Facsimile: 312-606-7777
briordan@clausen.com
Counsel for Defendants School District,
Laverty and Gavin

2

1175792.1