28 93 61 00 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROGER CORONADO, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 08 C 1254 |
| v. | ) | |
| | ) | |
| VALLEY VIEW PUBLIC SCHOOL DISTRICT, | ) | Judge St. Eve |
| 365-U, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   All Counsel of Record
      (See Attached Service List)

PLEASE TAKE NOTICE that on the 1st day of April, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Amy J. St. Eve in the room usually occupied by her as a courtroom, Room 1241, in the Courthouse located at 219 South Dearborn Street, Chicago, Illinois, or in her absence, before any judge sitting in her stead, and then and there present Defendants Valley View Public School District's, Dan Laverty's and Timothy Gavin's Motion for Enlargement of Time to Answer or Otherwise Plead, a copy of which is attached hereto and herewith served upon you.

CLAUSEN MILLER P.C.

By:   /s/   Brian J. Riordan
      BRIAN J. RIORDAN  (ARDC No. 6237969)
      CLAUSEN MILLER P.C.
      10 South LaSalle Street
      Chicago, Illinois 60603-1098
      Telephone:  312-606-7805
      Facsimile:  312-606-7777
      briordan@clausen.com
      Counsel for Defendants School District,
      Laverty and Gavin

1175848.1