IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Coronado, Roger Jr.** | ) |
| **Plaintiff,** | )**Civil Action: 08cv1254** |
| v. | )**Judge: St. Eve** |
| | )**Magistrate Judge: Schenkier** |
| **Valleyview Public School District, 365-U** | ) |
| **Unidentified Bolingbrook Policeman,** Off.-Ind. Cap.) | |
| **Don Laverty Off.-Indiv. Capacities** | ) |
| **T. Gavin Off.-Indiv. Capacities** | ) |
| **Steven Prodehl** | ) |
| **Defendants.** | ) |

MOTION TO AMEND COMPLAINT TO IDENTIFY ALAN HAMPTON AS THE UNIDENTIFIED BOLINGBROOK POLICEMAN; AND OTHER AMENDMENTS BASED ON ADMISSIONS BY DEFENDANTS AT PAST EVIDENTIARY HEARING BEFORE JUDGE DARRAH

NOW COMES Plaintiff and moves this Court pursuant to FRCP 12 to amend his Complaint.

RESPECTFULLY SUBMITTED,

s\*Christopher Cooper*, Christopher C. Cooper,  31 March 2008
Counsel for Plaintiff
Mailing & Faculty office: 3700 W. 103rd Street, Chicago, IL 60655
 312 371 6752 or 219 228 4396
FAX: 866 334 7458

CERTIFICATE OF SERVICE

Undersigned attorney swears that he filed the foregoing through ECF on March 31, 2008 and that all Defendants are registered E-filers.

s\*Christopher Cooper,, March 3, 2008*