IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Coronado, Roger Jr.** | ) |
|   **Plaintiff,** | )**Civil Action: 08cv1254** |
| v. | )**Judge: St. Eve** |
| | )**Magistrate Judge: Schenkier** |
| **Valleyview Public School District, 365-U** | ) |
| **Unidentified Bolingbrook Policeman, Off.-Ind. Cap.** | ) |
| **Don Laverty Off.-Indiv. Capacities** | ) |
| **T. Gavin Off.-Indiv. Capacities** | ) |
| **Steven Prodehl** | ) |
|   **Defendants.** | ) |

MEMORANDUM IN SUPPORT OF MOTION TO AMEND COMPLAINT TO IDENTIFY ALAN HAMPTON AS THE UNIDENTIFIED BOLINGBROOK POLICEMAN; AND OTHER AMENDMENTS BASED ON ADMISSIONS BY DEFENDANTS AT PAST EVIDENTIARY HEARING BEFORE JUDGE DARRAH

  NOW COMES Plaintiff and moves this Court pursuant to FRCP 12 to amend his Complaint.

(1) Plaintiff now knows that Alan Hampton is the unidentified policeman.

(2) Plaintiff states that Don Laverty is one of the people who harmed him; however, he states that Don Laverty was not present at the expulsion hearing, rather it was Mr. Lathrop.

(3) Plaintiff may desire to make other amendments in response to testimony by defendants at the hearing before Judge Darrah.

  WHEREFORE, Plaintiff asks that the Court grant his motion.

RESPECTFULLY SUBMITTED,

s\*Christopher Cooper*, Christopher C. Cooper, 31 March 2008
Counsel for Plaintiff
Mailing & Faculty office: 3700 W. 103rd Street, Chicago, IL 60655
 312 371 6752 or 219 228 4396
FAX: 866 334 7458

CERTIFICATE OF SERVICE

Undersigned attorney swears that he filed the foregoing through ECF on March 31, 2008 and that all Defendants are registered E-filers.

s\*Christopher Cooper,, March 3, 2008*