IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Coronado, Roger Jr.** | ) |
|    **Plaintiff,** | )**Civil Action: 08cv1254** |
| **v.** | )**Judge: St. Eve** |
| | )**Magistrate Judge: Schenkier** |
| **Valleyview Public School District, 365-U** | ) |
| **Unidentified Bolingbrook Policeman, Off.-Ind. Cap.** | ) |
| **Don Laverty Off.-Indiv. Capacities** | ) |
| **T. Gavin Off.-Indiv. Capacities** | ) |
| **Steven Prodehl** | ) |
|    **Defendants.** | ) |

**TO:  All named Defendants**

NOTICE OF MOTION

Please be advised that on Thursday, April 3, 2008, at 8:30AM, I will present before Judge St. Eve, at 219 S. Dearborn, Chicago, in the courtroom usually occupied by her, a motion entitled:  **TO:  All named Defendants**

MOTION TO AMEND COMPLAINT TO IDENTIFY ALAN HAMPTON AS THE UNIDENTIFIED BOLINGBROOK POLICEMAN; AND OTHER AMENDMENTS BASED ON ADMISSIONS BY DEFENDANTS AT PAST EVIDENTIARY HEARING BEFORE JUDGE DARRAH

RESPECTFULLY SUBMITTED,

s\*Christopher Cooper,* Christopher C. Cooper,  31 March 2008
Counsel for Plaintiff
Mailing & Faculty office: 3700 W. 103rd Street, Chicago, IL 60655
 312 371 6752 or 219 228 4396
FAX: 866 334 7458

CERTIFICATE OF SERVICE

Undersigned attorney swears that he filed the foregoing through ECF on March 31, 2008 and that all Defendants are registered E-filers.

s\*Christopher Cooper,, March 3, 2008*