## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Roger Coronado Jr

                              Plaintiff,

v.                                              Case No.: 1:08−cv−01254
                                                 Honorable Amy J. St. Eve

Valleyview Public School District, 365−U, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 31, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Motion for extension of time to answer [29] is granted. Defendants to answer or otherwise plead by 4/23/2008. Appearance on this motion for 4/1/2008 is stricken.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.