**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Roger Coronado Jr

        Plaintiff,

v.                              Case No.: 1:08−cv−01254
                                        Honorable Amy J. St. Eve

Valleyview Public School District, 365−U, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 31, 2008:

    MINUTE entry before Judge Honorable Amy J. St. Eve:Motion to amend/correct [31] is granted. Plaintiff to file an Amended Complaint by or on 4/2/2008. Defendants to answer or otherwise plead to the Amended Complaint by or on 4/23/2008. ( Status hearing set for 4/7/2008 is stricken and reset to 4/28/2008 at 08:30 AM.) Appearance on this motion [31] for 4/3/2008 is stricken.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.