CGP/429664                                                                                          6121-215

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER CORONADO, JR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 08 CV 1254 |
| VALLEY VIEW PUBLIC SCHOOL DIST., ) | |
| 365-U, ) | Judge St. Eve |
| UNIDENTIFIED BOLINGBROOK ) | |
| POLICEMAN, (Official and individual ) | |
| Capacity), ) | |
| DON LAVERTY (Official and Individual ) | |
| Capacity), ) | |
| T. GAVIN (Official and Individual Capacity), ) | |
| STEVEN PRODEHL (Official and Individual ) | |
| Capacity), | |
| Defendants. | |

## NOTICE OF MOTION

TO:    See Attached Service List

     PLEASE TAKE NOTICE that on Monday the 7th of April 2008, at 8:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Amy St. Eve or any judge sitting in her stead, in the courtroom usually occupied by her in the United States Courthouse Room 1241, 219 South Dearborn, Chicago, Illinois and shall then and there present **DEFENDANT "UNIDENTIFIED BOLINGBROOK POLICEMAN IN HIS INDIVIDUAL AND OFFICIAL CAPACITY" MOTION AND SUPPORTING MEMORANDUM FOR PARTIAL DISMISSAL** a copy of which is attached and hereby served upon you.

     Respectfully submitted

     By: s/Craig G. Penrose
     One of His Attorneys

Craig G. Penrose
Tressler, Soderstrom, Maloney & Priess LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL  60606
(312) 627-4000, Attorney for Unidentified Bolingbrook Policeman

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 2, 2008, a copy of the foregoing document was served upon the counsel of record listed by:

- Electronically filing via court ECF system:

| **Counsel for Plaintiff** | **Counsel for Valleyview School District, Don Laverty, T. Gavin, and Steven Prodehl** |
|---|---|
| Christopher Cooper<br>P.O. Box 1225<br>Hammond, In 46325<br>(317) 536-3197<br>(708) 425-8197 (facsimile<br>cooper@sxu.edu | Brian Riordan<br>Clausen Miller<br>10 South LaSalle Street<br>Chicago, Il 60603-1098<br>(312) 855-1010<br>(312) 606-7777<br>briordan@clausen.com |

s/Craig G. Penrose
Craig G. Penrose

Craig Penrose
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, Illinois 60606-6308
(312) 627-4000