## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

In the Matter of:                                           Case Number:    08 C 1254
ROGER CORONADO,
                        Plaintiff,
V.
VALLEY VIEW PUBLIC SCHOOL DISTRICT,
365-U, ET AL.,
                        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: **VALLEY VIEW PUBLIC SCHOOLS COMMUNITY UNIT DISTRICT 365-U, DON LAVERTY and TIMOTHY GAVIN**

| |
|---|
| NAME (Type or print)<br>     ANTHONY P. ULM |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/   Anthony P. Ulm |
| FIRM<br>     CLAUSEN MILLER P.C. |
| STREET ADDRESS<br>     10 SOUTH LASALLE STREET |
| CITY/STATE/ZIP<br>     CHICAGO, ILLINOIS 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>     6244038 | TELEPHONE NUMBER<br>     312-855-1010 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES         NO   X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES         NO   X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES         NO   X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>        YES      NO     X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>        RETAINED COUNSEL                      APPOINTED COUNSEL |