IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Coronado, Roger Jr. | ) |
|     Plaintiff, | )Civil Action: 08cv1254 |
| v. | )Judge St. Eve |
| | ) Magistrate Judge Schenkier |
| Valleyview Public School District, 365-U | ) |
| Alan Hampton, Bollingbrook Police, Ind. & Off Cap. | ) |
| Don Laverty Off.-Indiv. Capacities | ) |
| T. Gavin Off.-Indiv. Capacities | ) |
| Steven Prodehl | ) |
|     Defendants. | ) |

**Notice of Electronic Filing**

The following transaction was entered by Cooper, Christopher on 4/6/2008 at 9:12 PM CDT and filed on 4/6/2008

**Case Name:**    Coronado v. Valleyview Public School District, 365-U et al
**Case Number:**    1:08-cv-1254
**Filer:**    Roger Coronado, Jr
**Document Number:** 39

Docket Text:
**AMENDED complaint by Roger Coronado, Jr.  (Attachments: # (1) Supplement Signature sheet, signed and scanned)**

**1:08-cv-1254 Notice has been electronically mailed to:**

Craig G. Penrose     cpenrose@tsmp.com

Brian James Riordan     briordan@clausen.com

Anthony Philip Ulm     aulm@clausen.com

 s\Christopher Cooper, ESQ., PHD.  6 April 2008
Counsel for Plaintiff
PO Box 1225, Hammond, IN 46325 or
3700 W. 103rd Street, Chicago, IL 60655
Tel: 312 371 6752 or 219 228 4396
FAX: 866 334 7458;  E-Mail: cooperlaw3234@gmail.com