UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Roger Coronado Jr

                       Plaintiff,

v.                                          Case No.: 1:08−cv−01254
                                                     Honorable Amy J. St. Eve

Valleyview Public School District, 365−U, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 7, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Pursuant to filing of an Amended Complaint, Defendant's oral motion to withdraw without prejudice MOTION by Defendant Unidentified Bolingbrook Policeman to dismiss Counts I−V in his "Individual and Official Capacity" [35] is granted and Defendant's motion [35] is withdrawn. Defendants to answer or otherwise plead to the Amended Complaint by 4/23/2008. Joint Status Report due by 4/23/2008. Motion hearing held on 4/7/2008 regarding motion to dismiss[35]. Status hearing set for 4/28/2008 at 8:30 AM to stand.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.