Case 1:08-cv-01254    Document 42    Filed 04/03/2008    Page 1 of 1 

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | John W. Darrah |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1254 | **DATE** | 4/3/2008 |
| **CASE TITLE** | Roger Coronado, Jr. vs. Valleyview Public School District, et. al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, plaintiff has not shown any violation of his due process, rights and has, therefore, failed to show any reasonable likelihood of success on the merits. Furthermore, defendants have shown that granting plaintiff's motion for injunctive relief would harm the public interest. Therefore, plaintiff's motion for injunctive relief is denied [5]. Enter Memorandum Opinion and Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

|  | Courtroom Deputy Initials: | MF |
|---|---|---|

