IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Coronado, Roger Jr. | ) |
|     Plaintiff, | )Civil Action: 08cv1254 |
| v. | )Judge St. Eve |
| | )Magistrate Judge Schenkier |
| Valleyview Public School District, 365-U | ) |
| Alan Hampton, Bollingbrook Police, Ind. & Off Cap. | ) |
| Don Laverty Off.-Indiv. Capacities | ) |
| T. Gavin Off.-Indiv. Capacities | ) |
| Steven Prodehl | ) |
|     Defendants. | ) |

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Roger Coronado Jr. appeal to the United States Court of Appeals for the Seventh Circuit from the United States District Court's April 8, 2008 order (Docket No. 43) in the above captioned matter.

Dated: April 7, 2008

        By: s\Christopher Cooper
        For Plaintiffs, 6 February 2008
        Bar No. for U.S. District Court for Northern, IL: 2123245
        3700 West 103rd Street, Chicago, IL 60655
        PO BOX 1225, Hammond, Indiana 46325
        Tel: 312 371 6752;
        cooperlaw3234@gmail.com

Certificate of Service
Undersigned transmitted the foregoing via ECF on April 7, 2008. All defendants are registered e-filers.
s\Christopher C. Cooper