IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Coronado, Roger Jr. | ) |
| Plaintiff, | )Civil Action: 08cv1254 |
| v. | )Judge St. Eve |
| | )Magistrate Judge Schenkier |
| Valleyview Public School District, 365-U | ) |
| Alan Hampton, Bollingbrook Police, Ind. & Off Cap. | ) |
| Don Laverty Off.-Indiv. Capacities | ) |
| T. Gavin Off.-Indiv. Capacities | ) |
| Steven Prodehl | ) |
| Defendants. | ) |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiff Roger Coronado Jr. appeal to the United States Court of Appeals for the Seventh Circuit from the United States District Court's April 8, 2008 order (Docket No. 43) in the above captioned matter.

Dated: April 7, 2008

By: s\Christopher Cooper
For Plaintiffs, 6 February 2008
Bar No. for U.S. District Court for Northern, IL: 2123245
3700 West 103rd Street, Chicago, IL 60655
PO BOX 1225, Hammond, Indiana 46325
Tel: 312 371 6752;
cooperlaw3234@gmail.com

Certificate of Service
Undersigned transmitted the foregoing via ECF on April 7, 2008. All defendants are registered e-filers.
s\Christopher C. Cooper

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08cv1254

| PLAINTIFF (Petitioner) | v. DEFENDANT (Respondent) |
|---|---|
| Roger Coronado, Jr. (Appellant) | Valleyview Public School (Appellees) |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Christopher C. Cooper | Name | Brian J. Riordan |
| Firm | Law Office of Christopher Cooper | Firm | Clausen Miller P.C. |
| Address | P.O. Box 1225<br>Hammond, IN 46325 | Address | 10 South LaSalle St<br>Suite 1600<br>Chicago, IL 60603 |
| Phone | (312) 371-6752 | Phone | (312) 855-1010 |

| Other Information | | | |
|---|---|---|---|
| District Judge | St. Eve | Date Filed in District Court | 3/1/08 |
| Court Reporter | J. Rickhoff (ext 5562) | Date of Judgment | 4/8/08 |
| Nature of Suit Code | 440 | Date of Notice of Appeal | 4/8/08 |

COUNSEL: Appointed [ ] Retained [X] Pro Se [ ]

FEE STATUS: Paid [X] Due [ ] IFP [ ]

IFP Pending [ ] U.S. [ ] Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office? Yes [ ] No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ] Denied [ ] Pending [ ]

If Certificate of Appealability was granted or denied, date of order: ______________________

If defendant is in federal custody, please provide U.S. Marshall number (USM#): ______________

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A). Rev 04/01**

Additional Counsel

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

Case 1:08-cv-01254 Document 42 Filed 04/03/2008 Page 1 of 1

Order Form (01/2005)



BR

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | John W. Darrah |
|---|---|---|---|
| CASE NUMBER | 08 C 1254 | DATE | 4/3/2008 |
| CASE TITLE | Roger Coronado, Jr. vs. Valleyview Public School District, et. al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, plaintiff has not shown any violation of his due process, rights and has, therefore, failed to show any reasonable likelihood of success on the merits. Furthermore, defendants have shown that granting plaintiff's motion for injunctive relief would harm the public interest. Therefore, plaintiff's motion for injunctive relief is denied [5]. Enter Memorandum Opinion and Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|



U.S. DISTRICT COURT
2008 APR -7 AM 11:53
FILED

Case 1:08-cv-01254 Document 43 Filed 04/03/2008 Page 1 of 5



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROGER CORONADO, JR., Plaintiff, | ) | No. 08 C 1254 |
| v. | ) | Judge John W. Darrah |
| VALLEYVIEW PUBLIC SCHOOL DISTRICT, 365-U; UNIDENTIFIED BOLINGBROOK POLICEMAN; DON LAVERTY; T. GAVIN; and STEVEN PRODEHL, Defendants. | ) | |

**MEMORANDUM OPINION AND ORDER**

Currently pending is Plaintiff Roger Coronado Jr.'s motion for injunctive relief. Plaintiff was expelled from Bolingbrook High School after a hearing, based on his participation in a confrontation between several black and Hispanic male students in the school cafeteria during a lunch period. Plaintiff seeks a Court Order requiring Defendant Valleyview Public School District to convene a second hearing regarding Plaintiff's expulsion and to lift the expulsion order until that hearing takes place. On March 13, 2008, the parties appeared before this Court at an evidentiary hearing, at which Plaintiff and Defendants called several witnesses who testified regarding the events leading up to Plaintiff's expulsion. Both sides have submitted written closing arguments.

