NO. 08-_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Coronado, Roger Jr. | ) |
|     Plaintiff-Appellant, | )Civil Action: 08cv1254 |
| v. | )Judge St. Eve |
| | ) Magistrate Judge Schenkier |
| Valleyview Public School District, 365-U | ) |
| Alan Hampton, Bollingbrook Police, Ind. & Off Cap. | ) |
| Don Laverty Off.-Indiv. Capacities | ) |
| T. Gavin Off.-Indiv. Capacities | ) |
| Steven Prodehl | ) |
|     Defendants-Appellees. | ) |

EMERGENCY MOTION TO EXPIDITE APPEAL OF DISTRICT COURT'S DENIAL OF INJUCTIVE RELIEF

NOW COMES Plaintiff Roger Coronado Jr., and moves the Court of Appeals, pursuant to 28 U.S.C. 1292(a) and 1292(b); F.R.C.P. 65; *Colquitt v. Rich Township High School District,* 1998 WL 476734 (Ill. App. 1st Dist. 1998); G*oss v. Lopez*, 419 U.S. 566 (1975)); and Section 504 of the ADA. Plaintiff-child respectfully asks that this Court expedite its review of the District Court's decision upholding his one-year expulsion from Bollingbrook [Illinois] High School, since immediate harm to the child-Plaintiff will occur otherwise.

s\Christopher Cooper, ESQ., PHD., 8 April 2008
Counsel for Plaintiff-Appellant
US District for Northern Illinois Bar Number: 2123245
PO Box 1225, Hammond, IN 46325 or
3700 W. 103rd Street, Chicago, IL 60655
Tel: 312 371 6752 or 219 228 4396  FAX: 866 334 7458;  E-Mail: cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE
The undersigned attorney swears that on April 8, 2007, he filed the foregoing on ECF and that all defendants are registered e-filers.  On April 9, 2008, he will provide hard copies to the Court of Appeals.
s\Christopher Cooper,  April 8, 2008

Case 1:08-cv-01254     Document 47     Filed 04/08/2008     Page 2 of 2