FILED
APRIL 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-01254   Document 48   Filed 04/08/2008   Page 1 of 1

JN.

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 8, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-1850
>
> Caption:
> ROGER CORONADO, Jr.,
> Plaintiff - Appellant
>
> v.
>
> VALLEYVIEW PUBLIC SCHOOL DISTRICT, 365-U, et al.,
>  Defendants - Appellees
>
> District Court No: 1:08-cv-01254
> Court Reporter Joseph Rickhoff
> Clerk/Agency Rep Michael Dobbins
> District Judge Amy St. Eve
>
> Date NOA filed: 04/08/2008

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**

form ID: **188**