NO. 08-1850

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Coronado, Roger Jr. | ) |
|     Plaintiff-Appellant, | )Civil Action: 08cv1254 |
| v. | )Judge St. Eve |
| | )Magistrate Judge Schenkier |
| Valleyview Public School District, 365-U | ) |
| Alan Hampton, Bollingbrook Police, Ind. & Off Cap. | ) |
| Don Laverty Off.-Indiv. Capacities | ) |
| T. Gavin Off.-Indiv. Capacities | ) |
| Steven Prodehl | ) |
|     Defendants-Appellees. | ) |

**Notice of Electronic Filing**

The following transaction was entered by Cooper, Christopher on 4/14/2008 at 10:45 PM CDT and filed on 4/14/2008

**Case Name:**     Coronado v. Valleyview Public School District, 365-U et al
**Case Number:**     1:08-cv-1254
**Filer:**     Roger Coronado, Jr
**Document Number:** 49

Docket Text:
**DOCKETING Statement by Roger Coronado, Jr regarding notice of appeal[44] (Cooper, Christopher)**

**1:08-cv-1254 Notice has been electronically mailed to:**

Christopher C. Cooper     cooper@sxu.edu

Craig G. Penrose     cpenrose@tsmp.com

Brian James Riordan     briordan@clausen.com

Anthony Philip Ulm     aulm@clausen.com