# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 1254

Roger Coronado, Jr

vs.

Valleyview School District, 365-U et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT: Alan Hampton, in his individual and official capacity

| |
|---|
| NAME (Type or print)<br>Craig G. Penrose |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Craig G. Penrose |
| FIRM<br>Tressler, Soderstrom, Maloney & Priess, LLP |
| STREET ADDRESS<br>233 S. Wacker Dr., 22nd Floor |
| CITY/STATE/ZIP<br>Chicago IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6243643 | TELEPHONE NUMBER<br>(312) 627-4000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