48-9361-00-6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER CORONADO, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VALLEY VIEW PUBLIC SCHOOL DISTRICT, )<br>365-U, et al., )<br>)<br>Defendants. ) | District Court No. 08-cv-1254<br><br>Appeal No. 08-1850<br><br>Judge John W. Darrah |

DESIGNATION OF THE RECORD ON APPEAL

NOW COME Defendants VALLEY VIEW PUBLIC SCHOOL DISTRICT, 365-U, DAN LAVERTY and TIMOTHY GAVIN, by and through their attorneys, BRIAN J. RIORDAN and CLAUSEN MILLER P.C., and file this Designation of the Record on Appeal:

1. Pursuant to Federal Rule of Appellate Procedure 10, Circuit Rule 10 and U.S. District Court Clerk Michael W. Dobbins' April 8, 2008 Letter, Defendants Valley View Public School District, 356-U, Dan Laverty and Timothy Gavin request that the record in the above-captioned case be prepared and forwarded to the Court of Appeals on or before April 28, 2008.

2. These Defendants request that the original papers, exhibits, transcript and certified copies of the docket entries be included in the record.

3. These Defendants specifically request that all Memoranda and Briefs be included in the record.

1180094.1

2

4. These Defendants further request that all Exhibits admitted into evidence during the evidentiary hearing before Judge Darrah on March 13, 2008 be included in the record. Plaintiff's Exhibits are attached to this Designation as **Exhibit 1**. Defendants' Exhibits are attached to this Designation as **Exhibit 2**.

                            CLAUSEN MILLER P.C.


                    By:     /s/   Brian J. Riordan
                            BRIAN J. RIORDAN  (ARDC No. 6237969)
                            CLAUSEN MILLER P.C.
                            10 South LaSalle Street
                            Chicago, Illinois 60603-1098
                            Telephone:  (312) 606-7805
                            Facsimile:  (312) 606-7777
                            briordan@clausen.com
                            *Counsel for Defendants School District,
                            Laverty and Gavin*

1180094.1