48-9361-00-6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROGER CORONADO, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | District Court No. 08-cv-1254 |
| v. | ) | |
| | ) | Appeal No. 08-1850 |
| VALLEY VIEW PUBLIC SCHOOL DISTRICT, 365-U, et al., | ) | |
| | ) | Judge John W. Darrah |
| | ) | |
| Defendants. | ) | |

NOTICE OF FILING

TO:  Christopher C. Cooper                     Craig G. Penrose
     P.O. Box 1225                             TRESSLER SODERSTROM MALONEY
     Hammond, Indiana 46324                    & PRIESS, LLP
     Tel: (312) 371-6752; (219) 228-4396       233 S. Wacker Drive, 22nd Floor
     Fax: (866) 334-7458                       Chicago, Illinois 60606
     *Counsel for Plaintiff*                   Tel: (312) 627-4000
                                               Fax: (312) 627-1717
                                               *Counsel for Defendant, Alan Hampton*

PLEASE TAKE NOTICE that on this 18th day of April, 2008, the undersigned electronically filed with Clerk of the United States District Court for the District of Illinois, Eastern Division, Defendants Valley View Public School District, 365-U, Dan Laverty and Timothy Gavin's Designation of the Record on Appeal, a copy of which is attached hereto and herewith e-served upon you.

1180139.1

By: /s/ Brian J. Riordan
BRIAN J. RIORDAN (ARDC No. 6237969)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
Telephone: (312) 606-7805
Facsimile: (312) 606-7777
briordan@clausen.com
*Counsel for Defendants School District,
Laverty and Gavin*

2

1180139.1