48-9361-00-6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROGER CORONADO, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | District Court No. 08-cv-1254 |
| v. | ) | |
| | ) | Appeal No. 08-1850 |
| VALLEY VIEW PUBLIC SCHOOL DISTRICT, 365-U, et al., | ) | |
| | ) | Judge John W. Darrah |
| | ) | |
| Defendants. | ) | |

**Plaintiff Roger Coronado, Jr.'s Evidentiary Hearing Exhibits**

1. Plaintiff's Exhibit No. 5:    Bolingbrook High School Handbook, Fighting

2. Plaintiff's Exhibit No. 6:    Bolingbrook High School Handbook, Subversive Organizations/Gangs/Hate Groups

3. Plaintiff's Exhibit No. 9:    Photo and Stadium Ticket: Roger Coronado and the Royals

**EXHIBIT 1**

20. **FIGHTING**
The following may result in a recommendation for expulsion and/or notification of proper authorities.
> A. *FIGHTING:* Any participant involved in a fight will receive up to 10 days of suspension and an **arrest for disorderly conduct may occur.** Local authorities may be notified.
> B. *AGGRESSIVE BEHAVIOR OTHER THAN FIGHTING; MALICIOUS INTENT (TO CAUSE OTHERS TO SUFFER):* Students involved in physically aggressive behavior which is not technically a fight may be suspended for 1-10 days at the discretion of the dean.
> C. *INSTIGATION:* Inciting other students to act with physical violence upon any other person may result in a 10 day suspension.
> D. *MOB ACTION:* Any participant in mob action (two or more people) who does not withdraw on request of a staff member, or the assembly of two or more people to do an unlawful act for the purpose of doing violence to a person or school property. Local authorities may be notified.
>> 3-10 days suspension

21. *FORGERY: ALTERING INFORMATION WITH THE INTENT TO DECEIVE. THIS INCLUDES THE USE OF FORGED MATERIALS AND ANY FORM OF PASS ABUSE AND THE MAKING OF DECEPTIVE PHONE CALLS TO IMPERSONATE OR MISREPRESENT IDENTITY.*
    3-10 days suspension and possible recommendation for expulsion.

22. *GAMBLING: ANY FORM OF GAMBLING.*
    1-10 days external suspension

23. *GROSS DISOBEDIENCE: REFUSAL AND/OR FAILURE TO OBEY AND/OR CHRONIC VIOLATION OF SCHOOL RULES, PROBATION TERMS, OR DISCIPLINE CONTRACT WHICH, IN THE OPINION OF THE SCHOOL ADMINISTRATION HAS EITHER INTERFERED WITH THE RIGHTS OR SAFETY OF THE FACULTY, STAFF, AND/OR OTHER STUDENTS OR DISRUPTED STUDENTS' EDUCATION PROCESS.*
    10 day suspension, probation contract signed and a possible recommendation for expulsion

24. *GROSS MISCONDUCT: ANY IMPROPER BEHAVIOR OR DELIBERATE WRONGDOING NOT CONFORMING TO PREVAILING STANDARDS OF THE SCHOOL'S RULES AND REGULATIONS.*
    10 day suspension and a possible recommendation for expulsion

25. *HARASSMENT: THE DELIBERATE OR REPEATED USE OF UNSOLICITED VERBAL COMMENTS, GESTURES, OR PHYSICAL CONTACT OF A SEXUAL/RACIAL AND/OR BULLYING NATURE WHICH ARE UNWELCOME.* More information regarding harassment is located in its own section within this handbook.
    1-10 days suspension and possible recommendation for expulsion.

26. *IDENTIFICATION OF STUDENT: STUDENTS ARE EXPECTED TO HAVE THEIR SCHOOL IDENTIFICATION CARD WITH THEM AT ALL TIMES.*
> A. *FAILURE TO POSSESS/CARRY PROPER IDENTIFICATION*
> | | | |
> |---|---|---|
> | 1ST OFFENSE | - | 1 Double Detention |
> | 2ND OFFENSE | - | 1 Saturday Detention |
> | 3RD OFFENSE | - | Internal suspension |
> | 4TH OFFENSE | - | 3-5 days external suspension |



34. **LOCKER VIOLATION: SHARING LOCKERS IS STRICTLY PROHIBITED.**
    - 1ST OFFENSE - 1 Double Detention and possible change of locker.
    - 2ND OFFENSE - 1 Saturday Detention and possible change of locker.
    - 3RD OFFENSE - 1 day internal suspension and possible change of locker.

35. **OBSCENE LANGUAGE OR GESTURES (PROFANITY)**
    - 1ST OFFENSE - 1 Double Detention
    - 2ND OFFENSE - 3 Double Detentions or internal suspension
    - 3RD OFFENSE - 1-10 day external suspension

36. **PROFANITY/ABUSIVE LANGUAGE OR OBSCENE GESTURES INTENDED TO OFFEND/ABUSE ANOTHER STUDENT.**

    1-10 days suspension

37. **PROFANITY/ABUSIVE LANGUAGE OR OBSCENE GESTURES INTENDED TO OFFEND/ABUSE A STAFF MEMBER.**

    3-10 days suspension and a behavioral contract must be signed.

