48-9361-00-6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROGER CORONADO, JR., | ) | |
| | ) | |
| Plaintiff, | ) | District Court No. 08-cv-1254 |
| | ) | |
| v. | ) | Appeal No. 08-1850 |
| | ) | |
| VALLEY VIEW PUBLIC SCHOOL DISTRICT, 365-U, et al., | ) | Judge John W. Darrah |
| | ) | |
| Defendants. | ) | |

**Defendants Valley View Public School District, 365-U, Dan Laverty
and Timothy Gavin's Evidentiary Hearing Exhibits**

1.  Defendants' Exhibit No. 1:   February 7, 2008 Notice of Suspension Letter

2.  Defendants' Exhibit No. 2:   February 11, 2008 Notice of Disciplinary Hearing

3.  Defendants' Exhibit No. 3:   February 7, 2008 Written Statement of Plaintiff

4.  Defendants' Exhibit No. 4:   February 7, 2008 Office of Dean Student Referral Form

5.  Defendants' Exhibit No. 5:   Bolingbrook Police Department Ticket

6.  Defendants' Exhibit No. 6:   District Hearing Officer's Report on Hearing for Expulsion

7.  Defendants' Exhibit No. 7:   Plaintiff's Report Card and G.P.A.

8.  Defendants' Exhibit No. 8:   School District's Recommendation for Two Semester Expulsion

9.  Defendants' Exhibit No. 9:   February 25, 2008 Expulsion Notification Letter

**EXHIBIT 2**

1180105.1

  

JAMES A. MITCHEM, JR.
PRINCIPAL

365 Raider Way • Bolingbrook, IL 60440

630-759-6400
(FAX) 630-759-2650

February 7, 2008

Rogelio Coronado
213 Bedford
Bolingbrook IL 60440

Re: ROGER CORONADO

Dear Mr. Corondo:

On February 6, 2008, you were notified that your son, ROGER CORONADO, was externally suspended from February 7, 2008 through February 21, 2008 for Subversive Organization. You were also notified at that time that your son's name would be submitted to the Administrative Council for an expulsion recommendation.

The Administrative Council met and will present the case to the district hearing officer appointed by the Valley View Board of Education to consider a recommendation for expulsion. You will be notified of the date, time and location.

The reason for the recommendation is for violation of the following handbook offense(s):

   Pg 45 # 41 SUBVERSIVE ORGANIZATIONS/GANGS/HATE GROUPS

Please feel free to contact me if you have any questions concerning this matter.

Sincerely,

Dan Laverty
Assistant Principal Student Services & Building and Operations



**Valley View Public Schools**
Office of the Superintendent
*Dr. Phillip W. Schoffstall*

755 Luther Drive
Romeoville, IL 60446
Phone: 815.886.2700 X241
E-mail: schoffstallpw@vvsd.org

February 11, 2008

Regular and Certified Mail

Mr. Rogelio Coronado
213 Bedford
Bolingbrook, IL 60440

Ref:   Pablo Coronado - 9th Grade
       Bolingbrook High School

Dear Mr. Coronado:

The School Board, Valley View Community Unit School District 365U, appointed the undersigned as Hearing Officer, for the School District.

This letter shall serve as Notice that the School Administration has recommended that your child be expelled from the School District and that you and your child are hereby requested to appear at a meeting with the undersigned on:

Date:       February 19, 2008

Time:       11:00 a.m.

Location:   Bolingbrook High School, Bolingbrook, IL.

to discuss your child's behavior and said expulsion. The School Administration has charged your child with the following:

1. Subversive Organizations

You, and your child, will be given the opportunity to review the charges made against your child. You may present evidence at the Hearing, and have counsel present, if you desire. Information germane to the question of expulsion, which you may wish to present is requested and will be taken into consideration.

If you have questions pertaining to said Hearing, or to the contents thereof, please contact me at [630] 759-1400. A written summary of the evidence presented at the Hearing shall be presented to the Board of Education, on Monday, February 25, 2008, at 6:30 p.m., at the District Administration Center, and the Board may take such action thereon as it finds appropriate.

