U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

In the Matter of:                                            Case Number:       08 C 1254
ROGER CORONADO,
                         Plaintiff,
   V.
VALLEY VIEW PUBLIC SCHOOL DISTRICT,
365-U, ET AL.,
                         Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
                STEVEN PRODEHL

| |
|---|
| NAME (Type or print)<br>    BRIAN J. RIORDAN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/    Brian J. Riordan |
| FIRM<br>    CLAUSEN MILLER P.C. |
| STREET ADDRESS<br>    10 SOUTH LASALLE STREET |
| CITY/STATE/ZIP<br>    CHICAGO, ILLINOIS 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6237969 | TELEPHONE NUMBER<br>312-855-1010 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES X        NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES X        NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>    YES X   NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>    RETAINED COUNSEL                      APPOINTED COUNSEL |