# VALLEY VIEW PUBLIC SCHOOLS
## COMMUNITY UNIT DISTRICT 365-U

**Memorandum of Incident**

Date: 1/7/08
To: Dean of Students
From: _____
Re: Incident of _____ (Date & Time)

Office Use Only

It is requested that the person submitting this Memorandum, accurately describe what occurred, regarding the incident and, indicate who, if anyone, also was present and observed the incident. If you have knowledge of any events which led up to this incident, please indicate those events also. **PLEASE PRINT!**

1. I just got up and try to see if my friends
2. were goin to need help or something because
3. there were alot of them other guys on the
4. there side so I got up to help
5. 
6.                                             Roger Coronado
7. 
8. I have seen this statement
9. 
10. ① Rogelio Coronado
11. ② Bianca Coronado

Signature _____ Title _____ Date _____
Copies:    White - Student File    EXHIBIT B    Pink - Person Submitting Memorandum    Form 444