| Valley View Public Schools Community Unit 365U | District Hearing Officer's Report on Hearing For Expulsion |
|---|---|
| | In Re: **Roger Coronado** <br> 9th - Bolingbrook High School <br><br> FILE LETTER: **X** |

**SECTION I**

That a report of the incident of student's misconduct, introduced by the representative of the school's administration, was received in evidence as Exhibit #1, without objection, copy of which is attached hereto.

**SECTION II**

That said student was charged by the Administration with the following offense(s):

1. *Fighting/Mob Action*
2. *Subversive Organizations*

**SECTION III**

That the "Student/Parent Handbook", noting specifically offense(s) as stated in Section II above, which provides information about school rules, regulations, policy and state laws relating to attendance, discipline, disruptions, suspension, expulsion, etc., was received in evidence as Exhibit __#2__, without objection, copy of which is incorporated herein by reference.

**SECTION IV**

That,_____ *Mr. Nicholas Detman, Dean, Bolingbrook High School*_____
on _Monday_, _February 4, 2008_ noting, heretofore described rules infraction(s) of the Student Code of Conduct, as enumerated in the Student/Parent Handbook of this school, reviewed said rule infraction(s) with said student, as was the disciplinary action that was then and there imposed; that the legal guardian was notified of said "preliminary hearing" as evidenced by a letter entered, without objection, as Exhibit __#3__, copy of which is attached hereto.

**SECTION V**

That Notice of a Due Process Hearing, dated February 11, 2008, was sent and received by student's parent/ guardian, at family residence of record.

A. Service by certified mail, a copy of said notice, was received in evidence as Exhibit #__4__, without objection. Copy of which is attached hereto and made a part hereof.

B. A waiver of Notification By Certified Mail was entered into evidence as Exhibit #_____, without objection, copy of which is attached hereto and made a part hereof.

**SECTION VI**

That Notice of Hearing, and listing of charges thereon, constituted a reasonable means of informing the student and _____**his parents**_____ of the matters to be considered at the Hearing; and, that no requests pertaining to said Hearing, the method of content or conduct of same, were raised prior to, or at, said Hearing, from the student or **his parents.**

Page -1-

EXHIBIT C

**District Hearing Officer's**
**Findings of Fact At The Hearing For Expulsion**

In Re: <u>Roger Coronado</u>
*9th - Bolingbrook High School*

### SECTION VII

That a statement report - written by the student and acknowledged to be his/her own, introduced by the administration, was received in evidence as Exhibit # __5__, without objection, copy of which is attached hereto.

### SECTION VIII

That the following people were present at the Hearing on ___Tuesday___ ___February 19, 2008___, at ___11:00 a.m.___.

| | |
|---|---|
| *Steven J. Prodehl* | *District Hearing Officer* |
| *Mr. Rob Lathrope* | *Dean, Bolingbrook High School* |
| *Mr. Rogelio Coronado* | *Father of Student* |
| *Ms. Blanca Coronado* | *Mother of Student* |
| *Roger Coronado* | *Student (15 yoa)* |

### SECTION IX

That representatives of the administration testified to the matters at issue and were questioned by the student and student's Parents, and other parties present; and, that the student and student's __parents__ testified to the matters at issue and were questioned by representatives of the administration and other parties present.

### SECTION X

A. [XXX] - That the student admitted to the charge(s) as made by the administration and that no evidence - oral or written - was introduced to counter or disclaim the charges as stated by the school administration in Section II, supra.

B. [ ] - That the student denied the charge(s) regarding as made by the administration and that no evidence was introduced by the student to counter or disclaim the charges as stated by the school administration in Section II, supra.

