IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Coronado, Roger Jr. by and through his next friend, Shelley Gilbert<br>    Plaintiff,<br>v.<br><br>Valleyview Public School District, 365-U<br>Alan Hampton, Bollingbrook Police, Ind.-Off Cap.<br>Don Laverty Off.-Indiv. Capacities<br>T. Gavin Off.-Indiv. Capacities<br>Steven Prodehl<br>    Defendants. | )<br>)<br>)Civil Action: 08cv1254<br>)Judge St. Eve<br>)Magistrate Judge Schenkier<br>)<br>)<br>)<br>)<br>)<br>) |

**Notice of Electronic Filing**

The following transaction was entered by Cooper, Christopher on 4/27/2008 at 12:49 PM CDT and filed on 4/27/2008

**Case Name:**     Coronado v. Valleyview Public School District, 365-U et al
**Case Number:**  1:08-cv-1254
**Filer:**              Roger Coronado, Jr
**Document Number:** 63

Docket Text:
***Second* AMENDED complaint by Roger Coronado, Jr against Roger Coronado, Jr (Cooper, Christopher)**

**1:08-cv-1254 Notice has been electronically mailed to:**

Craig G. Penrose      cpenrose@tsmp.com
Brian James Riordan     briordan@clausen.com
Anthony Philip Ulm     aulm@clausen.com

RESPECTFULLY SUBMITTED
s\Christopher Cooper, ESQ., PHD., 27 April 2008
Counsel for Plaintiff
PO Box 1225, Hammond, IN 46325 or
3700 W. 103rd Street, Chicago, IL 60655
Tel: 312 371 6752 or 219 228 4396  FAX: 866 334 7458;  E-Mail: cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE: The undersigned attorney swears that on April 27, 2007, he filed the foregoing on ECF and that all defendants are registered e-filers.  s\Christopher Cooper.