IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Coronado, Roger Jr. by and through his next friend, Shelley Gilbert<br>    Plaintiff,<br>v.<br>Valleyview Public School District, 365-U<br>Alan Hampton, Bollingbrook Police, Ind.-Off Cap.<br>Don Laverty Off.-Indiv. Capacities<br>T. Gavin Off.-Indiv. Capacities<br>Steven Prodehl<br>    Defendants. | )<br>)<br>)Civil Action: 08cv1254<br>)Judge St. Eve<br>)Magistrate Judge Schenkier<br>)<br>)<br>)<br>)<br>) |

TO: Attorneys of Record

NOTICE OF MOTION

On May 5, 2008, I will present before the Honorable Judge St. Eve, in the courtroom usually occupied by her, 219 S. Dearborn, Chicago at 8:30AM, the entitled: MOTION TO VACATE ORDER (ECF 57) DISMISSSING BOLINGBROOK POLICEMAN ALAN HAMPTON FROM ACTION; AND OR TO REINSTATE ALAN HAMPTON AS A DEFENDANT BY WAY OF SECOND AMEMNDED COMPLAINT.

RESPECTFULLY SUBMITTED
s\Christopher Cooper, ESQ., PHD., 27 April 2008
Counsel for Plaintiff
PO Box 1225, Hammond, IN 46325 or
3700 W. 103rd Street, Chicago, IL 60655
Tel: 312 371 6752 or 219 228 4396  FAX: 866 334 7458;  E-Mail: cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE: The undersigned attorney swears that on April 27, 2007, he filed the foregoing on ECF and that all defendants are registered e-filers.  s\Christopher Cooper.