AFFIRMATIONS

Plaintiff *John Doe Jr* by his right, swears that he has read the foregoing Complaint; has understood it to the best of his ability. He states that she is not a lawyer—and that he agrees as best a 15 year-old boy can understand this Amended Complaint, that the Complaint as written is truthful, accurate and based on his best recollection of the events described. Parent's by their signature state that they speak only conversational English and were unable to read the Second Amended Complaint, hence sign as legal adults on behalf of their child.

_____Date_____

**Next Friend Shelley Gilbert** asserts under penalty of perjury that based upon her communications with plaintiff and having read the Second Amended Complaint, she reasonably believes that the foregoing complaint is accurate and truthful.

*[signature]* _____Date 4/27/08

Signature of Father of Plaintiff [only¹] representing that child is permitted to bring the foregoing lawsuit, see attached signature sheet signed and scanned.

_____Date_____

Signature of Mother of Plaintiff, [only²] representing that child is permitted to bring the foregoing lawsuit see attached signature sheet signed and scanned.

_____Date_____

---

[1] Parents speak only conversational English. Parent's first language is Spanish.
[2] Parents speak only conversational English. Parent's first language is Spanish.

AFFIRMATIONS

    Plaintiff Roger Coronado Jr., by his signature below, swears that he has read the foregoing Complaint; has understood it to the best of his ability. He states that she is not a lawyer—and that he agrees as best a 15 year-old boy can understand this Amended Complaint, that the Complaint as written is truthful, accurate and based on his best recollection of the events described. Parent's by their signature state that they speak only conversational English and were unable to read the Second Amended Complaint, hence sign as legal adults on behalf of their child.

*[signed] Roger Coronado*    Date 4/27/08

    Next Friend Shelley Gilbert asserts under penalty of perjury that based upon her communications with plaintiff and having read the Second Amended Complaint, she reasonably believes that the foregoing complaint is accurate and truthful.

_____ Date _____

Signature of Father of Plaintiff [only] representing that child is permitted to bring the foregoing lawsuit, see attached signature sheet signed and scanned.

*[signed] Rogelio Coronado*    Date 4/27/08

Signature of Mother of Plaintiff, [only] representing that child is permitted to bring the foregoing lawsuit see attached signature sheet signed and scanned.

*[signed] Laura Coronado*    Date 4/27/08