CGP/431509                  6121-215

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROGER CORONADO, JR, by and through his next friend, SHELLEY GILBERT | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 CV 1254 |
| VALLEY VIEW PUBLIC SCHOOL DIST., 365-U, ALAN HAMPTON, BOLINGBROOK POLICEMAN, (Official and individual Capacity), DON LAVERTY (Official and Individual Capacity), T. GAVIN (Official and Individual Capacity), STEVEN PRODEHL (Official and Individual Capacity), | ) ) ) ) ) ) ) ) ) | Judge St. Eve |
| Defendants. | | |

### NOTICE OF MOTION

TO:     See Attached Service List

      PLEASE TAKE NOTICE that on Monday the 5th of May 2008, at 8:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Amy St. Eve or any judge sitting in her stead, in the courtroom usually occupied by her in the United States Courthouse Room 1241, 219 South Dearborn, Chicago, Illinois and shall then and there present **DEFENDANT ALAN HAMPTON'S MOTION AND SUPPORTING MEMORANDUM FOR PARTIAL DISMISSAL OF PLAINTIFF'S SECOND AMENDED COMPLAINT,** a copy of which is attached and hereby served upon you.

                                                               Respectfully submitted

                                                    By:  s/Craig G. Penrose
                                                       One of His Attorneys

Craig G. Penrose
Tressler, Soderstrom, Maloney & Priess LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL 60606
(312) 627-4000, Attorney for Defendont Hampton

## CERTIFICATE OF SERVICE

  The undersigned certifies that on April 28, 2008, a copy of the foregoing document was served upon the counsel of record listed by:

- Electronically filing via court ECF system:

| **Counsel for Plaintiff**<br><br>Christopher Cooper<br>P.O. Box 1225<br>Hammond, In 46325<br>(317) 536-3197<br>(708) 425-8197 (facsimile<br>cooper@sxu.edu | **Counsel for Valleyview School District, Don Laverty, T. Gavin, and Steven Prodehl**<br><br>Brian Riordan<br>Clausen Miller<br>10 South LaSalle Street<br>Chicago, Il 60603-1098<br>(312) 855-1010<br>(312) 606-7777<br>briordan@clausen.com |
|---|---|

                s/Craig G. Penrose
                Craig G. Penrose

Craig Penrose
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, Illinois 60606-6308
(312) 627-4000