**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Roger Coronado Jr

                Plaintiff,

v.                                               Case No.: 1:08−cv−01254
                                                 Honorable Amy J. St. Eve

Valleyview Public School District, 365−U, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2008:

    MINUTE entry before Judge Honorable Amy J. St. Eve:Because Plaintiff's Second Amended Complaint filed April 27, 2008, properly adds a "next friend" for the minor Plaintiff and includes the same Defendants as in his Amended Complaint, Plaintiff's motion to vacate [65] is moot because Defendant Alan Hampton remains a named Defendant in this matter.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.