NO. 08-1850

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

_____

| | |
|---|---|
| Coronado, Roger Jr. | ) |
|     Plaintiff-Appellant, | )Civil Action: 08cv1254 |
| v. | )Judge St. Eve |
| | )Magistrate Judge Schenkier |
| Valleyview Public School District, 365-U | ) |
| Alan Hampton, Bollingbrook Police, Ind. & Off Cap. | ) |
| Don Laverty Off.-Indiv. Capacities | ) |
| T. Gavin Off.-Indiv. Capacities | ) |
| Steven Prodehl | ) |
|     Defendants-Appellees. | ) |

NOTICE OF FILING

    Pursuant to the Court's Order of April 21, 2008, I did file an amended docketing statement on April 29, 2008. The statement is attached.

                      CHRISTOPHER C. COOPER
                      3700 WEST 103RD STREET
                      CHICAGO, Illinois 60655
                      (312) 371-6752 (telephone)
                      (866) 334-7458 (facsimile)
                      E-MAIL: cooperlaw3234@gmail.com

                      *Attorney for Plaintiffs-Appellants*
                      s\CHRISTOPHER C. COOPER


CERTIFICATE OF SERVICE

Undersigned swears that the foregoing was filed in ECF on April 29, 2008 and that all defendants-appellees are registered e-filers.

s\Christopher Cooper