IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER CORONADO, JR., by and through his next friend, SHELLEY GILBERT,<br><br>            Plaintiff,<br><br>     v.<br><br>VALLEY VIEW PUBLIC SCHOOL DISTRICT, 365-U, et al.,<br><br>            Defendants. | No. 08 C 1254<br><br>Judge St. Eve |

### DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR MONETARY DAMAGES

NOW COME Defendants VALLEY VIEW PUBLIC SCHOOL DISTRICT, 365-U, DAN LAVERTY, TIMOTHY GAVIN and STEVEN PRODEHL, by and through their attorneys, BRIAN J. RIORDAN, ANTHONY P. ULM, and CLAUSEN MILLER P.C., and for their Motion to Dismiss Plaintiff's Second Amended Complaint for Declaratory and Injunctive Relief and for Monetary Damages, state as follows:

1. Plaintiff filed his Second Amended Complaint on April 6, 2008, a copy of which is attached hereto as Exhibit "1."

2. Defendants Valley View, Laverty, Gavin, and Prodehl respectfully submit that Plaintiff's Second Amended Complaint is substantially insufficient in law based on the numerous reasons set forth and described in their Memorandum of Law in Support of their Motion to Dismiss, which is presented contemporaneously herewith.

3. Defendants Valley View, Laverty, Gavin, and Prodehl now present their Motion to Dismiss as their responsive pleading to Plaintiff's Second Amended Complaint.

1182378.1

WHEREFORE, Defendants Valley View, Laverty, Gavin and Prodehl, by their attorneys, respectfully request that this Honorable Court dismiss Plaintiff's Second Amended Complaint with prejudice, based on the reasons cited in their Memorandum of Law.

CLAUSEN MILLER P.C.

By: /s/ Brian J. Riordan
BRIAN J. RIORDAN (ARDC No. 6237969)
briordan@clausen.com

By: /s/ Anthony P. Ulm
ANTHONY P. ULM (ARDC No. 6244038)
aulm@clausen.com

BRIAN J. RIORDAN
ANTHONY P. ULM
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
Telephone: 312-606-7805
Facsimile: 312-606-7777
Counsel for Defendants VALLEY VIEW PUBLIC SCHOOL DISTRICT, 365-U, DAN LAVERTY, TIMOTHY GAVIN, and STEVEN PRODEHL