IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER CORONADO, JR., by and through his next friend, SHELLEY GILBERT, )<br>)<br>)<br>Plaintiff, )<br>)<br>) | No. 08 C 1254 |
| v. )<br>) | Judge St. Eve |
| VALLEY VIEW PUBLIC SCHOOL DISTRICT, 365-U, et al., )<br>)<br>)<br>Defendants. ) | |

## NOTICE OF MOTION

To:  All Counsel of Record
     (See Attached Service List)

**PLEASE TAKE NOTICE** that on the **5th day of May, 2008, at 8:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Amy J. St. Eve in the room usually occupied by her as a courtroom, Room 1241, in the Courthouse located at 219 South Dearborn Street, Chicago, Illinois, or in her absence, before any judge sitting in her stead, and then and there present **Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint for Declaratory and Injunctive Relief and for Monetary Damages** and **Defendants' Memorandum of Law in Support of Motion to Dismiss Plaintiff's Second Amended Complaint for Declaratory and Injunctive Relief and for Monetary Damages**, copies of which were filed and served upon you.

CLAUSEN MILLER P.C.

By:  /s/  Anthony P. Ulm
     ANTHONY P. ULM  (ARDC No.6244038)
     CLAUSEN MILLER P.C.
     10 South LaSalle Street
     Chicago, Illinois 60603-1098
     Telephone: 312-606-7570
     Facsimile: 312-606-7777
     aulm@clausen.com
     Counsel for Defendants Valley View School District, Dan Laverty, Timothy Gavin, and Steven Prodehl

1180987.1

*Coronado v. Valley View Public School Dist. 365-U, et al.*
Court No. 08 C 1254
File No. 28 93 61 00 8


**Counsel for Plaintiff**
Christopher C. Cooper
P.O. Box 1225
Hammond, IN 46324
Tel: 312-371-6752 or 219-228-4396
Fax: 866-334-7458


**Counsel for Defendant**
**"Unidentified Village of Bolingbrook Police Officer in Individual and Official Capacity"**
Craig G. Penrose
TRESSLER SODERSTROM MALONEY & PRIESS, LLP
233 South Wacker Drive
22nd Floor
Chicago, IL 60606
Tel: 312-627-4000
Fax: 312-627-1717

1172749.1

STATE OF ILLINOIS)
                        )   SS
COUNTY OF C O O K)

## AFFIDAVIT OF SERVICE

The undersigned deposes and says that a copy of the above and foregoing Notice of Motion was served to each party to whom this Notice is directed (See attached Service List), via electronic notice by the Court, on May 1, 2008.

                                      /s/ Anthony Ulm
                                      ANTHONY P. ULM

1180987.1