UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Roger Coronado Jr

                Plaintiff,

v.                                          Case No.: 1:08−cv−01254
                                           Honorable Amy J. St. Eve

Valleyview Public School District, 365−U, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 5, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Motion to dismiss [59] is entered. Motion to dismiss [68] is entered. Motion to dismiss [76] is entered. Status hearing held on 5/5/2008. Set deadlines/hearing as to motion to dismiss[68], motion to dismiss[76], motion to dismiss[59] :( Responses due by 5/27/2008, Replies due by 6/10/2008.); ( Status hearing set for 7/21/2008 at 08:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.