

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

May 6, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Roger Coronado, Jr., vs. Valleyview Public School District, 365-U

U.S.D.C. DOCKET NO. : 08cv1254

U.S.C.A. DOCKET NO. : 08-1850

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S)          **One Vol. Of Transcript**

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:    Long Record went up on 4/29/08

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk

I, MICHAEL W. DOBBINS, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in supplement to the Record on Appeal heretofore certified to your court on 4/29/08.

USDC NO. : 08-cv-1254

USCA NO. : 08-1850

| DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 5/5/08 | 80 | Transcript of Proceedings Held 3/12/08 |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of aforesaid court at Chicago, Illinois, this day of .

Michael W. Dobbins, Clerk

By: *[signature]*
Alberta Rone , Deputy Clerk

appsupcer.wpt

APPEAL, SCHENKIER

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01254
*Internal Use Only*

| | |
|---|---|
| Coronado v. Valleyview Public School District, 365-U et al | Date Filed: 03/01/2008 |
| Assigned to: Honorable Amy J. St. Eve | Jury Demand: Both |
| Case in other court: 08-01850 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1985 Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

Roger Coronado, Jr     represented by **Christopher C. Cooper**
Law Office of Christopher Cooper
P.O. Box 1225
Hammond, IN 46325
(312)371-6752
Email: cooper@sxu.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Valleyview Public School District, 365-U     represented by **Brian James Riordan**
Clausen Miller P.C.
10 South LaSalle Street
Suite 1600
Chicago, IL 60603
(312) 855-1010
Email: briordan@clausen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Philip Ulm**
Clausen Miller P.C.
10 South LaSalle Street
Suite 1600
Chicago, IL 60603
(312) 855-1010
Email: aulm@clausen.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Unidentified Bolingbrook Policeman
*Off.-Ind.Cap.*
*TERMINATED: 04/06/2008*
    represented by **Craig G. Penrose**
Tressler, Soderstrom, Maloney &Priess
233 South Wacker Drive
22nd Floor
Chicago, IL 60606-6308
(312) 627-4000
Email: cpenrose@tsmp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Don Laverty
*Off.-Indiv. Capacities*
    represented by **Brian James Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Anthony Philip Ulm
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

T. Gavin
*Off.–Indiv. Capacities*

represented by **Brian James Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Anthony Philip Ulm
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Steven Prodehl

represented by **Brian James Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Alan Hampton
*Bollingbrook Police, Ind. & Off Cap.*

represented by **Craig G. Penrose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2008 | 1 | COMPLAINT for declaratory and injunctive relief and for monetary damages filed by Roger Coronado, Jr.(cdy, ) (Entered: 03/03/2008) |
| 03/01/2008 | 2 | CIVIL Cover Sheet (cdy, ) (Entered: 03/03/2008) |
| 03/01/2008 | 3 | ATTORNEY Appearance for Plaintiff Roger Coronado, Jr by Christopher C. Cooper (cdy, ) (Entered: 03/03/2008) |
| 03/01/2008 | 4 | (Court only) RECEIPT regarding payment of filing fee paid on 3/1/2008 in the amount of $350.00, receipt number 2579711 (cdy, ) (Entered: 03/03/2008) |
| 03/01/2008 | 5 | MOTION by Plaintiff Roger Coronado, Jr for order, or injunctive relief or an evidentiary hearing before this court.(Attachment #1, Notice) (cdy, ) (Entered: 03/03/2008) |
| 03/01/2008 | 6 | MEMORANDUM by Roger Coronado, Jr in support of motion for order or injunctive relief or an evidentiary hearing before this court 5 . (cdy, ) (Entered: 03/03/2008) |
| 03/03/2008 | 7 | *amended* NOTICE of Motion by Christopher C. Cooper for presentment of motion for order, motion for miscellaneous relief, motion for hearing 5 before Honorable Amy J. St. Eve on 3/6/2008 at 08:30 AM. (Cooper, Christopher) (Entered: 03/03/2008) |
| 03/05/2008 | 8 | MINUTE entry before Judge Amy J. St. Eve :MOTION by Plaintiff Roger Coronado, Jr for order, or injunctive relief or an evidentiary hearing before this court 5 will be heard on 3/10/2008 at 9:00 AM before Judge Darrah. Noticed motion for 3/6/2008 before Judge St. Eve is stricken.Mailed notice (tmh, ) (Entered: 03/05/2008) |
| 03/05/2008 | 9 | ATTORNEY Appearance for Defendants Valleyview Public School District, 365-U, Don Laverty, T. Gavin by Brian James Riordan (Riordan, Brian) (Entered: 03/05/2008) |
| 03/05/2008 | 10 | MINUTE entry before Judge Amy J. St. Eve :Initial Status hearing set for 4/7/2008 at 08:30 AM. in courtroom 1241.Mailed notice (tmh, ) (Entered: 03/05/2008) |

