

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK



312-435-5670

May 6, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Roger Coronado, Jr., vs. Valleyview Public School District, 365-U

U.S.D.C. DOCKET NO.: 08cv1254

U.S.C.A. DOCKET NO.: 08-1850

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S)      01 Vol. Of Transcript

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:    Long Record went up on 4/29/08

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                  Very truly yours,

                  Michael W. Dobbins, Clerk

                  By:_____
                  A. Rone, Deputy Clerk