# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Roger Coronado Jr

                                        Plaintiff,

v.                                                      Case No.: 1:08−cv−01254
                                                        Honorable Amy J. St. Eve

Valleyview Public School District, 365−U, et al.

                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

        MINUTE entry before Judge Honorable Amy J. St. Eve:Because Plaintiff has filed a Second Amended Complaint, the Court dismisses Defendants' Motion to Dismiss Plaintiff's Amended Complaint [59] as moot.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.