IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Coronado, Roger Jr. by and through his next friend, Shelley Gilbert | ) ) |
| Plaintiff, | )Civil Action: 08cv1254 |
| v. | )Judge St. Eve )Magistrate Judge Schenkier |
| Valleyview Public School District, 365-U | ) |
| Alan Hampton, Bollingbrook Police, Ind.-Off Cap. | ) |
| Don Laverty Off.-Indiv. Capacities | ) |
| T. Gavin Off.-Indiv. Capacities | ) |
| Steven Prodehl | ) |
| Defendants. | ) |

**Notice of Electronic Filing**

The following transaction was entered by Cooper, Christopher on 5/12/2008 at 3:21 AM CDT and filed on 5/12/2008

**Case Name:**     Coronado v. Valleyview Public School District, 365-U et al
**Case Number:**   1:08-cv-1254
**Filer:**         Roger Coronado, Jr
**Document Number:** 84

Docket Text:

**APPELLANT'S Brief by Roger Coronado, Jr (Attachments: # (1) Supplement Short appendix and certificates)(Cooper, Christopher)**

**Notice has been electronically mailed to:**

Craig G. Penrose     cpenrose@tsmp.com
Brian James Riordan     briordan@clausen.com
Anthony Philip Ulm     aulm@clausen.com


Respectfully submitted,

s\Christopher Cooper,  12 May 2008
Counsel for Plaintiff
3700 W. 103rd Street, Chicago, IL 60655
or PO Box 1225, Hammond, IN 46325
Tel: 312 371 6752 or 219 228 4396  FAX: 866 334 7458
E-Mail: cooperlaw3234@gmail.com