IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Coronado, Roger Jr. by and through his next friend, Shelley Gilbert<br>    Plaintiff,<br>v.<br><br>Valleyview Public School District, 365-U<br>Alan Hampton, Bollingbrook Police, Ind.-Off Cap.<br>Don Laverty Off.-Indiv. Capacities<br>T. Gavin Off.-Indiv. Capacities<br>Steven Prodehl<br>    Defendants. | )<br>)<br>) Civil Action: 08cv1254<br>) Judge St. Eve<br>) Magistrate Judge Schenkier<br>)<br>)<br>)<br>)<br>)<br>) |

**Notice of Electronic Filing**

**APPELLANT'S Brief in Bookman Style Font (from Century Gothic)**

I did cause to be filed in ECF in on 5/13/2008 at 9:43 PM CDT, Appellant's brief in Bookman Old Style Font (Doc. 86). No substantive changes, rather a switch from Century style to Bookman style font in response to the deficiency notice from Court of Appeals.  Note that the change of font shifted pages. The Table of Authorities was corrected where necessary to correspond with the Bookman Style font. Compliance with Seventh Circuit Court of Appeals Rule 31(e) is represented not by the filing in ECF; rather, and my having filed\uploaded the revised (font change) brief and short appendix (Document 86) into the Seventh Circuit Court of Appeals on the evening of 5/13/08.

**1:08-cv-1254 Notice has been electronically mailed to:**

Craig G. Penrose     cpenrose@tsmp.com
Brian James Riordan     briordan@clausen.com
Anthony Philip Ulm     aulm@clausen.com

Respectfully submitted,
s\Christopher Cooper,  13 May 2008
Counsel for Plaintiff
3700 W. 103rd Street, Chicago, IL 60655
or PO Box 1225, Hammond, IN 46325
Tel: 312 371 6752 or 219 228 4396  FAX: 866 334 7458
E-Mail: cooperlaw3234@gmail.com