IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Coronado, Roger Jr. by and through his next friend, Shelley Gilbert<br>　　　Plaintiff,<br>v.<br><br>Valleyview Public School District, 365-U<br>Alan Hampton, Bollingbrook Police, Ind.-Off Cap.<br>Don Laverty Off.-Indiv. Capacities<br>T. Gavin Off.-Indiv. Capacities<br>Steven Prodehl<br>　　　Defendants. | )<br>)<br>)Civil Action: 08cv1254<br>)Judge St. Eve<br>)Magistrate Judge Schenkier<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S MOTION TO SUPPLEMENT THE COURT OF APPEALS RECORD WITH
PLAINTIFF'S AND DEFENDANTS' INJUNCTIVE HEARING EXHIBITS

　　NOW COME Plaintiff-Appellant with Next Friend, through counsel, and they respectfully ask this Court to enable plaintiff to supplement the Court of Appeals Record with plaintiff's and defendants' injunctive hearing exhibits.

Respectfully Submitted,
s\Christopher C. Cooper, 21 May 2008
Plaintiff's-Appellant's Counsel
PO BOX 1225, Hammond, Indiana 46325
Tel: 312 371 6752
Certificate of Service
Undersigned transmitted the foregoing via ECF on May 21, 2008. All defendants are registered e-filers.　s\Christopher C. Cooper