IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Coronado, Roger Jr. by and through his next friend, Shelley Gilbert<br>　　　　Plaintiff,<br>v.<br><br>Valleyview Public School District, 365-U<br>Alan Hampton, Bollingbrook Police, Ind.-Off Cap.<br>Don Laverty Off.-Indiv. Capacities<br>T. Gavin Off.-Indiv. Capacities<br>Steven Prodehl<br>　　　　Defendants. | )<br>)<br>)Civil Action: 08cv1254<br>)Judge St. Eve<br>)Magistrate Judge Schenkier<br>)<br>)<br>)<br>)<br>)<br>) |

<u>PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO SUPPLEMENT THE COURT OF APPEALS RECORD WITH PLAINTIFF'S AND DEFENDANTS' INJUNCTIVE HEARING EXHIBITS</u>

　　　　NOW COME Plaintiff-Appellant with Next Friend, through counsel, and they respectfully ask this Court to enable plaintiff to supplement the Court of Appeals Record with plaintiff's and defendants' injunctive hearing exhibits.

(1)　　The order (DOC. 43) in the above captioned matter, denying injunctive relief is presently before the Court of Appeals for the Seventh Circuit.

(2)　　On March 13, 2008, Judge Darrah convened a hearing on the issue of injunctive relief.

(3)　　At the hearing, both Plaintiff and Defendants submitted exhibits that became part of the Court Record.

(4)　　The hearing transcript includes references to the exhibits as does Appellant's brief.

　　　　WHEREFORE, Plaintiff with his Next Friend respectfully ask that the exhibits be forwarded from the District Court, to the Clerk of the District Court so to become part of the Record before the Court of Appeals.

Respectfully Submitted,
s\Christopher C. Cooper, 21 May 2008
Plaintiff's-Appellant's Counsel
PO BOX 1225, Hammond, Indiana 46325
Tel: 312 371 6752
Certificate of Service
Undersigned transmitted the foregoing via ECF on May 21, 2008. All defendants are registered e-filers.　s\Christopher C. Cooper