IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Coronado, Roger Jr. by and through his next friend, Shelley Gilbert<br>　　　Plaintiff,<br>v.<br><br>Valleyview Public School District, 365-U<br>Alan Hampton, Bollingbrook Police, Ind.-Off Cap.<br>Don Laverty Off.-Indiv. Capacities<br>T. Gavin Off.-Indiv. Capacities<br>Steven Prodehl<br>　　　Defendants. | )<br>)<br>)Civil Action: 08cv1254<br>)Judge St. Eve<br>)Magistrate Judge Schenkier<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

On May 29, 2008 AT 8:30am, at 219 S. Dearborn Street, I will present before the Honorable Judge St. Eve, in the Courtroom usually occupied by her, the motion entitled: PLAINTIFF'S MOTION TO SUPPLEMENT THE COURT OFAPPEALS RECORD WITH PLAINTIFF'S AND DEFENDANTS' INJUNCTIVE HEARING EXHIBITS.

Respectfully Submitted,

s\Christopher C. Cooper, 21 May 2008
For and With Plaintiffs-Appellants
PO BOX 1225, Hammond, Indiana 46325
Tel: 312 371 6752
Certificate of Service

Undersigned transmitted the foregoing via ECF on May 21, 2008. All defendants are registered e-filers.  s\Christopher C. Cooper