IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Coronado, Roger Jr. by and through his next friend, Shelley Gilbert | ) ) |
| Plaintiff, | ) Civil Action: 08cv1254 |
| v. | ) Judge St. Eve |
| Valleyview Public School District, 365-U | ) Magistrate Judge Schenkier |
| Alan Hampton, Bollingbrook Police, Ind.-Off Cap. | ) |
| Don Laverty, Off.-Indiv. Capacities | ) |
| Timothy Gavin, Off.-Indiv. Capacities | ) |
| Steven Prodehl, Off-Indiv. Capacities | ) |
| Defendants. | ) |

**Notice of Filing**

The following transaction was entered by Cooper, Christopher on 5/26/2008 at 8:50 PM CDT and filed on 5/26/2008

**Case Name:**        Coronado v. Valleyview Public School District, 365-U et al
**Case Number:**      1:08-cv-1254
**Filer:**            Roger Coronado, Jr
**Document Number:** 91

Docket Text:

**RESPONSE by Roger Coronado, Jr to MOTION by Defendant Alan Hampton to dismiss *Second Amended Complaint (Counts I-VII, IX-XV)*[68] (Cooper, Christopher)**

**Document Number:** 92

Docket Text:

**RESPONSE by Roger Coronado, Jr to MOTION by Defendants Valleyview Public School District, 365-U, Don Laverty, T. Gavin, Steven Prodehl to dismiss[76] (Cooper, Christopher)**

**\*Exhibits will be filed separately**

**1:08-cv-1254 Notice has been electronically mailed to:**
Craig G. Penrose     cpenrose@tsmp.com
Brian James Riordan     briordan@clausen.com
Anthony Philip Ulm     aulm@clausen.com

s\Christopher C. Cooper, ESQ., PhD., Counsel for Plaintiff
PO Box 1225, Hammond, IN 46325 or
3700 W. 103rd Street, Chicago, IL 60655
Tel: 312 371 6752 or 219 228 4396  FAX: 866 334 7458
E-Mail: cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE
Undersigned Attorney swears that he filed the foregoing on ECF on May 26, 2008 and that attorneys of record are registered e-filers.
s\Christopher Cooper.  May 26, 2008, approx. 8:49PM

Case 1:08-cv-01254    Document 93    Filed 05/26/2008    Page 3 of 3