**Hearing Officer Recommendation:**

(1) The Hearing Officer concurs with the School's recommendation that the Student be expelled for Two (2) Semesters, the Second Semester of the 2007-08 School Year and the First Semester of the 2008-09 School Year, including no summer school. The expulsion be stayed and the Student be allowed to attend Premier Academy for the period of his expulsion.

First Time Offender Recommendation:         Circle One: NO

Summary of Student/Parent Statement: The Student, Roger, stated that he was in his regular lunch period and sat at a table with Michael Clinton and Eric Del Angel whom he knows. Another big group of people came to sit down of whom he kind of knows a few of them. A security guard came and checked peoples ID's to see if anyone was cutting classes. Roger believed that a number of people were cutting. The guard took down everyone's names and then left. A student walked towards their table and looked at the table as if he wanted to start something. Someone from their table walked towards that student to talk to him. Suddenly, a large group of people jumped up and stood behind the other student and then his table of people stood up and went behind their guy as if to protect him. Both sides started throwing gang signs at each other and yelling gang slogans. Roger stated that he did walk over and lent support to his table, some of whom he knows are Latin Kings. Roger stated that he did not throw any gang signs or shout any gang slogans. Roger stated he does not belong to any gang. Roger stated that he should have acted differently and what he did was very stupid, especially when he is not that good of friends with any of them.

The father stated that he is very surprised at his son. His son has never been in trouble before and is a good kid at home. They had plans for him to go to college and they have even hired a tutor for him on Saturdays with a math teacher at the College of DuPage for two hours a session because he has trouble with math. Their family are all involved in the community, in sports, playing and coaching, and they try to monitor his friends. He agrees with the school in their efforts to combat the gangs, but they believe their son got caught up in the moment and did something stupid. They ask that the Board look at his son as an individual, find that he is a good kid and not expel him.

Parents informed of all rights and opportunities of appeal
Resulting from this hearing?         Circle One: NO

Parents attended the hearing:         Circle One: YES

Note: This matter has been turned over to the Bolingbrook Police Department for further action, if any.



PLAINTIFF'S EXHIBIT 1



**Valley View Public Schools**
*Office of the Superintendent*
*Dr. Phillip W. Schoffstall*

755 Luther Drive
Romeoville, IL 60446
Phone: 815.886.2700 X241
E-mail: schoffstallpw@vvsd.org

February 11, 2008

Regular and Certified Mail

Mr. Rogelio Coronado
213 Bedford
Bolingbrook, IL. 60440

Ref: Pablo Coronado - 9th Grade
Bolingbrook High School

Dear Mr. Coronado:

The School Board, Valley View Community Unit School District 365U, appointed the undersigned as Hearing Officer, for the School District.

This letter shall serve as Notice that the School Administration has recommended that your child be expelled from the School District and that you and your child are hereby requested to appear at a meeting with the undersigned on:

Date: February 19, 2008
Time: 11:00 a.m.
Location: Bolingbrook High School, Bolingbrook, IL.

to discuss your child's behavior and said expulsion. The School Administration has charged your child with the following:

1. Subversive Organizations

You, and your child, will be given the opportunity to review the charges made against your child. You may present evidence at the Hearing, and have counsel present, if you desire. Information germane to the question of expulsion, which you may wish to present is requested and will be taken into consideration.

If you have questions pertaining to said Hearing, or to the contents thereof, please contact me at [630] 759-1400. A written summary of the evidence presented at the Hearing shall be presented to the Board of Education, on Monday, February 25, 2008, at 6:30 p.m., at the District Administration Center, and the Board may take such action thereon as it finds appropriate.

Sincerely,

Steven J. Prodehl
District Hearing Officer
CC: Student's File





# VALLEY VIEW PUBLIC SCHOOLS
## COMMUNITY UNIT DISTRICT 365-U

**Memorandum of Incident**

Date: 1/7/08

To: **Dean of Students**

From: _____

Re: Incident of _____ (Date & Time)

Office Use Only

It is requested that the person submitting this Memorandum, accurately describe what occurred, regarding the incident and, indicate who, if anyone, also was present and observed the incident. If you have knowledge of any events which led up to this incident, please indicate those events also. **PLEASE PRINT!**

1. I just got up and try to see if my friends
2. were goin to need help or something because
3. there were a lot of them other guys on the
4. there side so I got up to help
5. 　　　　　　　　　　　　　　　　　Roger Coronado
6.
7.
8. I have seen this statement
9.
10. ① Rogelio Coronado
11. ② Bianca Coronado
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.

