IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Coronado, Roger Jr. by and through his next friend, Shelley Gilbert | ) ) |
| Plaintiff, | )Civil Action: 08cv1254 |
| v. | )Judge St. Eve |
| Valleyview Public School District, 365-U | )Magistrate Judge Schenkier |
| Alan Hampton, Bollingbrook Police, Ind.-Off Cap. | ) |
| Don Laverty, Off.-Indiv. Capacities | ) |
| Timothy Gavin, Off.-Indiv. Capacities | ) |
| Steven Prodehl, Off-Indiv. Capacities | ) |
| Defendants. | ) |

**Notice of Filing of Exhibits to Plaintiff's Responses to: (1) Motion to Dismiss by Defendant Hampton; & (2) Motion to Dismiss by All Other Defendants**

*Filing occurred in 3 separate transactions due to ECF Server limitations.

Docket Text: Document 94.**PF.'s Responses to DF.'s Motions to Dismiss. Includes PF. Exh. 1 and DF. Exh. 2-6. (Hearing Tran. Pages. are in a subsequent filing). by Roger Coronado, Jr (Cooper, Christopher)**
**Notice of Electronic Filing**

Docket Text: Document 95. **Exhibit. Pages 1-58 of 114. Selected-Cited Pages in PF's responses to DFs' Motions to Dismiss by Roger Coronado, Jr (Cooper, Christopher)**

Docket Text: Document 96. **Exhibit. PF. Pages [selected and cited] 59-114 of Hearing Trans. PF's response to DFs' Motions to Dismiss by Roger Coronado, Jr (Cooper, Christopher)**

**1:08-cv-1254 Notice has been electronically mailed to:**
Craig G. Penrose     cpenrose@tsmp.com
Brian James Riordan     briordan@clausen.com
Anthony Philip Ulm     aulm@clausen.com

s\Christopher C. Cooper, ESQ., PhD., Counsel for Plaintiff, May 27, 2008
PO Box 1225, Hammond, IN 46325 or
3700 W. 103rd Street, Chicago, IL 60655
Tel: 312 371 6752 or 219 228 4396  FAX: 866 334 7458
E-Mail: cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE
Undersigned Attorney swears that he filed the foregoing on ECF on May 27, 2008 and that attorneys of record are registered e-filers.
s\Christopher Cooper.  May 27, 2008