IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER CORONADO, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 08 C 1254 |
| ) | |
| VALLEY VIEW PUBLIC SCHOOL DISTRICT, ) | Judge St. Eve |
| 365-U, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

TO:  Christopher C. Cooper          Craig G. Penrose
     P.O. Box 1225                  TRESSLER SODERSTROM MALONEY &
     Hammond, IN 46324              PRIESS, LLP
                                    233 S. Wacker Dr., 22nd Floor
                                    Chicago, IL 60606

**PLEASE TAKE NOTICE** that on the **10th** day of **June, 2008**, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Reply in Support of Motion to Dismiss Plaintiff's Second Amended Complaint for Declaratory and Injunctive Relief and for Monetary Damages**, a copy of which is attached hereto and herewith e-served upon you.

By:  /s/ Anthony P. Ulm
     One of its Attorneys
     ANTHONY P. ULM (6244038)
     CLAUSEN MILLER P.C.
     10 South LaSalle Street
     Chicago, Illinois 60603-1098
     312/855-1010
     Attorneys for Defendants Valley View Public
     Schools Community Unit District 365-U's, Dan
     Laverty's and Timothy Gavin

1188590.1

2

STATE OF ILLINOIS)
                 )   SS
COUNTY OF C O O K)

AFFIDAVIT OF SERVICE

The undersigned deposes and says that a copy of the above and foregoing Notice of Filing together with a copy of **Defendants' Reply in Support of Motion to Dismiss Plaintiff's Second Amended Complaint for Declaratory and Injunctive Relief and for Monetary Damages** was served to each party to whom this Notice is directed, via electronic notice by the Court, on June 10, 2008.

/s/ Anthony Ulm
ANTHONY P. ULM

2

1188590.1