# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1254 | **DATE** | 6/23/2008 |
| **CASE TITLE** | Coronado vs. Valleyview Public School District, 365 U et al. | | |

**DOCKET ENTRY TEXT**

The Court grants in part and denies in part Defendants' motions to dismiss [76]. Plaintiffs have until 7/14/08 to file a Third Amended Complaint. If Plaintiffs do not file a Third Amended Complaint by 7/14/08, Defendants must answer the Second Amended Complaint by 7/21/08. The Court amends the caption to read "Roger C" instead of "Roger Coronado, Jr."

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|