**NON-TRAFFIC COMPLAINT and ARREST TICKET**

No. 08-A177

NAME Defendant: Coronado, Ryan

ADDRESS: 813 Guilford Rd, Bolingbrook, IL

PHONE: 630-783-5610   DOB: 10-25-91

SS#: 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

Charge: Disorderly Conduct   Under 17: 19

SEC: 501 a-

TIME, PLACE and DATE OF OFFENSE: 1710, 365 Raider Way, 3-4-08

To wit: Disorderly Conduct in that he ... [illegible] ... grew ... [illegible] ... checking ones ... students of BTHS ... [illegible] in the cafeteria [illegible] lunch of 5th period.

$50.00

02/21/2008

On the 9th day of April 2008 at 1:00 pm



DEFENDANT'S EXHIBIT 5