**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Roger C. by and through his next friend, Shelley Gilbert | ) |
| Plaintiff, | )Civil Action: 08cv1254 |
| v. | )Judge St. Eve |
| Valleyview Public School District, 365-U | )Magistrate Judge Schenkier |
| Alan Hampton, Bollingbrook Police, Ind.-Off Cap. | ) |
| Don Laverty, Off.-Indiv. Capacities | ) |
| Timothy Gavin, Off.-Indiv. Capacities | ) |
| Steven Prodehl, Off-Indiv. Capacities | ) |
| Defendants. | ) |

**TO ATTORNEYS OF RECORD**

**NOTICE OF MOTION**

On July 7, 2008 at 8:30AM, I will present **PLAINTIFF'S MOTION FOR
RECONSIDERATION OF THE DISMISSALS OF COUNTS X & XII before Judge St.
Eve in the courtroom usually occupied by her at 219 S. Dearborn, Chicago.**

RESPECTFULLY SUBMITTED, 25 June 2008
By s\Christopher C. Cooper, ESQ., PhD., Counsel for Plaintiff
Faculty Office: 3700 W. 103rd Street, Chicago, IL 60655
Tel: 312 371 6752 or 219 228 4396 FAX: 866 334 7458;  cooperlaw3234@gmail.com

**CERTIFICATE OF SERVICE\PROOF OF SERVICE**

The undersigned, counsel for the plaintiff hereby certifies that on June 26, 2008 he filed the
foregoing in ECF and that all defendants are registered e-filers.

s\Christopher Cooper,  Dated:  25 June 2008