**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **Roger C. by and through his** | ) |
| **next friend, Shelley Gilbert** | ) |
| **Plaintiff,** | )**Civil Action: 08cv1254** |
| **v.** | )**Judge St. Eve** |
| | )**Magistrate Judge Schenkier** |
| **Valley View Public School District, 365-U** | ) |
| **Alan Hampton, Bollingbrook Police** | ) |
| **Don Laverty** | ) |
| **Timothy Gavin** | ) |
| **Steven Prodehl** | ) |
| **Defendants.** | ) |

**Notice of Electronic Filing**

The following transaction was entered by Cooper, Christopher on 7/14/2008 at 9:41 PM CDT and filed on 7/14/2008

**Case Name:** Roger C. v. Valleyview Public School District, 365-U et al

**Case Number:** 1:08-cv-1254

**Filer:** Roger Coronado, Jr

**Document Number:** 106

Docket Text:

***Third* AMENDED complaint by Roger Coronado, Jr against all plaintiffs (Cooper, Christopher)**

**1:08-cv-1254 Notice has been electronically mailed to:**

Christopher C. Cooper     cooper@sxu.edu

Craig G. Penrose     cpenrose@tsmp.com

Brian James Riordan     briordan@clausen.com

Anthony Philip Ulm     aulm@clausen.com