UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Roger Coronado Jr

                            Plaintiff,

v.                                                              Case No.: 1:08−cv−01254
                                                                 Honorable Amy J. St. Eve

Valleyview Public School District, 365−U, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 7/21/2008 and continued to 9/8/08 at 8:30 a.m. Defendants to answer or otherwise plead by 8/4/08. Parties are to issue written discovery by 7/28/08. Rule 26(a)(1) disclosures by 7/25/08. Fact discovery to close 11/28/08. Parties to contact the courtroom deputy, 312/435−5879, by 7/25/08 if they wish to proceed with a settlement conference before a Magistrate Judge.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.