IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROGER C. by and through his next friend, SHELLEY GILBERT | ) ) ) ) | |
| Plaintiff, v. | ) ) ) ) | No. 08 C 1254 |
| VALLEY VIEW PUBLIC SCHOOL DISTRICT, 365-U, et al., | ) ) ) ) | Judge St. Eve |
| Defendants. | ) | |

### NOTICE OF FILING

TO:  Christopher C. Cooper          Craig G. Penrose
     P.O. Box 1225                  TRESSLER SODERSTROM MALONEY &
     Hammond, IN 46324              PRIESS, LLP
                                    233 S. Wacker Dr., 22nd Floor
                                    Chicago, IL 60606

**PLEASE TAKE NOTICE** that on the **4th** day of **August, 2008**, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants Valley View Public School District 365-U, Dan Laverty, Timothy Gavin, and Steven Prodehl's Answer And Affirmative Defenses To Plaintiff's Third Amended Complaint For Declaratory And Injunctive Relief And For Monetary Damages**, a copy of which is attached hereto and herewith e-served upon you.

By: /s/ Anthony P. Ulm
One of their Attorneys
ANTHONY P. ULM (6244038)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorneys for Defendants Valley View Public
School District 365-U, Dan Laverty, Timothy Gavin
and Steven Prodehl

1188590.1

STATE OF ILLINOIS)
             ) SS
COUNTY OF C O O K)

## AFFIDAVIT OF SERVICE

The undersigned deposes and says that a copy of the above and foregoing Notice of Filing together with a copy of **Defendants Valley View Public School District 365-U, Dan Laverty, Timothy Gavin, and Steven Prodehl's Answer And Affirmative Defenses To Plaintiff's Third Amended Complaint For Declaratory And Injunctive Relief And For Monetary Damages** was served to each party to whom this Notice is directed, via electronic notice by the Court, on August 4, 2008.

/s/ Anthony Ulm
ANTHONY P. ULM

1188590.1