IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Roger C. by and through his next friend, Shelley Gilbert | ) ) |
| Plaintiff, | ) Civil Action: 08cv1254 |
| v. | ) Judge St. Eve |
| | ) Magistrate Judge Schenkier |
| Valley View Public School District, 365-U | ) |
| Alan Hampton, Bollingbrook Police | ) |
| Don Laverty | ) |
| Timothy Gavin | ) |
| Steven Prodehl | ) |
| Defendants. | ) |

### MOTION FOR AN ORDER TO VALLEY VIEW SCHOOL DISTRICT TO MAKE A PLACEMENT OF PLAINTIFF IN ACCORDANCE WITH "FAPE"; THE REQUIREMENTS OF 20 U.S.C. 1412(a)(1) & 1414(1)(a); & A PLACEMENT THAT IS GEOGRAPHICALLY PRACTICAL SO TO ENABLE PLAINTIFF'S EXERCISE OF HIS PROPERTY RIGHT TO A PUBLIC EDUCATION

NOW COMES [child] Plaintiff Roger C. with his next friend Shelley Gilbert and both represented by their attorney, Christopher C. Cooper. Through counsel, they state as follows:

The Court is respectfully asked: (1) to order the Defendant School District to conduct an IEP pursuant to [the] IDEA; (2) To order the Defendant School District to make a placement of Roger within the meaning of FAPE; (3) To order the Defendant School District to make a placement that comports with the requirement of 20 U.S.C. 1412(a)(1); and (4) To order the Defendant School District to make a placement that does not interfere, by way of logistical obstacle (e.g., transportation), with the plaintiff's property right to a public education.

Respectfully submitted,
s\Christopher Cooper, ESQ., PHD., 22 August 2008
Counsel for Plaintiff
PO Box 1225, Hammond, IN 46325 or
3700 W. 103rd Street, Chicago, IL 60655
Tel: 312 371 6752 or 219 228 4396  FAX: 866 334 7458
E-Mail: cooperlaw3234@gmail.com

PROOF OF SERVICE: I, the undersigned, swear that I transmitted the foregoing through ECF on August 22, 2008 and that the defendants' attorneys are registered e-filers.     s\Christopher C. Cooper