IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Roger C. by and through his next friend, Shelley Gilbert | ) ) |
|     Plaintiff, | )Civil Action: 08cv1254 |
| v. | )Judge St. Eve |
| | )Magistrate Judge Schenkier |
| Valley View Public School District, 365-U | ) |
| Alan Hampton, Bollingbrook Police | ) |
| Don Laverty | ) |
| Timothy Gavin | ) |
| Steven Prodehl | ) |
|     Defendants. | ) |

Notice of Motion

On September 3, 2008, I will present the below listed motion before the Honorable Judge St. Eve at 8:30AM in the courtroom usually occupied by her.

**MOTION TO COMPEL  (IN COMPLIANCE WITH L.R. 37.2)
VIDEO TAPE FOOTAGE (VIEWED BY PRINCIAPAL MITCHEM)
THAT ALLEGEDLY SHOWS PLAINTIFF ENGAGED IN
DISORDERLY CONDUCT, MOB ACTION AND FIGHTING**

Respectfully submitted,
s\Christopher Cooper, ESQ., PHD., 26 August 2008, approx. 4:30PM
Counsel for Plaintiff
PO Box 1225, Hammond, IN 46325 or 3700 W. 103rd Street, Chicago, IL 60655
Tel: 312 371 6752 or 219 228 4396  FAX: 866 334 7458
E-Mail: cooperlaw3234@gmail.com

**PROOF OF SERVICE:** I, the undersigned, swear that I transmitted the foregoing through ECF on August 26, 2008 and that the defendants' attorneys are registered e-filers. s\Christopher C. Cooper