IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Roger C. by and through his next friend, Shelley Gilbert | ) ) |
| Plaintiff, | ) Civil Action: 08cv1254 |
| v. | ) Judge St. Eve ) Magistrate Judge Schenkier |
| Valley View Public School District, 365-U | ) |
| Alan Hampton, Bollingbrook Police | ) |
| Don Laverty | ) |
| Timothy Gavin | ) |
| Steven Prodehl | ) |
| Defendants. | ) |

22 AUGUST 2008

TO: Mr. Riordan and Mr. Ulm

RE: MOTION FOR TO COMPEL VIDEO TAPE FOOTAGE (VIEWED BY PRINCIAPAL MITCHEM) THAT ALLEGEDLY SHOWS PLAINTIFF ENGAGED IN DISORDERLY CONDUCT, MOB ACTION AND FIGHTING

Pursuant to L.R. 37.2

Mr. Riordan and Mr. Ulm, the film footage was due yesterday. Please advise before the close of business today as to whether the video is the mail on its way to me.

Thank you.

Respectfully submitted,
s\Christopher Cooper, ESQ., PHD., 22 August 2008
Counsel for Plaintiff
PO Box 1225, Hammond, IN 46325 or
3700 W. 103rd Street, Chicago, IL 60655
Tel: 312 371 6752 or 219 228 4396  FAX: 866 334 7458
E-Mail: cooperlaw3234@gmail.com

PROOF OF SERVICE: I, the undersigned, swear that I transmitted the foregoing through e-mail on August 22, 2008.    s\Christopher C. Cooper