IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Roger C. by and through his next friend, Shelley Gilbert ) | |
| Plaintiff, | )Civil Action: 08cv1254 |
| v. | )Judge St. Eve |
| Valleyview Public School District, 365-U | )Magistrate Judge Schenkier |
| Alan Hampton, Bollingbrook Police, Ind.-Off Cap. ) | |
| Don Laverty, Off.-Indiv. Capacities ) | |
| Timothy Gavin, Off.-Indiv. Capacities ) | |
| Steven Prodehl, Off-Indiv. Capacities ) | |
| Defendants. ) | |

**21 JULY 2008**

**TO: Defendant Valley View School District**

### REQUEST FOR PRODUCTION

   Pursuant to F.R.C.P 34, Plaintiff Roger C. and his next friend, request that Defendant Valley View Public School District produce the video-film footage of the event in which Roger Coronado can be seen [allegedly] violating school policies and the law. Mr. Mitchem testified before Judge Darrah that he viewed the video. Please tender the video to plaintiff's attorney without delay.

RESPECTFULLY SUBMITTED, 21 July 2008
By s\Christopher C. Cooper, ESQ., PhD., Counsel for Plaintiff
Faculty Office: 3700 W. 103rd Street, Chicago, IL 60655
Tel: 312 371 6752 or 219 228 4396 FAX: 866 334 7458; cooperlaw3234@gmail.com

### CERTIFICATE OF SERVICE\PROOF OF SERVICE

The undersigned, counsel for the plaintiff hereby certifies that on July 21, 2008 he hand delivered the foregoing to the attorneys for defendants.

s\Christopher Cooper,  Dated:  21 July 2008