**AFFIDAVIT AS TO MOTION FOR FEES DATED AUGUST 26, 2008**

I, THE UNDERSIGNED, SWEAR UNDER OATH THAT I DID PREPARE 7 DOCUMENTS (NOT INCLUDING THE REQUEST FOR PRODUCTION) PURSUANT TO AN EFFORT TO SECURE A VIDEO FROM DEFENDANT VALEY VIEW SCHOOL DISTRICT. AND THAT I SPENT APPROXIMATELY 1 HOUR AND A HALF PREPARING AND FILING THE DOCUMENTS.

s\Christopher Cooper, August 26, 2008          NOTARY SEAL.

*I WILL HAVE THE FOREGOING NOTARIZED AND WILL FILE THE NOTARIZED COPY.