UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Roger Coronado Jr

                        Plaintiff,

v.                                              Case No.: 1:08−cv−01254
                                                                  Honorable Amy J. St. Eve

Valleyview Public School District, 365−U, et al.

                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 8/27/08. Plaintiff's motion for an order [112] is denied. Plaintiff's motion to compel [114] and plaintiff's motion for attorney's fees [117] are denied as moot. Status hearing set for 9/8/08 is stricken and reset to 10/1/08 at 8:30 a.m. Mailed notice(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.