**CERTIFIED COPY**



# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 12, 2008

BEFORE:   WILLIAM J. BAUER, Circuit Judge
          JOHN L. COFFEY, Circuit Judge
          ILANA DIAMOND ROVNER, Circuit Judge

| No.: 08-1850 | ROGER CORONADO, Jr., Plaintiff - Appellant<br>v.<br>VALLEYVIEW PUBLIC SCHOOL DISTRICT, 365-U, et al., Defendants - Appellees |
|---|---|

**Originating Case Information:**

District Court No: 1:08-cv-01254
Northern District of Illinois, Eastern Division
District Judge John Darrah

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

form name: c7_FinalJudgment (form ID: 132)

**F I L E D**

SEP 0 8 2008  RC
SEP 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT