# CERTIFIED COPY

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### BILL OF COSTS

September 3, 2008

Taxed in Favor of: **Unidentified Bolingbrook Policeman**

| No.: 08-1850 | ROGER CORONADO, Jr.,<br>Plaintiff - Appellant<br>v.<br>VALLEYVIEW PUBLIC SCHOOL DISTRICT, 365-U, et al.,<br>Defendants - Appellees |
|---|---|

District Court No: 1:08-cv-01254
Northern District of Illinois, Eastern Division
Court Reporter M. Hacker
Clerk/Agency Rep Michael Dobbins
District Judge John Darrah

FILED SEP 03 2008 RC
Sep 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The mandate or agency closing letter issued in this cause on September 3, 2008.

BILL OF COSTS issued in the amount of: $162.00.

|  | Cost of Each Item | Total Cost Each Item |
|---|---|---|

1.  For docketing a case on appeal or review or

      docketing any other proceeding:

2. For reproduction of any record or paper, per page:

3. For reproduction of briefs:   $   162.00

4.

5.

                                                 TOTAL:   $   162.00

form name: c7_BillOfCosts (form ID: 140)