A party seeking a preliminary injunction must show: "(1) they are reasonably likely to succeed on the merits; (2) no adequate remedy at law exists; (3) they will suffer irreparable harm which, absent injunctive relief, outweighs the irreparable harm the respondent will suffer if the injunction is granted; and (4) the injunction will not harm the public interest." *Joelner v. Village*

Case 1:08-cv-01254 Document 43 Filed 04/03/2008 Page 2 of 5

*of Washington Park*, 378 F.3d 613, 619 (7th Cir. 2004). Here, Plaintiff's motion for injunctive relief must be denied because (1) Plaintiff can show no reasonable likelihood of success on the merits and (2) the injunction would harm the public interest.

The pre-expulsion hearing was conducted by the board before an independent hearing officer. The Plaintiff and his parents were present, and the written charges forming the basis for the expulsion were presented to the Plaintiff and his parents. Plaintiff argues that Defendants violated his due process right to an expulsion hearing in that he was not permitted to confront his accusers, no interpreter was provided for his parents – who Plaintiff claims speak limited English – and Defendants did not keep an adequate record of the hearing.

The Seventh Circuit addressed the due process requirements for expelling a student in *Remer v. Burlington Area School District*, 286 F.3d 1007 (7th Cir. 2002) (*Remer*). In *Remer*, the court summarized the due process requirements for expulsion procedures: "To comport with due process, expulsion procedures must provide students with an opportunity to be heard." *Remer*, 286 F.3d at 1010 (citing *Linwood v. Board of Educ. of the City of Peoria*, 463 F.2d 763 (7th Cir. 1972) (*Linwood*)). However, the proceedings need not "take the form of a judicial or quasi-judicial trial." *Remer*, 286 F.3d at 1010 (quoting *Linwood*, 463 F.3d 770). "As long as the student is given notice of the charges against him, notice of the time of the hearing and a full opportunity to be heard, the expulsion procedures do not offend due process requirements." *Remer*, 286 F.3d at 1010-11 (citing *Betts v. Board of Educ. of the City of Chicago*, 466 F.2d 629 (7th Cir. 1972) (*Betts*)).

Case 1:08-cv-01254 Document 43 Filed 04/03/2008 Page 3 of 5

Plaintiff first argues that Defendants were required to afford him the opportunity to confront his accusers at the expulsion hearing. Plaintiff cites *Colquitt v. Rich Township High School District*, 1998 WL 476734 (Ill. App. 1st Dist. 1998), in support of his contention. However, the overwhelming majority of courts that have addressed the question have held that a student facing expulsion does not have such a right. *See e.g. Witvoet v. Hersher Community Unit School Dist. No. 2*, 1998 WL 156916 (C.D. Ill. 1998); *Wagner v. Fort Wayne Community Schools*, 255 F.Supp.2d 915, 926 (N.D. Ind. 2003); *B.S. v. Board of Trustees, Fort Wayne Community Schools*, 255 F.Supp.2d 891, 900 (N.D. Ind. 2003). Furthermore, the evidence presented by Defendants at the evidentiary hearing shows that, during the hearing, Plaintiff did not dispute that he had engaged in the alleged conduct. Steven Prodehl, the hearing officer, testified that Plaintiff admitted to the alleged conduct. Prodehl's written report also indicates that Plaintiff admitted to the alleged conduct. Where the student admits the conduct with which he or she is charged, "the function of procedural protections in insuring a fair and reliable determination of the retrospective factual question . . . is not essential." *Betts*, 466 F.2d at 633. Thus, there was no violation of due process on account of any lack of opportunity to cross-examine.