38. **POSSESSION, CONSUMPTION, OR DISPENSING OF FOOD, CANDY, OR BEVERAGE IN AN UNAUTHORIZED AREA. VENDING AND BEVERAGE MACHINES CAN ONLY BE IN USE BEFORE SCHOOL BEGINS, DURING PASSING PERIODS, AND AFTER SCHOOL.**
    - 1ST OFFENSE - 1 Detention
    - 2ND OFFENSE - 1 Double Detention/Saturday
    - 3RD OFFENSE - 2 Double Detentions/Super Saturday
    - 4TH OFFENSE - 3 Double Detentions/3 Saturdays

39. **SCHOOL FORMS**
    A. Unauthorized possession of school forms
    B. Posting or distributing unauthorized materials
       1-10 days suspension

40. **STALKING: THE ACT OF KNOWINGLY FOLLOWING ANOTHER PERSON OR PLACING THAT PERSON UNDER SURVEILLANCE.**
    - 1ST OFFENSE - Cease and desist contract will be signed and a possible 1-10 days suspension.
    - 2ND OFFENSE - 1-10 days suspension; possible recommendation for expulsion. Proper authorities will be notified.

41. **SUBVERSIVE ORGANIZATIONS/GANGS/HATE GROUPS:**
    A. *SUBVERSIVE ORGANIZATIONS AND RELATED ACTIVITIES INCLUDING ANY WRITTEN MATERIAL PERTAINING TO SUCH ORGANIZATIONS ARE PROHIBITED BY THE BOARD OF EDUCATION AND THE ADMINISTRATION AS DEFINED BY THE SCHOOL CODE OF THE STATE OF ILLINOIS. (SEE BOARD POLICY #7:194)*

       3-10 days suspension and a possible recommendation for expulsion.
       The proper authorities will be notified, and a behavioral contract will be signed.

    B. *POSSESSION OF AND/OR WEARING SECRET ORGANIZATION PARAPHERNALIA OR DEMONSTRATING ANY GESTURES OF THAT SECRET ORGANIZATION, SIGNING (INCLUDING CONVOLUTED HANDSHAKES), WEARING OR DISPLAYING SOMETHING ON ONE SIDE OF BODY THAT IS NOT ON THE OTHER SIDE OF THE BODY (TO INCLUDE SHAVED EYEBROWS).*

       3-10 days suspension and a possible recommendation for expulsion.

P F EXHIBIT 6

    C. ANY HANDSHAKE THAT REPRESENTS GANG AFFILIATION IS STRICTLY PROHIBITED.
       1-10 days suspension.

### Gangs and Gang Activities Prohibited: (District School Board Policy 7:194)

The board believes and hereby finds that the presence of gangs and gang activities can cause a substantial disruption of (or material interference with) school and school activities. **A "gang" as defined in this policy is any group of two or more persons whose purposes include the commission of illegal acts.** By this policy, the board acts to prohibit the existence of gangs and gang activities as follows:

1. No student on or about school property or at any school activity shall wear, possess, use, distribute, display, or sell any clothing, jewelry, emblem, badge, symbol, sign, or other things which are evidence of membership of affiliation in any gang.
2. No student, on or about school property or at any school activity, shall commit any act or omission, or use any speech, either verbal or non-verbal (gestures, handshakes, etc.), showing membership or affiliation in a gang.
3. No student, on or about school property or at any school activity, shall use any speech or commit any act or omission in furtherance of the interests of any gang or gang activity, including, but not limited to:
   a. soliciting others for membership in any gangs,
   b. requesting any person to pay for protection or otherwise intimidating or threatening any person,
   c. committing any other illegal act or other violation of School District policies,
   d. inciting other students to act with physical violence upon any other person.

42. TARDINESS TO ANY SCHEDULED CLASS OR ASSIGNED AREA.
    - 1ST TARDY - Tardy detention issued
    - 2ND TARDY - Tardy detention issued
    - 3RD TARDY - Tardy detention issued
    - 4TH TARDY - Tardy detention issued
    - 5TH AND SUBSEQUENT TARDIES - Referrals to the Dean's Office may occur.

43. THEFT, ATTEMPTED THEFT, POSSESSION OF STOLEN PROPERTY, INCLUDING ANY ITEM FROM THE CAFETERIA.
    1-10 days suspension-possible recommendation for expulsion. Restitution for school property required; proper authorities may be notified.

44. TOBACCO
    A. POSSESSION, USE, OR DISPENSING OF TOBACCO ON SCHOOL PROPERTY
       - 1ST OFFENSE - 3 days suspension and possible notification of proper authorities.
       - 2ND OFFENSE - 5 days suspension and possible notification of proper authorities and a behavioral contract must be signed.
       - 3RD OFFENSE - 10 days suspension and notification of proper authorities.
    B. POSSESSION OR USE OF A LIGHTER OR MATCHES
       - 1ST OFFENSE - 1 Double Detention/Saturday
       - 2ND OFFENSE - 2 Double Detentions/Super Saturday/Internal Suspension
       - 3RD OFFENSE - 3-10 days suspension

45. TRESPASSING: RETURNING TO ANY VALLEY VIEW SCHOOL PROPERTY WITHOUT APPROVAL TO INCLUDE AFTER SCHOOL ACTIVITIES, NIGHT SCHOOL AND WILCO **(includes expelled students and those on external suspension)**