Sincerely,

*Steven J. Prodehl*
Steven J. Prodehl
District Hearing Officer
CC: Student's File

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Rogelio Coronado
   213 Bedford
   Bolingbrook, IL 60440

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Rogelio Coronado  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
Coronado

C. Date of Delivery
2/7/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7007 2680 0001 9713 6397

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

BOLINGBROOK, IL 60440  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.41 | 0440 |
| Certified Fee | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.21 | 02/11/2008 |

Sent To: Mr. Rogelio Coronado
Street, Apt. No.; or PO Box No.: 213 Bedford
City, State, ZIP+4: Bolingbrook, IL 60440

PS Form 3800, August 2006  See Reverse for Instructions

7007 2680 0001 9713 6397

# VALLEY VIEW PUBLIC SCHOOLS
## COMMUNITY UNIT DISTRICT 365-U

Date: 1/7/08

To: **Dean of Students**

From: _____

Re: Incident of _____ (Date & Time)

**Memorandum of Incident**

[Office Use Only]

It is requested that the person submitting this Memorandum, accurately describe what occurred, regarding the incident and, indicate who, if anyone, also was present and observed the incident. If you have knowledge of any events which led up to this incident, please indicate those events also. **PLEASE PRINT!**

1. I just got up and try to see if my friends
2. were goin to need help or something because
3. there were alot of them other guys on the
4. there side so I got up to help
5.
6. Roger Coronado
7.
8. I have seen this statement
9.
10. ① Rogelio Coronado
11. ② Bianca Coronado

Signature _____  Title _____  Date _____

Copies:  White - Student File    Yellow - Student File    Pink - Person Submitting Memorandum    Form 444

OFFICE OF THE DEAN - STUDENT REFERRAL FORM

75747

| VALLEY VIEW PUBLIC SCHOOLS COMMUNITY UNIT 365U<br><br>Incident Report Of Student Misconduct | Name of Student: Roger Coronado<br><br>Age:          Grade: | Date and Time of Incident: 2/4/08<br><br>SB-6A |
|---|---|---|

Parent/Guardian: (Name/Address/Telephone No.) 213 Bedford Road Bol- 60440

Date/Time Contacted: 630-209-1724 @ 8:30

Notation: Rogelio Coronado  630-963-9090   2/7/08

**DESCRIPTION OF INCIDENT INVOLVING STUDENT MISCONDUCT**

Roger was seen by myself posturing with a large group in the cafeteria who were flashing gang signs at a group of Gangster Disciples.

STUDENT'S SECTION: The above offenses have been explained to me and I have had the opportunity to respond to them; my signature shall not be taken as an admission of guilt of the offense(s) alleged. Further, should I be externally suspended from school, I understand I may not enter upon the property of the Valley View Schools, during the period of suspension, unless and until appropriate authorization is first obtained.

Student's Signature: Roger Coronado            Date:

**Action Taken By Faculty Member**
( ) Teacher's Detention(s): _____
( ) Personal Conference with Student: _____
( ) Parent Contacted By Telephone: _____
( ) Letter Sent Home: _____

Referring Faculty Member: T. Gavin

#15

**Action Taken By Dean's Office**
(X) Student Conference      ( ) Detention(s) Issued
(X) Parent Conference       ( ) Int. Adjust. Center
( ) B.I.C.                  (X) External Suspension
( ) _____                 ( ) Saturday Detention
                            (X) Expulsion Candidate

Number of: _____
Total Days: _____
Total Days: 10
Date: _____
Admin Council: _____

IA/Ext Dates: From: 2/7/08
IA/Ext Dates: Thru: 2/21/08
Return to Classes On: 2/22/08

**DEAN'S SUMMARY:**
20.D Fighting Mob Action
40.B Subversive Organization
School Board Policy 7:194 sec. 2

NOTICE TO PARENTS OR GUARDIAN
1. The purpose of this is to inform you of a disciplinary incident involving your child.
2. You are urged to support the action taken by the teacher/Dean and to cooperate with the corrective action initiated today.
3. This Incident Report has been reviewed with your child, as indicated by his/her signature above, and the above indicated disciplinary action has been imposed. If you have any questions please call the Dean.