See attached Exhibit # _____

C. [ ] - That student did not appear at the Hearing

### SECTION XI

That representatives of the administration submitted the following items of physical evidence, which furnishes or tends to furnish proof and, demonstrates, makes clear, or ascertains the truth of the very fact or point(s) in issue:
Exhibit # _____
Exhibit # _____
Exhibit # _____
Exhibit # _____
Exhibit # _____

### SECTION XII

At the Hearing the student related the following: The Student, Roger, stated that he was in his regular lunch period and sat at a table with Michael Clinton and Eric Del Angel whom he knows. Another big group of people came to sit down of whom he kind of knows a few of them. A security guard came and checked peoples ID's to see if anyone was cutting classes. Roger believed that a number of people were cutting. The guard took down everyone's names and then left. A student walked towards their table and looked at the table as if he wanted to start something. Someone from their table walked towards that student to talk to him. Suddenly, a large group of people jumped up and stood behind the other student and then his table of people stood up and went behind their guy as if to protect him. Both sides started throwing gang signs at each other and yelling gang slogans. Roger stated that he did walk over and lent support to his table, some of whom he knows are Latin Kings. Roger stated that he did not throw any gang signs or shout any gang slogans. Roger stated he does not belong to any gang. Roger stated that he should have acted differently and what he did was very stupid, especially when he is not that good of friends with any of them.

District Hearing Officer's
Findings of Fact At The Hearing For Expulsion

In Re: **Roger Coronado**
9th - Bolingbrook High School

**SECTION XIII**

At the Hearing the student's parent/guardian related the following: The father stated that he is very surprised at his son. His son has never been in trouble before and is a good kid at home. They had plans for him to go to college and they have even hired a tutor for him on Saturdays with a math teacher at the College of DuPage for two hours a session because he has trouble with math. Their family are all involved in the community, in sports, playing and coaching, and they try to monitor his friends. He agrees with the school in their efforts to combat the gangs, but they believe their son got caught up in the moment and did something stupid. They ask that the Board look at his son as an individual, find that he is a good kid and not expel him.

**SECTION XIV**

That student and student's parents were _____Cooperative_____ during the Hearing.

**SECTION XV**

That a copy of Resume of Disciplinary Action, with supporting documentation, and introduced by the administration, was received in evidence as Exhibit #___6___, without objection, copy of which is attached hereto. The student's disciplinary record not related to the incident leading to the expulsion charge(s) was not admissible at the Hearing as having any effect or bearing on proof or disproof of the charges as made. The record was considered, however, after a determination of guilt was made, by the administration, and had an effect on the severity of the punishment they recommended. The record, therefore, will be made available to the Board, if it has reached a conclusion of guilt on the part of the student, it may then be considered in its deliberation as to the severity of the penalty to be imposed.

**SECTION XVI**

That a Teacher's Report - written by the student's teachers and acknowledged to be their evaluation, introduced by the administration, was received in evidence as Exhibit #___7___, without objection, copy of which is attached hereto.

**SECTION XVII**

That a Counselor's Report - written by the student's counselor and acknowledged to be his/her own, introduced by the administration, was received in evidence as Exhibit #___8___, without objection, copy of which is attached hereto.

**SECTION XVIII**

Hearing Officer was appointed, and Hearing was conducted, pursuant to express authorization of Illinois Revised Statutes, Chapter 122, Section 10-22.6, which is incorporated herein by reference.

**SECTION XIX**

That student and his/her parent/guardian were advised of the invitation extended to them by the School Board, to appear before that body at said meeting wherein their child's alleged misconduct will be deliberated upon and conclusions regarding disciplinary action reached thereat.

DATE:        *Friday, February 22, 2008*

TIME:        *6:30 P.M.*

LOCATION:    *District Administration Center*

**SECTION XX**

That the recommended disciplinary action, arrived at by the school's administration after reviewing student's entire disciplinary file, is as follows:

1.   *Expulsion for Two (2) Semesters, the Second Semester of the 2007-08 School Year and the First Semester of the 2008-09 School Year, including no summer school.*

2.   *Student not be permitted upon the campus of the Valley View Schools during the period of expulsion.*

3.   *Student be placed on a Disciplinary Probation Contract, upon reentry.*

4.   *The expulsion be stayed and the Student be allowed to attend Premier Academy for the period of his expulsion.*

**SECTION XXI**

That according to the Dean's Office, student is not currently, and has not been, nor is student being considered a candidate for Special Education.

# Valley View Public Schools
# Community Unit 365U

### District Hearing Officer's
### Conclusions and Recommendation

In Re: <u>Roger Coronado</u>
9th - Bolingbrook High School

**SECTION XXI**

Student, by his actions, is guilty of:

1. Fighting/Mob Action
2. Subversive Organizations

all in violation of the Student Code of Conduct while enrolled as an 9th grade student at the Bolingbrook High School during the Second Semester, 2007/08 school year.