| Date | # | Description |
|---|---|---|
| 03/05/2008 | 11 | Addendum to Memorandum of Motion for Order or Injunction or Evidentiary Hearing by Roger Coronado, Jr (Attachments: #1 Exhibit Telemundo# 2 # 3 Exhibit AP)(Cooper, Christopher) (Entered: 03/05/2008) |
| 03/05/2008 | 12 | NOTICE of filing by plaintiff regarding addendum to memorandum in support of motion for an order or injunctive relief or an evidentiary hearing before this court 11 (Cooper, Christopher) (Text modified by Clerk's Office on 3/6/2008) (cdy, ). (Entered: 03/05/2008) |
| 03/06/2008 | 13 | ATTORNEY Appearance for Defendant Unidentified Bolingbrook Policeman by Craig G. Penrose *(in his official and individual capacity)* (Penrose, Craig) (Entered: 03/06/2008) |
| 03/07/2008 | 17 | RESPONSE by Valleyview Public School District, 365-U, Don Laverty, T. Gavin to plaintiff's motion for an order or injunctive relief or an evidentiary hearing before this court 5 ; Notice. (cdy, ) (Entered: 03/11/2008) |
| 03/10/2008 | 14 | MINUTE entry before Judge John W. Darrah :Plaintiff's motion for order, injunctive relief and evidentiary hearing 5 is granted in part and denied in part. The Court denies any injunctive relief, however, an evidentiary hearing is set for 3/12/08 at 1:00 p.m. Mailed notice(maf, ) (Entered: 03/10/2008) |
| 03/10/2008 | 15 | NOTICE by Valleyview Public School District, 365-U, Don Laverty, T. Gavin (Attachments: #1 Service List)(Riordan, Brian) (Entered: 03/10/2008) |
| 03/10/2008 | 16 | RESPONSE by Defendants Valleyview Public School District, 365-U, Don Laverty, T. Gavin to motion for order, motion for miscellaneous relief, motion for hearing 5 , notice of filing 15 (Attachments: #1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Riordan, Brian) (Entered: 03/10/2008) |
| 03/12/2008 | 18 | MINUTE entry before Judge John W. Darrah :Evidentiary hearing held. Plaintiff's opening brief to be filed by 3/19/08. Defendant's response by 3/26/08. Ruling by mail. Mailed notice(maf, ) (Entered: 03/13/2008) |
| 03/13/2008 | 19 | TRIAL Brief *Closing Argument, Hearing of March 12th, 2008* by Roger Coronado, Jr (Cooper, Christopher) (Entered: 03/13/2008) |
| 03/13/2008 | 20 | MOTION by Plaintiff Roger Coronado, Jr to set a briefing schedule (Attachments: #1 Supplement Memo in Supp)(Cooper, Christopher) (Entered: 03/13/2008) |
| 03/13/2008 | 21 | NOTICE of Motion by Christopher C. Cooper for presentment of motion by filer to set a briefing schedule 20 before Honorable John W. Darrah on 3/18/2008 at 09:00 AM. (Cooper, Christopher) (Entered: 03/13/2008) |
| 03/13/2008 | 22 | NOTICE of Motion by Christopher C. Cooper for presentment of motion by filer to set a briefing schedule 20 before Honorable Amy J. St. Eve on 3/18/2008 at 09:00 AM. (Cooper, Christopher) (Entered: 03/13/2008) |
| 03/13/2008 | 23 | TRIAL Brief *Addendum to Plaintiff's Closing argument* by Roger Coronado, Jr (Cooper, Christopher) (Entered: 03/13/2008) |
| 03/13/2008 | 24 | NOTICE by Roger Coronado, Jr re trial brief 23 , trial brief 19 (Cooper, Christopher) (Entered: 03/13/2008) |
| 03/18/2008 | 25 | MINUTE entry before Judge Honorable John W. Darrah: Plaintiff's motion to revise closing argument briefing schedule 20 is denied. Mailed notice (cdy, ) (Entered: 03/19/2008) |
| 03/25/2008 | 26 | NOTICE by Valleyview Public School District, 365-U, Don Laverty, T. Gavin (Attachments: #1 Service List)(Riordan, Brian) (Entered: 03/25/2008) |
| 03/25/2008 | 27 | NOTICE by Valleyview Public School District, 365-U, Don Laverty, T. Gavin (Riordan, Brian) (Entered: 03/25/2008) |
| 03/25/2008 | 28 | CLOSING ARGUMENT IN RESPONSE TO PLAINTIFF'S CLOSING ARGUMENT by Valleyview Public School District, 365-U, Don Laverty, T. Gavin (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E)(Riordan, Brian) (Entered: 03/25/2008) |