Signature　　　　　　　　Title　　　　　　　　Date

Copies:　White - Student File　　Yellow - Student File　　Pink - Person Submitting Memorandum

Form 444

**DEFENDANT'S EXHIBIT 3**

OFFICE OF THE DEAN - STUDENT REFERRAL FORM      75747

# Incident Report Of Student Misconduct

**VALLEY VIEW PUBLIC SCHOOLS COMMUNITY UNIT 365U**

**Name of Student:** Roger Coronado
**Age:**
**Grade:**
**Date and Time of Incident:** 2/4/08  SB-6A

**Parent/Guardian:** (Name/Address/Telephone No.) 213 Bedford Road Bol- 60440
**Date/Time Contacted:** 630-209-1724 @ 8:30
**Notation:** Rogelio Coronado  630-963-9090  2/7/08

## DESCRIPTION OF INCIDENT INVOLVING STUDENT MISCONDUCT

Roger was seen by myself posturing with a large group in the cafeteria who were flashing gang signs at a group of Gangster Disciples.

**STUDENT'S SECTION:** The above offenses have been explained to me and I have had the opportunity to respond to them; my signature shall not be taken as an admission of guilt of the offense(s) alleged. Further, should I be externally suspended from school, I understand I may not enter upon the property of the Valley View Schools, during the period of suspension, unless and until appropriate authorization is first obtained.

**Student's Signature:** Roger Coronado
**Date:**

### Action Taken By Faculty Member
( ) Teacher's Detention(s):
( ) Personal Conference with Student:
( ) Parent Contacted By Telephone:
( ) Letter Sent Home:

**Referring Faculty Member:** T. Gavin
#15

### Action Taken By Dean's Office
(X) Student Conference    ( ) Detention(s) Issued    Number of:
(X) Parent Conference     ( ) Int. Adjust. Center   Total Days:
( ) B.I.C.                (X) External Suspension   Total Days: 10
( )                       ( ) Saturday Detention    Date:
                          (X) Expulsion Candidate   Admin Council:

IAC/Ext Dates: From: 2/07/08
IAC/Ext Dates: Thru: 2/21/08
Return to Classes On: 2/22/08

**DEAN'S SUMMARY:**
20.D Fighting Mob Action
40.B Subversive Organization
School Board Policy 7:194 sec. 2

**NOTICE TO PARENTS OR GUARDIAN**
1. The purpose of this is to inform you of a disciplinary incident involving your child.
2. You are urged to support the action taken by the teacher/Dean and to cooperate with the corrective action initiated today.
3. This Incident Report has been reviewed with your child, as indicated by his/her signature above, and the above indicated disciplinary action has been imposed. If you have any questions please call the Dean.

**Dean's Signature:**
**Date:** 2/7/08

| DISTRIBUTION | WHITE | YELLOW | PINK | GOLDENROD |
|---|---|---|---|---|
| | Office of the Dean | Parents/Guardian | Referring Teacher | Student's Counselor |



DEFENDANT'S EXHIBIT 4

**NON-TRAFFIC COMPLAINT and ARREST TICKET**

No. 08-1477

NAME: Coronado, Bryan

ADDRESS: 813 Bedford Rd, Bolingbrook, IL 60440

PHONE: 630-783-9696

Charge: Disorderly Conduct

SEC. 501

TIME, PLACE and DATE OF OFFENSE: 1710 hrs, 375 W Briarcliff, 2-4-08

To wit: Disorderly Conduct in that he ... the Govt. school of Chicago ...cafeteria... breach of the peace

$50.00 AMOUNT NOW DUE

On the 9th Day of April 2008 7:00 p.m.

Bolingbrook Branch Court, 375 W Briarcliff Road, Bolingbrook



DEFENDANT'S EXHIBIT 5

# Valley View Public Schools Community Unit 365U

# District Hearing Officer's
## Report on Hearing For Expulsion

In Re: **Roger Coronado**
9th - Bolingbrook High School

FILE LETTER: __X__

**SECTION I**

That a report of the incident of student's misconduct, introduced by the representative of the school's administration, was received in evidence as Exhibit #1, without objection, copy of which is attached hereto.