Plaintiff next argues that Defendants should have provided an interpreter for his parents, who he claims speak limited English. However, the evidence in this case shows that an interpreter was not needed. Prodehl testified that, at the hearing, Rob Lathrope, Dean of Bolingbrook High School, asked Plaintiff's parents if they needed an interpreter and that Plaintiff's father said that they did not. Prodehl also testified that Plaintiff's parents asked questions at the hearing. Furthermore, Prodehl's report indicates that Plaintiff's father made a

statement at the hearing regarding Plaintiff's education, activities and future plans as well as his own views of the school's efforts to combat gang activity. Thus, the Court finds that an interpreter was not necessary in this case.

Finally, Plaintiff argues that Defendants did not keep adequate records of the hearing. Illinois law requires that the hearing officer "report to the board a written summary of the evidence heard at the meeting." 105 ILCS 5/10 - 22.6. Here, Prodehl created a six-page report summarizing the events at the hearing. Plaintiff has not offered any support for his view that a more extensive written record was required.

The injunction Plaintiff seeks would harm the public interest. Defendants have a clear interest in protecting the ability to maintain order in the school through the use of suspensions and expulsions. James Mitchell, the principal of Bolingbrook High School, testified that there are presently 3,700 students in the school, that approximately one third is black, one third is Hispanic and one third is white, and that there are between seven to nine street gangs active in the school. Mitchell related the danger to students posed by altercations between large numbers of students and the importance of preventing small-scale confrontations between students from growing into these more serious events. Because of this, Mitchell testified, it is necessary to deter students from backing or lending support to students who are threatening or preparing to fight. Considering Mitchell's testimony, it is clear that Defendants require the authority to punish conduct such as that of Plaintiff if they are to provide a safe school environment. To order Defendants to readmit Plaintiff would diminish that authority and could threaten the safety of students.

For the reasons stated above, Plaintiff has not shown any violation of his due process rights and has, therefore, failed to show any reasonable likelihood of success on the merits. Furthermore, Defendants have shown that granting Plaintiff's motion for injunctive relief would harm the public interest. Therefore, Plaintiff's motion for injunctive relief is denied.

Dated: April 3, 2008

JOHN W. DARRAH
United States District Court Judge

APPEAL, SCHENKIER

# United States District Court
## Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08−cv−01254
### *Internal Use Only*

Coronado v. Valleyview Public School District, 365−U et al
Assigned to: Honorable Amy J. St. Eve
Cause: 42:1985 Civil Rights

Date Filed: 03/01/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Roger Coronado, Jr** represented by **Christopher C. Cooper**
Law Office of Christopher Cooper
P.O. Box 1225
Hammond, IN 46325
(312)371−6752
Email: cooper@sxu.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Valleyview Public School District, 365−U** represented by **Brian James Riordan**
Clausen Miller P.C.
10 South LaSalle Street
Suite 1600
Chicago, IL 60603
(312) 855−1010
Email: briordan@clausen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Philip Ulm**
Clausen Miller P.C.
10 South LaSalle Street
Suite 1600
Chicago, IL 60603
(312) 855−1010
Email: aulm@clausen.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unidentified Bolingbrook Policeman**
*Off.−Ind.Cap.* represented by **Craig G. Penrose**
Tressler, Soderstrom, Maloney &Priess
233 South Wacker Drive
22nd Floor
Chicago, IL 60606−6308
(312) 627−4000
Email: cpenrose@tsmp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Don Laverty**
*Off.−Indiv. Capacities* represented by **Brian James Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Philip Ulm**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**T. Gavin**
*Off.−Indiv. Capacities*