Dean's Signature: _____           Date: 2/7/08

| DISTRIBUTION | WHITE<br>Office of the Dean | YELLOW<br>Parents/Guardian | PINK<br>Referring Teacher | GOLDENROD<br>Student's Counselor |
|---|---|---|---|---|

177-109-05

*[Illegible photocopy of a Misdemeanor Complaint and Arrest Ticket. Partially legible fields include:]*

MISDEMEANOR COMPLAINT and ARREST TICKET

NAME: [illegible]
ADDRESS: 877 Gailord [illegible]
PHONE: [illegible]   DOB: [illegible]

Charge: Disorderly Conduct

SEC: 501 et [illegible]

TIME, PLACE, DATE OF OFFENSE: [illegible]

To wit: Disorderly Conduct in [illegible]

$50.00

Without admitting guilt, I promise to comply with...

If not paid within 16 days...

Street: 375 W. Briarcliff Road   City: Bolingbrook

On the 9th day of April 2008 [illegible]

# Valley View Public Schools Community Unit 365U

# District Hearing Officer's Report on Hearing For Expulsion

In Re: **Roger Coronado**
**9th - Bolingbrook High School**

FILE LETTER: **X**

**SECTION I**

That a report of the incident of student's misconduct, introduced by the representative of the school's administration, was received in evidence as Exhibit **#1**, without objection, copy of which is attached hereto.

**SECTION II**

That said student was charged by the Administration with the following offense(s):

1. *Fighting/Mob Action*
2. *Subversive Organizations*

**SECTION III**

That the "Student/Parent Handbook", noting specifically offense(s) as stated in Section II above, which provides information about school rules, regulations, policy and state laws relating to attendance, discipline, disruptions, suspension, expulsion, etc., was received in evidence as Exhibit **#2**, without objection, copy of which is incorporated herein by reference.

**SECTION IV**

That, _____ **Mr. Nicholas Detman, Dean, Bolingbrook High School** on **Monday**, **February 4, 2008** noting, heretofore described rules infraction(s) of the Student Code of Conduct, as enumerated in the Student/Parent Handbook of this school, reviewed said rule infraction(s) with said student, as was the disciplinary action that was then and there imposed; that the legal guardian was notified of said "preliminary hearing" as evidenced by a letter entered, without objection, as Exhibit **#3**, copy of which is attached hereto.

**SECTION V**

That Notice of a Due Process Hearing, dated **February 11, 2008**, was sent and received by student's parent/guardian, at family residence of record.

A. Service by certified mail, a copy of said notice, was received in evidence as Exhibit # **4**, without objection. Copy of which is attached hereto and made a part hereof.

B. A waiver of Notification By Certified Mail was entered into evidence as Exhibit # _____, without objection, copy of which is attached hereto and made a part hereof.

**SECTION VI**

That Notice of Hearing, and listing of charges thereon, constituted a reasonable means of informing the student and _____ **his parents** _____ of the matters to be considered at the Hearing; and, that no requests pertaining to said Hearing, the method of content or conduct of same, were raised prior to, or at, said Hearing, from the student or **his parents.**

District Hearing Officer's
Findings of Fact At The Hearing For Expulsion

In Re: **Roger Coronado**
9th - Bollingbrook High School

### SECTION VII

That a statement report - written by the student and acknowledged to be his/her own, introduced by the administration, was received in evidence as Exhibit # __5__, without objection, copy of which is attached hereto.

### SECTION VIII

That the following people were present at the Hearing on __Tuesday__
__February 19, 2008__, at __11:00 a.m.__.

Steven J. Prodehl — District Hearing Officer
Mr. Rob Lathrope — Dean, Bollingbrook High School
Mr. Rogelio Coronado — Father of Student
Ms. Blanca Coronado — Mother of Student
Roger Coronado — Student (15 yoa)

### SECTION IX

That representatives of the administration testified to the matters at issue and were questioned by the student and student's Parents, and other parties present; and, that the student and student's __parents__ testified to the matters at issue and were questioned by representatives of the administration and other parties present.