Hearing Officer, having conducted an impartial due process hearing, concur with the recommendations of the Administrative Council, to wit:

1. That student be expelled for Two (2) Semesters, the Second Semester of the 2007-08 School Year and the First Semester of the 2008-09 School Year, including no summer school.

2. That student be prohibited from entering upon the campus or buildings of the Valley View School District during the period of expulsion.

3. That student, upon reentry, be placed on a Disciplinary Probation Contract.

4. That the expulsion be stayed and the Student be allowed to attend Premier Academy for the period of his expulsion.

Sincerely,

*[signature]*

Steven J. Prodehl
District Hearing Officer

Note: This matter has been turned over to the Bolingbrook Police Department for further action, if any.

# VALLEY VIEW PUBLIC SCHOOLS
# COMMUNITY UNIT 365U

## DISTRICT HEARING OFFICER'S REPORT

Student Name: Roger Coronado

Address: 213 Bedford, Bolingbrook, IL. 60440

Phone #: 630-783-8620

Date: 02-19-08        Case File Letter: ___X___        Student's age: 15 yoa

School: Bolingbrook High School              Grade level: 9th

Credits Earned To-Date: 1.5                  Rank In Class: 1168/1299

Grade Point Average: 0.6667                  Days Missed To-Date: 11

Is Student currently or being considered candidate for Special Education?   NO

Date and time of incident: 02-04-08

Description of incident: The Student was seen by security posturing with a large group in the cafeteria who were flashing gang signs at a group of Gangster Disciples.

Charges Made by School:    (1) Fighting/Mob Action
                           (2) Subversive Organizations

Notice of Hearing Mailed/Delivered: Certified and Regular Mail dated February 11, 2008.

Present at the Hearing:    (1) Steven J. Prodehl, Hearing Officer
                           (2) Mr. Rob Lathrope, Dean
                           (3) Mr. Rogelio Coronado, Father
                           (4) Ms. Blanca Coronado, Mother
                           (5) Roger Coronado, Student

Student Attended Hearing:  Circle One: YES

**Hearing Officer Recommendation:**

(1) The Hearing Officer concurs with the School's recommendation that the Student be expelled for Two (2) Semesters, the Second Semester of the 2007-08 School Year and the First Semester of the 2008-09 School Year, including no summer school. The expulsion be stayed and the Student be allowed to attend Premier Academy for the period of his expulsion.

First Time Offender Recommendation:            Circle One: NO

Summary of Student/Parent Statement: The Student, Roger, stated that he was in his regular lunch period and sat at a table with Michael Clinton and Eric Del Angel whom he knows. Another big group of people came to sit down of whom he kind of knows a few of them. A security guard came and checked peoples ID's to see if anyone was cutting classes. Roger believed that a number of people were cutting. The guard took down everyone's names and then left. A student walked towards their table and looked at the table as if he wanted to start something. Someone from their table walked towards that student to talk to him. Suddenly, a large group of people jumped up and stood behind the other student and then his table of people stood up and went behind their guy as if to protect him. Both sides started throwing gang signs at each other and yelling gang slogans. Roger stated that he did walk over and lent support to his table, some of whom he knows are Latin Kings. Roger stated that he did not throw any gang signs or shout any gang slogans. Roger stated he does not belong to any gang. Roger stated that he should have acted differently and what he did was very stupid, especially when he is not that good of friends with any of them.

The father stated that he is very surprised at his son. His son has never been in trouble before and is a good kid at home. They had plans for him to go to college and they have even hired a tutor for him on Saturdays with a math teacher at the College of DuPage for two hours a session because he has trouble with math. Their family are all involved in the community, in sports, playing and coaching, and they try to monitor his friends. He agrees with the school in their efforts to combat the gangs, but they believe their son got caught up in the moment and did something stupid. They ask that the Board look at his son as an individual, find that he is a good kid and not expel him.

Parents informed of all rights and opportunities of appeal
Resulting from this hearing?                    Circle One:  NO

Parents attended the hearing:                   Circle One:  YES

Note: This matter has been turned over to the Bolingbrook Police Department for further action, if any.