| | | |
|---|---|---|
| 03/26/2008 | 29 | MOTION by Defendants Valleyview Public School District, 365-U, Don Laverty, T. Gavin for extension of time to file answer (Riordan, Brian) (Entered: 03/26/2008) |
| 03/26/2008 | 30 | NOTICE of Motion by Brian James Riordan for presentment of motion for extension of time to file answer 29 before Honorable Amy J. St. Eve on 4/1/2008 at 08:30 AM. (Attachments: # 1 Service List)(Riordan, Brian) (Entered: 03/26/2008) |
| 03/31/2008 | 31 | MOTION by Plaintiff Roger Coronado, Jr to amend/correct complaint 1 (Attachments: # 1 Supplement)(Cooper, Christopher) (Entered: 03/31/2008) |
| 03/31/2008 | 32 | NOTICE of Motion by Christopher C. Cooper for presentment of before Honorable Amy J. St. Eve on 4/3/2008 at 08:30 AM. (Cooper, Christopher) (Entered: 03/31/2008) |
| 03/31/2008 | 33 | MINUTE entry before Judge Honorable Amy J. St. Eve:Motion for extension of time to answer 29 is granted. Defendants to answer or otherwise plead by 4/23/2008. Appearance on this motion for 4/1/2008 is stricken.Mailed notice (tmh, ) (Entered: 03/31/2008) |
| 03/31/2008 | 34 | MINUTE entry before Judge Honorable Amy J. St. Eve:Motion to amend/correct 31 is granted. Plaintiff to file an Amended Complaint by or on 4/2/2008. Defendants to answer or otherwise plead to the Amended Complaint by or on 4/23/2008. ( Status hearing set for 4/7/2008 is stricken and reset to 4/28/2008 at 08:30 AM.) Appearance on this motion 31 for 4/3/2008 is stricken.Mailed notice (tmh, ) (Entered: 03/31/2008) |
| 04/02/2008 | 35 | MOTION by Defendant Unidentified Bolingbrook Policeman to dismiss *Counts I-V in his "Individual and Official Capacity"* (Penrose, Craig) (Entered: 04/02/2008) |
| 04/02/2008 | 36 | MEMORANDUM by Unidentified Bolingbrook Policeman in support of motion to dismiss 35 (Penrose, Craig) (Entered: 04/02/2008) |
| 04/02/2008 | 37 | NOTICE of Motion by Craig G. Penrose for presentment of motion to dismiss 35 before Honorable Amy J. St. Eve on 4/7/2008 at 08:30 AM. (Penrose, Craig) (Entered: 04/02/2008) |
| 04/03/2008 | 38 | ATTORNEY Appearance for Defendants Valleyview Public School District, 365-U, Don Laverty, T. Gavin by Anthony Philip Ulm (Ulm, Anthony) (Entered: 04/03/2008) |
| 04/03/2008 | 42 | MINUTE entry before Judge Honorable John W. Darrah: For the reasons stated in the attached memorandum opinion and order, plaintiff has not shown any violation of his due process, rights and has, therefore, failed to show any reasonable likelihood of success on the merits. Furthermore, defendants have shown that granting plaintiff's motion for injunctive relief would harm the public interest. Therefore, plaintiff's motion for injunctive relief 5 is denied. Enter Memorandum Opinion and Order. Mailed notice (cdy, ) (Entered: 04/08/2008) |
| 04/03/2008 | 43 | MEMORANDUM Opinion and Order. Signed by Honorable John W. Darrah on 4/3/2008.(cdy, ) (Entered: 04/08/2008) |
| 04/03/2008 | | (Court only) ***Motions terminated: MOTION by Plaintiff Coronado Roger, Jr for order MOTION by Plaintiff Coronado Roger, Jr injunctive relief MOTION by Plaintiff Coronado Roger, Jr for hearing 5 (cdy, ) (Entered: 04/10/2008) |
| 04/06/2008 | 39 | AMENDED complaint by Roger Coronado, Jr against all defendants (Attachments: # 1 Supplement Signature sheet, signed and scanned)(Cooper, Christopher) (Text modified by Clerk's Office on 4/7/2008) (cdy, ). (Entered: 04/06/2008) |
| 04/06/2008 | 40 | NOTICE by Roger Coronado, Jr re amended complaint 39 (Cooper, Christopher) (Entered: 04/06/2008) |
| 04/06/2008 | | (Court only) ***Party Alan Hampton added. (cdy, ) (Entered: 04/11/2008) |