**SECTION II**

That said student was charged by the Administration with the following offense(s):

1. Fighting/Mob Action
2. Subversive Organizations

**SECTION III**

That the "Student/Parent Handbook", noting specifically offense(s) as stated in Section II above, which provides information about school rules, regulations, policy and state laws relating to attendance, discipline, disruptions, suspension, expulsion, etc., was received in evidence as Exhibit __#2__, without objection, copy of which is incorporated herein by reference.

**SECTION IV**

That, ___Mr. Nicholas Detman, Dean, Bolingbrook High School___ on __Monday__, __February 4, 2008__ noting, heretofore described rules infraction(s) of the Student Code of Conduct, as enumerated in the Student/Parent Handbook of this school, reviewed said rule infraction(s) with said student, as was the disciplinary action that was then and there imposed; that the legal guardian was notified of said "preliminary hearing" as evidenced by a letter entered, without objection, as Exhibit __#3__, copy of which is attached hereto.

**SECTION V**

That Notice of a Due Process Hearing, dated **February 11, 2008**, was sent and received by student's parent/guardian, at family residence of record.

A. Service by certified mail, a copy of said notice, was received in evidence as Exhibit # __4__, without objection. Copy of which is attached hereto and made a part hereof.

B. A waiver of Notification By Certified Mail was entered into evidence as Exhibit # _____, without objection, copy of which is attached hereto and made a part hereof.

**SECTION VI**

That Notice of Hearing, and listing of charges thereon, constituted a reasonable means of informing the student and ___his parents___ of the matters to be considered at the Hearing; and, that no requests pertaining to said Hearing, the method of content or conduct of same, were raised prior to, or at, said Hearing, from the student or **his parents.**


DEFENDANT'S EXHIBIT 6

**District Hearing Officer's**
**Findings of Fact At The Hearing For Expulsion**

In Re: *Roger Coronado*

*9th - Bolingbrook High School*

**SECTION VII**

That a statement report - written by the student and acknowledged to be his/her own, introduced by the administration, was received in evidence as Exhibit # __5__, without objection, copy of which is attached hereto.

**SECTION VIII**

That the following people were present at the Hearing on __Tuesday__ __February 19, 2008__, at __11:00 a.m.__.

| | |
|---|---|
| Steven J. Prodehl | District Hearing Officer |
| Mr. Rob Lathrope | Dean, Bolingbrook High School |
| Mr. Rogelio Coronado | Father of Student |
| Ms. Blanca Coronado | Mother of Student |
| Roger Coronado | Student (15 yoa) |

**SECTION IX**

That representatives of the administration testified to the matters at issue and were questioned by the student and student's Parents, and other parties present; and, that the student and student's __parents__ testified to the matters at issue and were questioned by representatives of the administration and other parties present.

**SECTION X**

A. [XXX] - That the student admitted to the charge(s) as made by the administration and that no evidence - oral or written - was introduced to counter or disclaim the charges as stated by the school administration in Section II, supra.

B. [ ] - That the student denied the charge(s)regarding as made by the administration and that no evidence was introduced by the student to counter or disclaim the charges as stated by the school administration in Section II, supra.

See attached Exhibit #_____

C. [ ] - That student did not appear at the Hearing

**SECTION XI**

That representatives of the administration submitted the following items of physical evidence, which furnishes or tends to furnish proof and, demonstrates, makes clear, or ascertains the truth of the very fact or point(s) in issue:
Exhibit #_____
Exhibit #_____
Exhibit #_____
Exhibit #_____
Exhibit #_____

**SECTION XII**

At the Hearing the student related the following: The Student, Roger, stated that he was in his regular lunch period and sat at a table with Michael Clinton and Eric Del Angel whom he knows. Another big group of people came to sit down of whom he kind of knows a few of them. A security guard came and checked peoples ID's to see if anyone was cutting classes. Roger believed that a number of people were cutting. The guard took down everyone's names and then left. A student walked towards their table and looked at the table as if he wanted to start something. Someone from their table walked towards that student to talk to him. Suddenly, a large group of people jumped up and stood behind the other student and then his table of people stood up and went behind their guy as if to protect him. Both sides started throwing gang signs at each other and yelling gang slogans. Roger stated that he did walk over and lent support to his table, some of whom he knows are Latin Kings. Roger stated that he did not throw any gang signs or shout any gang slogans. Roger stated he does not belong to any gang. Roger stated that he should have acted differently and what he did was very stupid, especially when he is not that good of friends with any of them.