represented by **Brian James Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Philip Ulm**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven Prodehl**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2008 | 1 | COMPLAINT for declaratory and injunctive relief and for monetary damages filed by Roger Coronado, Jr.(cdy, ) (Entered: 03/03/2008) |
| 03/01/2008 | 2 | CIVIL Cover Sheet (cdy, ) (Entered: 03/03/2008) |
| 03/01/2008 | 3 | ATTORNEY Appearance for Plaintiff Roger Coronado, Jr by Christopher C. Cooper (cdy, ) (Entered: 03/03/2008) |
| 03/01/2008 | 4 | (Court only) RECEIPT regarding payment of filing fee paid on 3/1/2008 in the amount of $350.00, receipt number 2579711 (cdy, ) (Entered: 03/03/2008) |
| 03/01/2008 | 5 | MOTION by Plaintiff Roger Coronado, Jr for order, or injunctive relief or an evidentiary hearing before this court.(Attachment #1, Notice) (cdy, ) (Entered: 03/03/2008) |
| 03/01/2008 | 6 | MEMORANDUM by Roger Coronado, Jr in support of motion for order or injunctive relief or an evidentiary hearing before this court 5 . (cdy, ) (Entered: 03/03/2008) |
| 03/03/2008 | 7 | *amended* NOTICE of Motion by Christopher C. Cooper for presentment of motion for order, motion for miscellaneous relief, motion for hearing 5 before Honorable Amy J. St. Eve on 3/6/2008 at 08:30 AM. (Cooper, Christopher) (Entered: 03/03/2008) |
| 03/05/2008 | 8 | MINUTE entry before Judge Amy J. St. Eve :MOTION by Plaintiff Roger Coronado, Jr for order, or injunctive relief or an evidentiary hearing before this court 5 will be heard on 3/10/2008 at 9:00 AM before Judge Darrah. Noticed motion for 3/6/2008 before Judge St. Eve is stricken.Mailed notice (tmh, ) (Entered: 03/05/2008) |
| 03/05/2008 | 9 | ATTORNEY Appearance for Defendants Valleyview Public School District, 365−U, Don Laverty, T. Gavin by Brian James Riordan (Riordan, Brian) (Entered: 03/05/2008) |
| 03/05/2008 | 10 | MINUTE entry before Judge Amy J. St. Eve :Initial Status hearing set for 4/7/2008 at 08:30 AM. in courtroom 1241.Mailed notice (tmh, ) (Entered: 03/05/2008) |
| 03/05/2008 | 11 | Addendum to Memorandum of Motion for Order or Injunction or Evidentiary Hearing by Roger Coronado, Jr (Attachments: # 1 Exhibit Telemundo# 2 # 3 Exhibit AP)(Cooper, Christopher) (Entered: 03/05/2008) |
| 03/05/2008 | 12 | NOTICE of filing by plaintiff regarding addendum to memorandum in support of motion for an order or injunctive relief or an evidentiary hearing before this court 11 (Cooper, Christopher) (Text modified by Clerk's Office on 3/6/2008) (cdy, ). (Entered: 03/05/2008) |