### SECTION X

A.  [XXX] - That the student admitted to the charge(s) as made by the administration and that no evidence - oral or written - was introduced to counter or disclaim the charges as stated by the school administration in Section II, supra.

B.  [ ] - That the student denied the charge(s) regarding as made by the administration and that no evidence was introduced by the student to counter or disclaim the charges as stated by the school administration in Section II, supra.

See attached Exhibit #_____

C.  [ ] - That student did not appear at the Hearing

### SECTION XI

That representatives of the administration submitted the following items of physical evidence, which furnishes or tends to furnish proof and, demonstrates, makes clear, or ascertains the truth of the very fact or point(s) in issue:
Exhibit #_____
Exhibit #_____
Exhibit #_____
Exhibit #_____
Exhibit #_____

### SECTION XII

At the Hearing the student related the following: The Student, Roger, stated that he was in his regular lunch period and sat at a table with Michael Clinton and Eric Del Angel whom he knows. Another big group of people came to sit down of whom he kind of knows a few of them. A security guard came and checked peoples ID's to see if anyone was cutting classes. Roger believed that a number of people were cutting. The guard took down everyone's names and then left. A student walked towards their table and looked at the table as if he wanted to start something. Someone from their table walked towards that student to talk to him. Suddenly, a large group of people jumped up and stood behind the other student and then his table of people stood up and went behind their guy as if to protect him. Both sides started throwing gang signs at each other and yelling gang slogans. Roger stated that he did walk over and lent support to his table, some of whom he knows are Latin Kings. Roger stated that he did not throw any gang signs or shout any gang slogans. Roger stated he does not belong to any gang. Roger stated that he should have acted differently and what he did was very stupid, especially when he is not that good of friends with any of them.

District Hearing Officer's
Findings of Fact At The Hearing For Expulsion

In Re: **Roger Coronado**
9th - Bolingbrook High School

### SECTION XIII

At the Hearing the student's parent/guardian related the following: The father stated that he is very surprised at his son. His son has never been in trouble before and is a good kid at home. They had plans for him to go to college and they have even hired a tutor for him on Saturdays with a math teacher at the College of DuPage for two hours a session because he has trouble with math. Their family are all involved in the community, in sports, playing and coaching, and they try to monitor his friends. He agrees with the school in their efforts to combat the gangs, but they believe their son got caught up in the moment and did something stupid. They ask that the Board look at his son as an individual, find that he is a good kid and not expel him.

### SECTION XIV

That student and student's parents were _____Cooperative_____ during the Hearing.

### SECTION XV

That a copy of Resume of Disciplinary Action, with supporting documentation, and introduced by the administration, was received in evidence as Exhibit # ___6___, without objection, copy of which is attached hereto. The student's disciplinary record not related to the incident leading to the expulsion charge(s) was not admissible at the Hearing as having any effect or bearing on proof or disproof of the charges as made. The record was considered, however, after a determination of guilt was made, by the administration, and had an effect on the severity of the punishment they recommended. The record, therefore, will be made available to the Board, if it has reached a conclusion of guilt on the part of the student, it may then be considered in its deliberation as to the severity of the penalty to be imposed.

### SECTION XVI

That a Teacher's Report - written by the student's teachers and acknowledged to be their evaluation, introduced by the administration, was received in evidence as Exhibit # ___7___, without objection, copy of which is attached hereto.

### SECTION XVII

That a Counselor's Report - written by the student's counselor and acknowledged to be his/her own, introduced by the administration, was received in evidence as Exhibit # ___8___, without objection, copy of which is attached hereto.

### SECTION XVIII

Hearing Officer was appointed, and Hearing was conducted, pursuant to express authorization of Illinois Revised Statutes, Chapter 122, Section 10-22.6, which is incorporated herein by reference.