| | | |
|---|---|---|
| 04/07/2008 | 41 | MINUTE entry before Judge Honorable Amy J. St. Eve:Pursuant to filing of an Amended Complaint, Defendant's oral motion to withdraw without prejudice MOTION by Defendant Unidentified Bolingbrook Policeman to dismiss Counts I-V in his "Individual and Official Capacity" 35 is granted and Defendant's motion 35 is withdrawn. Defendants to answer or otherwise plead to the Amended Complaint by 4/23/2008. Joint Status Report due by 4/23/2008. Motion hearing held on 4/7/2008 regarding motion to dismiss 35 . Status hearing set for 4/28/2008 at 8:30 AM to stand.Mailed notice (tmh, ) (Entered: 04/07/2008) |
| 04/08/2008 | 44 | NOTICE of appeal by Roger Coronado, Jr regarding orders 43 , 42 Filing fee $ 455, receipt number 07520000000002676772. (Cooper, Christopher) (Entered: 04/08/2008) |
| 04/08/2008 | 45 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 44 . Notified counsel (air, ) (Entered: 04/08/2008) |
| 04/08/2008 | 46 | NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 04/08/2008) |
| 04/08/2008 | 47 | Appeal to US Court of Appeals, Motion and Memorandum to Expedite Oral argument and review by Roger Coronado, Jr *Motion and Memorandum to Ct. of App.* (Attachments: # 1 Supplement Memorandum in Support)(Cooper, Christopher) (Entered: 04/08/2008) |
| 04/08/2008 | 48 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 44 ; USCA Case No. 08-1850 (cdy, ) (Entered: 04/09/2008) |
| 04/14/2008 | 49 | DOCKETING Statement by Roger Coronado, Jr regarding notice of appeal 44 (Cooper, Christopher) (Entered: 04/14/2008) |
| 04/14/2008 | 50 | NOTICE by Roger Coronado, Jr re docketing statement 49 (Cooper, Christopher) (Entered: 04/14/2008) |
| 04/16/2008 | 51 | ATTORNEY Appearance for Defendant Alan Hampton by Craig G. Penrose *(In his Individual and Official Capacity)* (Penrose, Craig) (Entered: 04/16/2008) |
| 04/18/2008 | 52 | DESIGNATION by Valleyview Public School District, 365-U, Don Laverty, T. Gavin of record on appeal : USCA Case No. 08-1850 (Attachments: # 1 Notice of Filing, # 2 Exhibit Plaintiff's Evidentiary Hearing Exhibits, # 3 Exhibit Defendants' Evidentiary Hearing Exhibits)(Riordan, Brian) (Entered: 04/18/2008) |
| 04/22/2008 | 53 | MOTION by Defendant Alan Hampton to dismiss *Counts I-VII and IX-XV of the Amended Complaint* (Penrose, Craig) (Entered: 04/22/2008) |
| 04/22/2008 | 54 | MEMORANDUM by Alan Hampton in support of motion to dismiss 53 (Penrose, Craig) (Entered: 04/22/2008) |
| 04/22/2008 | 55 | NOTICE of Motion by Craig G. Penrose for presentment of motion to dismiss 53 before Honorable Amy J. St. Eve on 4/28/2008 at 08:30 AM. (Penrose, Craig) (Entered: 04/22/2008) |
| 04/22/2008 | 56 | ANSWER to amended complaint *(Count 8)* by Alan Hampton(Penrose, Craig) (Entered: 04/22/2008) |
| 04/23/2008 | 57 | MINUTE entry before Judge Honorable Amy J. St. Eve:The Court grants Defendant Alan Hampton's motion to dismiss 53 based on Plaintiff's lack of capacity to sue. The Court grants Plaintiff leave to file a Second Amended Complaint to add a next friend to represent the minor Plaintiff. Plaintiffs Second Amended Complaint is due on or before 5/01/08. (Status hearing set for 4/28/2008 is stricken and reset to 5/5/2008 at 08:30 AM.)Mailed notice (tmh, ) (Entered: 04/23/2008) |
| 04/23/2008 | 58 | ATTORNEY Appearance for Defendant Steven Prodehl by Brian James Riordan (Riordan, Brian) (Entered: 04/23/2008) |
| 04/23/2008 | 59 | MOTION by Defendants Valleyview Public School District, 365-U, Don Laverty, T. Gavin, Steven Prodehl to dismiss *pursuant to Rule 12(b)(6)* |