**District Hearing Officer's**
**Findings of Fact At The Hearing For Expulsion**

In Re: _Roger Coronado_
_9th - Bolingbrook High School_

**SECTION XIII**

At the Hearing the student's parent/guardian related the following: The father stated that he is very surprised at his son. His son has never been in trouble before and is a good kid at home. They had plans for him to go to college and they have even hired a tutor for him on Saturdays with a math teacher at the College of DuPage for two hours a session because he has trouble with math. Their family are all involved in the community, in sports, playing and coaching, and they try to monitor his friends. He agrees with the school in their efforts to combat the gangs, but they believe their son got caught up in the moment and did something stupid. They ask that the Board look at his son as an individual, find that he is a good kid and not expel him.

**SECTION XIV**

That student and student's parents were _____Cooperative_____ during the Hearing.

**SECTION XV**

That a copy of Resume of Disciplinary Action, with supporting documentation, and introduced by the administration, was received in evidence as Exhibit #__6__, without objection, copy of which is attached hereto. The student's disciplinary record not related to the incident leading to the expulsion charge(s) was not admissible at the Hearing as having any effect or bearing on proof or disproof of the charges as made. The record was considered, however, after a determination of guilt was made, by the administration, and had an effect on the severity of the punishment they recommended. The record, therefore, will be made available to the Board, if it has reached a conclusion of guilt on the part of the student, it may then be considered in its deliberation as to the severity of the penalty to be imposed.

**SECTION XVI**

That a Teacher's Report - written by the student's teachers and acknowledged to be their evaluation, introduced by the administration, was received in evidence as Exhibit #__7__, without objection, copy of which is attached hereto.

**SECTION XVII**

That a Counselor's Report - written by the student's counselor and acknowledged to be his/her own, introduced by the administration, was received in evidence as Exhibit #__8__, without objection, copy of which is attached hereto.

**SECTION XVIII**

Hearing Officer was appointed, and Hearing was conducted, pursuant to express authorization of Illinois Revised Statutes, Chapter 122, Section 10-22.6, which is incorporated herein by reference.

**SECTION XIX**

That student and his/her parent/guardian were advised of the invitation extended to them by the School Board, to appear before that body at said meeting wherein their child's alleged misconduct will be deliberated upon and conclusions regarding disciplinary action reached thereat.

DATE:       _Friday, February 22, 2008_

TIME:       _6:30 P.M._

LOCATION:   _District Administration Center_

**SECTION XX**

That the recommended disciplinary action, arrived at by the school's administration after reviewing student's entire disciplinary file, is as follows:

1. _Expulsion for Two (2) Semesters, the Second Semester of the 2007-08 School Year and the First Semester of the 2008-09 School Year, including no summer school._

2. _Student not be permitted upon the campus of the Valley View Schools during the period of expulsion._

3. _Student be placed on a Disciplinary Probation Contract, upon reentry._

4. _The expulsion be stayed and the Student be allowed to attend Premier Academy for the period of his expulsion._

**SECTION XXI**

That according to the Dean's Office, student is not currently, and has not been, nor is student being considered a candidate for Special Education.

# Valley View Public Schools
## Community Unit 365U

### District Hearing Officer's Conclusions and Recommendation

In Re: **Roger Coronado**
9th - Bolingbrook High School

**SECTION XXI**

Student, by his actions, is guilty of:

1. Fighting/Mob Action
2. Subversive Organizations

all in violation of the Student Code of Conduct while enrolled as an 9th grade student at the Bolingbrook High School during the Second Semester, 2007/08 school year.

Hearing Officer, having conducted an impartial due process hearing, concur with the recommendations of the Administrative Council, to wit:

1. That student be expelled for Two (2) Semesters, the Second Semester of the 2007-08 School Year and the First Semester of the 2008-09 School Year, including no summer school.

2. That student be prohibited from entering upon the campus or buildings of the Valley View School District during the period of expulsion.

3. That student, upon reentry, be placed on a Disciplinary Probation Contract.

4. That the expulsion be stayed and the Student be allowed to attend Premier Academy for the period of his expulsion.

Sincerely,

Steven J. Prodehl
District Hearing Officer

Note: This matter has been turned over to the Bolingbrook Police Department for further action, if any.