| | | |
|---|---|---|
| 03/06/2008 | 13 | ATTORNEY Appearance for Defendant Unidentified Bolingbrook Policeman by Craig G. Penrose *(in his official and individual capacity)* (Penrose, Craig) (Entered: 03/06/2008) |
| 03/07/2008 | 17 | RESPONSE by Valleyview Public School District, 365−U, Don Laverty, T. Gavin to plaintiff's motion for an order or injunctive relief or an evidentiary hearing before this court 5 ; Notice. (cdy, ) (Entered: 03/11/2008) |
| 03/10/2008 | 14 | MINUTE entry before Judge John W. Darrah :Plaintiff's motion for order, injunctive relief and evidentiary hearing 5 is granted in part and denied in part. The Court denies any injunctive relief, however, an evidentiary hearing is set for 3/12/08 at 1:00 p.m. Mailed notice(maf, ) (Entered: 03/10/2008) |
| 03/10/2008 | 15 | NOTICE by Valleyview Public School District, 365−U, Don Laverty, T. Gavin (Attachments: # 1 Service List)(Riordan, Brian) (Entered: 03/10/2008) |
| 03/10/2008 | 16 | RESPONSE by Defendants Valleyview Public School District, 365−U, Don Laverty, T. Gavin to motion for order, motion for miscellaneous relief, motion for hearing 5 , notice of filing 15 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Riordan, Brian) (Entered: 03/10/2008) |
| 03/12/2008 | 18 | MINUTE entry before Judge John W. Darrah :Evidentiary hearing held. Plaintiff's opening brief to be filed by 3/19/08. Defendant's response by 3/26/08. Ruling by mail. Mailed notice(maf, ) (Entered: 03/13/2008) |
| 03/13/2008 | 19 | TRIAL Brief *Closing Argument, Hearing of March 12th, 2008* by Roger Coronado, Jr (Cooper, Christopher) (Entered: 03/13/2008) |
| 03/13/2008 | 20 | MOTION by Plaintiff Roger Coronado, Jr to set a briefing schedule (Attachments: # 1 Supplement Memo in Supp)(Cooper, Christopher) (Entered: 03/13/2008) |
| 03/13/2008 | 21 | NOTICE of Motion by Christopher C. Cooper for presentment of motion by filer to set a briefing schedule 20 before Honorable John W. Darrah on 3/18/2008 at 09:00 AM. (Cooper, Christopher) (Entered: 03/13/2008) |
| 03/13/2008 | 22 | NOTICE of Motion by Christopher C. Cooper for presentment of motion by filer to set a briefing schedule 20 before Honorable Amy J. St. Eve on 3/18/2008 at 09:00 AM. (Cooper, Christopher) (Entered: 03/13/2008) |
| 03/13/2008 | 23 | TRIAL Brief *Addendum to Plaintiff's Closing argument* by Roger Coronado, Jr (Cooper, Christopher) (Entered: 03/13/2008) |
| 03/13/2008 | 24 | NOTICE by Roger Coronado, Jr re trial brief 23 , trial brief 19 (Cooper, Christopher) (Entered: 03/13/2008) |
| 03/18/2008 | 25 | MINUTE entry before Judge Honorable John W. Darrah: Plaintiff's motion to revise closing argument briefing schedule 20 is denied. Mailed notice (cdy, ) (Entered: 03/19/2008) |
| 03/25/2008 | 26 | NOTICE by Valleyview Public School District, 365−U, Don Laverty, T. Gavin (Attachments: # 1 Service List)(Riordan, Brian) (Entered: 03/25/2008) |
| 03/25/2008 | 27 | NOTICE by Valleyview Public School District, 365−U, Don Laverty, T. Gavin (Riordan, Brian) (Entered: 03/25/2008) |
| 03/25/2008 | 28 | CLOSING ARGUMENT IN RESPONSE TO PLAINTIFF'S CLOSING ARGUMENT by Valleyview Public School District, 365−U, Don Laverty, T. Gavin (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Riordan, Brian) (Entered: 03/25/2008) |
| 03/26/2008 | 29 | MOTION by Defendants Valleyview Public School District, 365−U, Don Laverty, T. Gavin for extension of time to file answer (Riordan, Brian) (Entered: 03/26/2008) |
| 03/26/2008 | 30 | NOTICE of Motion by Brian James Riordan for presentment of motion for extension of time to file answer 29 before Honorable Amy J. St. Eve on 4/1/2008 at 08:30 AM. (Attachments: # 1 Service List)(Riordan, Brian) (Entered: 03/26/2008) |