### SECTION XIX

That student and his/her parent/guardian were advised of the invitation extended to them by the School Board, to appear before that body at said meeting wherein their child's alleged misconduct will be deliberated upon and conclusions regarding disciplinary action reached thereat.

DATE:       *Friday, February 22, 2008*

TIME:       *6:30 P.M.*

LOCATION:   *District Administration Center*

### SECTION XX

That the recommended disciplinary action, arrived at by the school's administration after reviewing student's entire disciplinary file, is as follows:

1. *Expulsion for Two (2) Semesters, the Second Semester of the 2007-08 School Year and the First Semester of the 2008-09 School Year, including no summer school.*

2. *Student not be permitted upon the campus of the Valley View Schools during the period of expulsion.*

3. *Student be placed on a Disciplinary Probation Contract, upon reentry.*

4. *The expulsion be stayed and the Student be allowed to attend Premier Academy for the period of his expulsion.*

### SECTION XXI

That according to the Dean's Office, student is not currently, and has not been, nor is student being considered a candidate for Special Education.

# Valley View Public Schools
# Community Unit 365U

### District Hearing Officer's
### Conclusions and Recommendation

In Re: **Roger Coronado**
9th - Bolingbrook High School

## SECTION XXI

Student, by his actions, is guilty of:

1. Fighting/Mob Action
2. Subversive Organizations

all in violation of the Student Code of Conduct while enrolled as an 9th grade student at the Bolingbrook High School during the Second Semester, 2007/08 school year.

Hearing Officer, having conducted an impartial due process hearing, concur with the recommendations of the Administrative Council, to wit:

1. That student be expelled for Two (2) Semesters, the Second Semester of the 2007-08 School Year and the First Semester of the 2008-09 School Year, including no summer school.

2. That student be prohibited from entering upon the campus or buildings of the Valley View School District during the period of expulsion.

3. That student, upon reentry, be placed on a Disciplinary Probation Contract.

4. That the expulsion be stayed and the Student be allowed to attend Premier Academy for the period of his expulsion.

Sincerely,

*[signature]*

Steven J. Prodehl
District Hearing Officer

Note: This matter has been turned over to the Bolingbrook Police Department for further action, if any.

# VALLEY VIEW PUBLIC SCHOOLS
## COMMUNITY UNIT 365U

## DISTRICT HEARING OFFICER'S REPORT

Student Name: Roger Coronado

Address: 213 Bedford, Bolingbrook, IL. 60440

Phone #: 630-783-8620

Date: 02-19-08      Case File Letter: ____X____    Student's age: 15 yoa

School: Bolingbrook High School        Grade level: 9th

Credits Earned To-Date: 1.5
                                       Rank In Class: 1168/1299
Grade Point Average: 0.6667
                                       Days Missed To-Date: 11

Is Student currently or being considered candidate for Special Education?  NO

Date and time of incident: 02-04-08

Description of incident: The Student was seen by security posturing with a large group in the cafeteria who were flashing gang signs at a group of Gangster Disciples.

Charges Made by School:   (1) Fighting/Mob Action
                          (2) Subversive Organizations

Notice of Hearing Mailed/Delivered: Certified and Regular Mail dated February 11, 2008.

Present at the Hearing:   (1) Steven J. Prodehl, Hearing Officer
                          (2) Mr. Rob Lathrope, Dean
                          (3) Mr. Rogelio Coronado, Father
                          (4) Ms. Blanca Coronado, Mother
                          (5) Roger Coronado, Student

Student Attended Hearing:  Circle One: YES

**Hearing Officer Recommendation:**

(1) The Hearing Officer concurs with the School's recommendation that the Student be expelled for Two (2) Semesters, the Second Semester of the 2007-08 School Year and the First Semester of the 2008-09 School Year, including no summer school. The expulsion be stayed and the Student be allowed to attend Premier Academy for the period of his expulsion.