| | | (Attachments: # 1 Exhibit 1)(Riordan, Brian) (Entered: 04/23/2008) |
|---|---|---|
| 04/23/2008 | 60 | MEMORANDUM by Valleyview Public School District, 365-U, Don Laverty, T. Gavin, Steven Prodehl in support of motion to dismiss 59 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Riordan, Brian) (Entered: 04/23/2008) |
| 04/23/2008 | 61 | STATUS Report by Alan Hampton, Roger Coronado, Jr, Valleyview Public School District, 365-U, Unidentified Bolingbrook Policeman, Don Laverty, T. Gavin, Steven Prodehl (Cooper, Christopher) (Entered: 04/23/2008) |
| 04/24/2008 | 62 | NOTICE of Motion by Anthony Philip Ulm for presentment of motion to dismiss 59 before Honorable Amy J. St. Eve on 5/5/2008 at 08:30 AM. (Ulm, Anthony) (Entered: 04/24/2008) |
| 04/27/2008 | 63 | SECOND AMENDED complaint for declaratory and injunctive relief and for monetary damages by Roger Coronado, Jr against defendants(Cooper, Christopher) (Text modified by Clerk's Office on 4/28/2008) (cdy, ). (Entered: 04/27/2008) |
| 04/27/2008 | 64 | NOTICE by Roger Coronado, Jr re order on motion to dismiss,, terminate deadlines and hearings,, set deadlines/hearings, 57 , notice of motion 55 , amended complaint 63 Second Amended Comp. (Cooper, Christopher) (Entered: 04/27/2008) |
| 04/27/2008 | 65 | MOTION by Plaintiff Roger Coronado, Jr to vacate [ecf 57] dismissing Bolingbrook Policeman Alan Hampton from actions; and or to reinstate Alan Hampton as a defendant by way of Second Amended Complaint 57 (Attachments: # 1 Supplement)(Cooper, Christopher) (Text modified by Clerk's Office on 4/28/2008) (cdy, ). (Entered: 04/27/2008) |
| 04/27/2008 | 66 | NOTICE of Motion by Christopher C. Cooper for presentment of motion to vacate [ECF 57] dismissing Bolingbrook Policeman Alan Hampton from actions; and or to reinstate Alan Hampton as a defendant by way of second amended complaint 65 (Cooper, Christopher) (Text modified by Clerk's Office on 4/28/2008) (cdy, ). (Entered: 04/27/2008) |
| 04/27/2008 | 67 | Affirmation pages of 2nd Amended Complaint; Signatures of Plaintiff, Next Friend; and parents by Roger Coronado, Jr (Cooper, Christopher) (Entered: 04/27/2008) |
| 04/28/2008 | 68 | MOTION by Defendant Alan Hampton to dismiss *Second Amended Complaint (Counts I-VII, IX-XV)* (Penrose, Craig) (Entered: 04/28/2008) |
| 04/28/2008 | 69 | MEMORANDUM by Alan Hampton in support of motion to dismiss 68 *(Second Amended Complaint, Counts I-VII, IX-XV)* (Penrose, Craig) (Entered: 04/28/2008) |
| 04/28/2008 | 70 | NOTICE of Motion by Craig G. Penrose for presentment of motion to dismiss 68 before Honorable Amy J. St. Eve on 5/5/2008 at 08:30 AM. (Penrose, Craig) (Entered: 04/28/2008) |
| 04/28/2008 | 71 | MINUTE entry before Judge Honorable Amy J. St. Eve:Because Plaintiff's Second Amended Complaint filed April 27, 2008, properly adds a "next friend" for the minor Plaintiff and includes the same Defendants as in his Amended Complaint, Plaintiff's motion to vacate 65 is moot because Defendant Alan Hampton remains a named Defendant in this matter.Mailed notice (tmh, ) (Entered: 04/28/2008) |
| 04/29/2008 | 72 | NOTICE of filing by Roger Coronado, Jr regarding docketing statement for notice of appeal 44 (Cooper, Christopher) (Text modified by Clerk's Office on 4/29/2008) (cdy, ). (Entered: 04/29/2008) |
| 04/29/2008 | 73 | AMENDED DOCKETING Statement by Roger Coronado, Jr regarding notice of appeal 44 (Attachments: # 1 Notice of Filing)(Cooper, Christopher) (Text modified by Clerk's Office on 4/29/2008) (cdy, ). (Entered: 04/29/2008) |