| 03/31/2008 | 31 | MOTION by Plaintiff Roger Coronado, Jr to amend/correct complaint 1 (Attachments: # 1 Supplement)(Cooper, Christopher) (Entered: 03/31/2008) |
|---|---|---|
| 03/31/2008 | 32 | NOTICE of Motion by Christopher C. Cooper for presentment of before Honorable Amy J. St. Eve on 4/3/2008 at 08:30 AM. (Cooper, Christopher) (Entered: 03/31/2008) |
| 03/31/2008 | 33 | MINUTE entry before Judge Honorable Amy J. St. Eve:Motion for extension of time to answer 29 is granted. Defendants to answer or otherwise plead by 4/23/2008. Appearance on this motion for 4/1/2008 is stricken.Mailed notice (tmh, ) (Entered: 03/31/2008) |
| 03/31/2008 | 34 | MINUTE entry before Judge Honorable Amy J. St. Eve:Motion to amend/correct 31 is granted. Plaintiff to file an Amended Complaint by or on 4/2/2008. Defendants to answer or otherwise plead to the Amended Complaint by or on 4/23/2008. ( Status hearing set for 4/7/2008 is stricken and reset to 4/28/2008 at 08:30 AM.) Appearance on this motion 31 for 4/3/2008 is stricken.Mailed notice (tmh, ) (Entered: 03/31/2008) |
| 04/02/2008 | 35 | MOTION by Defendant Unidentified Bolingbrook Policeman to dismiss *Counts I−V in his "Individual and Official Capacity"* (Penrose, Craig) (Entered: 04/02/2008) |
| 04/02/2008 | 36 | MEMORANDUM by Unidentified Bolingbrook Policeman in support of motion to dismiss 35 (Penrose, Craig) (Entered: 04/02/2008) |
| 04/02/2008 | 37 | NOTICE of Motion by Craig G. Penrose for presentment of motion to dismiss 35 before Honorable Amy J. St. Eve on 4/7/2008 at 08:30 AM. (Penrose, Craig) (Entered: 04/02/2008) |
| 04/03/2008 | 38 | ATTORNEY Appearance for Defendants Valleyview Public School District, 365−U, Don Laverty, T. Gavin by Anthony Philip Ulm (Ulm, Anthony) (Entered: 04/03/2008) |
| 04/03/2008 | 42 | MINUTE entry before Judge Honorable John W. Darrah: For the reasons stated in the attached memorandum opinion and order, plaintiff has not shown any violation of his due process, rights and has, therefore, failed to show any reasonable likelihood of success on the merits. Furthermore, defendants have shown that granting plaintiff's motion for injunctive relief would harm the public interest. Therefore, plaintiff's motion for injunctive relief 5 is denied. Enter Memorandum Opinion and Order. Mailed notice (cdy, ) (Entered: 04/08/2008) |
| 04/03/2008 | 43 | MEMORANDUM Opinion and Order. Signed by Honorable John W. Darrah on 4/3/2008.(cdy, ) (Entered: 04/08/2008) |
| 04/06/2008 | 39 | AMENDED complaint by Roger Coronado, Jr against all defendants (Attachments: # 1 Supplement Signature sheet, signed and scanned)(Cooper, Christopher) (Text modified by Clerk's Office on 4/7/2008) (cdy, ). (Entered: 04/06/2008) |
| 04/06/2008 | 40 | NOTICE by Roger Coronado, Jr re amended complaint 39 (Cooper, Christopher) (Entered: 04/06/2008) |
| 04/07/2008 | 41 | MINUTE entry before Judge Honorable Amy J. St. Eve:Pursuant to filing of an Amended Complaint, Defendant's oral motion to withdraw without prejudice MOTION by Defendant Unidentified Bolingbrook Policeman to dismiss Counts I−V in his "Individual and Official Capacity" 35 is granted and Defendant's motion 35 is withdrawn. Defendants to answer or otherwise plead to the Amended Complaint by 4/23/2008. Joint Status Report due by 4/23/2008. Motion hearing held on 4/7/2008 regarding motion to dismiss 35 . Status hearing set for 4/28/2008 at 8:30 AM to stand.Mailed notice (tmh, ) (Entered: 04/07/2008) |
| 04/08/2008 | 44 | NOTICE of appeal by Roger Coronado, Jr regarding orders 43 , 42 Filing fee $ 455, receipt number 07520000000002676772. (Cooper, Christopher) (Entered: 04/08/2008) |