First Time Offender Recommendation:            Circle One: NO

Summary of Student/Parent Statement: The Student, Roger, stated that he was in his regular lunch period and sat at a table with Michael Clinton and Eric Del Angel whom he knows. Another big group of people came to sit down of whom he kind of knows a few of them. A security guard came and checked peoples ID's to see if anyone was cutting classes. Roger believed that a number of people were cutting. The guard took down everyone's names and then left. A student walked towards their table and looked at the table as if he wanted to start something. Someone from their table walked towards that student to talk to him. Suddenly, a large group of people jumped up and stood behind the other student and then his table of people stood up and went behind their guy as if to protect him. Both sides started throwing gang signs at each other and yelling gang slogans. Roger stated that he did walk over and lent support to his table, some of whom he knows are Latin Kings. Roger stated that he did not throw any gang signs or shout any gang slogans. Roger stated he does not belong to any gang. Roger stated that he should have acted differently and what he did was very stupid, especially when he is not that good of friends with any of them.

The father stated that he is very surprised at his son. His son has never been in trouble before and is a good kid at home. They had plans for him to go to college and they have even hired a tutor for him on Saturdays with a math teacher at the College of DuPage for two hours a session because he has trouble with math. Their family are all involved in the community, in sports, playing and coaching, and they try to monitor his friends. He agrees with the school in their efforts to combat the gangs, but they believe their son got caught up in the moment and did something stupid. They ask that the Board look at his son as an individual, find that he is a good kid and not expel him.

Parents informed of all rights and opportunities of appeal
Resulting from this hearing?            Circle One:  NO

Parents attended the hearing:            Circle One:  YES

Note: This matter has been turned over to the Bolingbrook Police Department for further action, if any.

```
Student No.:    75147       ROGER CORONADO            MALE      Age: 15
 BHS                   Class: 09   Year: 08                   Phone: 783-8620
Course Sec Title      St GP1 GP2 GP3 EX1 SM1 GP4 GP5 GP6 EX2 SM2 CM1 CM2
SCI703  4 FRSH LAB S   S  F   F   F   F   F
SCI704  5 FRSH LAB S   S                                          46  35
SOC731  2 INT MOD W    S  C   C   D   F   C
SOC732  1 INT MOD W    S
MAT597  2 PRE-ALGEBR   S  F   F   F   F   F
PED402  5 P.E. 9       S
ENG305  4 ENG 9 STAN   S  C   C   C   F   D
ENG306 19 ENG 9 STAN   S
PED401  9 P.E. 9       S  D   C   C   F   D
PED702 14 HEALTH       S
FLG203  5 FRENCH I     S  F   D   D   F   F                       58  14
```

Cancel? N

# VALLEY VIEW PUBLIC SCHOOLS
## COMMUNITY UNIT DISTRICT 365-U

Report of: Counselor's Record of Student
Re: Credits, GPA, Contacts, Achievement Tests

Date: February 11, 2008

To: Student File

From: Cynthia Bain , Registrar

Bolingbrook High School
(Name of School)

Re: Roger Coronado         75147              9
    (Student's Name)        ID #          (Grade)

Total Credits to date: 1.5

have at this point is: 3 .

The average number of credits that student should have: ____

Cumulative grade point average is: 0.66667 . Rank in Class is: 1168 out of 1299 .

Is student enrolled in:

[x] Regular Education Programs    [ ] Special Education Programs    [ ] "504 Services"

Primary Disability: ____

Secondary Disability: ____

Name of Special Education Program, student is currently enrolled i ____

Is student being seen on a regular basis by any of the following school personnel?

[ ] Counselor                  [ ] Speech Therapist          [ ] No
[ ] Social Worker              [ ] Psychologist for testing  [ ] Nurse
[ ] Tutoring (By Staff or Student)  [ ] Other: ____          [ ] Dean

Student Contacts  (Date and Reason)

Comments:

Achievement Test Scores Indicate:

Attached to this report:
[ ] Copy of Cumulative Test Record
[ ] Copy of Student's Class Schedule
[ ] Copy of Master Class/Grade Transcript
[ ] Copy of Student's receipt of current Student/Parent Handbook