| | | |
|---|---|---|
| 04/29/2008 | 74 | TRANSMITTED to the USCA for the 7th Circuit the long record on appeal 44 (USCA no. 08-1850) consisting of one vol. of pleadings. (air, ) (Entered: 04/30/2008) |
| 04/29/2008 | 75 | USCA RECEIVED on 4/29/08 the long record. (air, ) (Entered: 05/01/2008) |
| 05/01/2008 | 76 | MOTION by Defendants Valleyview Public School District, 365-U, Don Laverty, T. Gavin, Steven Prodehl to dismiss (Attachments: # 1 Exhibit 1)(Ulm, Anthony) (Entered: 05/01/2008) |
| 05/01/2008 | 77 | MEMORANDUM by Valleyview Public School District, 365-U, Don Laverty, T. Gavin, Steven Prodehl in support of motion to dismiss 76 (Attachments: # 1 Exhibit A-D)(Ulm, Anthony) (Entered: 05/01/2008) |
| 05/01/2008 | 78 | NOTICE of Motion by Anthony Philip Ulm for presentment of motion to dismiss 76 before Honorable Amy J. St. Eve on 5/5/2008 at 08:30 AM. (Ulm, Anthony) (Entered: 05/01/2008) |
| 05/05/2008 | 79 | MINUTE entry before Judge Honorable Amy J. St. Eve:Motion to dismiss 59 is entered. Motion to dismiss 68 is entered. Motion to dismiss 76 is entered. Status hearing held on 5/5/2008. Set deadlines/hearing as to motion to dismiss 68 , motion to dismiss 76 , motion to dismiss 59 :( Responses due by 5/27/2008, Replies due by 6/10/2008.); ( Status hearing set for 7/21/2008 at 08:30 AM.)Mailed notice (tmh, ) (Entered: 05/05/2008) |
| 05/05/2008 | 80 | TRANSCRIPT of proceedings for the following dates: 3/12/08; Before the Honorable Honorable John W. Darrah (cdy, ) (Entered: 05/06/2008) |

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By ..........
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 5/6/08