Form 445

# VALLEY VIEW PUBLIC SCHOOLS
## COMMUNITY UNIT DISTRICT 365-U

### Recommendation For Student Expulsion
(Please Type in Information on Form, and FAX)

Date: 2/8/2008

To: Phillip W. Schoffstall, Ph.D., Superintendent

From: Mr. James Mitchem, Principal

For Hearing Officer Use Only

| Last Name of Student | First Name of Student | ID # | Grade: | DOB: |
|---|---|---|---|---|
| Coronado | Pablo | 75147 | 9 | 10/28/92 |

Name of Parent/Guardian: Rogelio Coronado

Address: 213 Bedford

Home Phone: 630-783-8620    Mr. Work Phone:    Mrs. Work Phone:

Is Student Enrolled in Special Education or "504" Services?    [x] No    [ ] Yes

If yes, Primary Handicapping Condition/Service:

Secondary Condition, if any:

Past Special Education Services:    [x] No    [ ] Yes

yes, List Service Program(s):    Exit Date:

Incident/Rationale for Expulsion Recommendation: (Brief Explanation)
Subversive organization posturing, representing street gangs with hand signs

Handbook Rule(s) Infraction: (# and Short Title of Offense)
p.45, #41 Subversive Organizations

Due Process Steps Taken:
| | | | | Date | Time |
|---|---|---|---|---|---|
| Conference with Student: | [x] Yes | [ ] | No Date: | 02/06/08 | 10:00 a.m./p.m. |
| Student signed Referral Form: | [x] Yes | [ ] | No Date: | 02/06/08 | 10:00 a.m./p.m. |
| Parents Notification made: | [x] Yes | [ ] | No Date: | 02/06/08 | 10:00 a.m./p.m. |
| Spl. Ed. MDC-Required?: | | Yes | No Date (Held): | | a.m./p.m. |

Date of Incident - last Referral:    Date: 02/04/08    Time: Lunch    a.m./p.m.
If student externally suspended:    From Date: 2/7/2008    To Date: 02/21/08    Total # of Days: 10
"A" Packet to be sent on:    Date:    "B" Packet to be avail. Date:
Expulsion sought for:    [ ] Balance of Sem.    [x] Two Sem.    Other:

Superintendent's Authorization to Schedule Hearing:

2/10 @ 11⁰⁰

Form 448



**Valley View Public Schools**
*Office of the Superintendent*
*Dr. Phillip W. Schoffstall*

755 Luther Drive
Romeoville, IL 60446
Phone: 815.886.2700 X241
E-mail: schoffstallpw@vvsd.org

February 25, 2008

Certified Mail

Mr. Rogelio Coronado
213 Bedford
Bolingbrook, IL. 60440

Re:  Roger Coronado - 9th Grade
     Bolingbrook High School

Dear Mr. Coronado:

At its regular meeting on Friday, February 22, 2008, the Board of Education reviewed, in executive session, the hearing report on your child's expulsion case as submitted by Mr. Steven Prodehl, Hearing Officer. Following this examination and review process, the Board took official action.

As President of the Board of Education, I hereby notify you that the Board approved the Hearing Officer's recommendation:

1. The Student is expelled for Two (2) Semesters, the Second Semester of the 2007-08 School Year and the First Semester of the 2008-09 School Year, including no summer school.

2. The Student is prohibited from entering upon the campus or buildings of the Valley View School District during the expulsion.

3. The Student, upon re-entry, shall be placed on a Disciplinary Probation Contract for a period not to exceed one semester.

4. The Student's expulsion is stayed on the condition that the Student attends Premier Academy for the period of this expulsion and complies with the program's requirements. **The School District will not provide bus transportation for the Student to or from Premier Academy.**

If you have any questions about the Board's actions in regards to your child's case, please feel free to contact the school principal or Michael Perrott, Assistant Superintendent, Educational Services, 6-12 (815/886/7246 x253).

Sincerely,

Mark S. Cothon
President, Board of Education

cc:  Superintendent, Asst. Superintendent, Principal, Dean, Hearing Officer, Enrollment